AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| KEWAZINGA CORP., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01106-LGS |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC

Date:  04/09/2020

/s/ Ameet A. Modi
*Attorney's signature*

Ameet A. Modi - NY Bar No. AM-0825
*Printed name and bar number*
Desmarais LLP
230 Park Avenue
New York, NY 10169

*Address*

amodi@desmaraisllp.com
*E-mail address*

(212) 351-3400
*Telephone number*

(212) 351-3401
*FAX number*