# STROOCK

April 14, 2020

Ian G. DiBernardo
Direct Dial: 212.806.5867
Fax: 212.806.6006
idibernardo@stroock.com

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Kewazinga Corp. v. Google LLC*, Case No. 20-cv-1106 (LGS)
     Initial Pretrial Conference Teleconference Information

Dear Judge Schofield:

Pursuant to the Court's April 6, 2020 Order, ECF No. 26, the parties hereby file this joint letter to provide teleconference information in advance of the initial pre-trial conference scheduled for April 16, 2020 at 10:40 a.m. The teleconference information is as follows:

**Dial-in:** 1-650-429-3300
**Conference ID:** 796666838

The parties thank the Court for its attention to this matter.

Respectfully submitted,

| */s/ Ian G. DiBernardo* | */s/ John M. Desmarais* |
|---|---|
| Ian G. DiBernardo | John M. Desmarais |
| Timothy K. Gilman | Ameet A. Modi |
| Kenneth L. Stein | Steven M. Balcof |
| Saunak K. Desai | Elizabeth Weyl |
| Gregory R. Springsted | DESMARAIS LLP |
| **STROOCK & STROOCK & LAVAN LLP** | 230 Park Avenue |
| 180 Maiden Lane | New York, New York 10169 |
| New York, NY 10038 | T: 212-351-3400 |
| Tel: (212) 806-5400 | F: 212-351-3401 |
| Fax: (212) 806-6006 | jdesmarais@desmaraisllp.com |
| Email:idibernardo@stroock.com | amodi@desmaraisllp.com |
| Email:tgilman@stroock.com | sbalcof@desmaraisllp.com |
| Email:kstein@stroock.com | eweyl@desmaraisllp.com |
| Email:sdesai@stroock.com | |
| Email:gspringsted@stroock.com | Emily H. Chen (*pro hac vice* pending) |
| | DESMARAIS LLP |
| *Counsel for Plaintiff Kewazinga Corp.* | 101 California Street |
| | San Francisco, California 94111 |

Hon. Lorna G. Schofield
April 14, 2020

T: (415) 573-1900
F: (415) 573-1901
echen@desmaraisllp.com

*Counsel for Defendant Google LLC*