UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    KEWAZINGA CORP.,
                                 Plaintiff,   :       20 Civ. 1106 (LGS)

            -against-              :       ORDER

    GOOGLE LLC,
                                 Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic conference was held on April 16, 2020. As discussed at conference, it is hereby

    **ORDERED** that Defendant's request to bifurcate discovery is GRANTED. All discovery is STAYED but for discovery relating to Defendant's affirmative defense of equitable estoppel, and claim construction discovery as provided in paragraph 7 of the case management plan, which will issue separately. The parties should carefully review the case management plan for other calendared dates. It is further

    **ORDERED** that discovery relating to equitable estoppel shall be completed by **June 16, 2020**. It is further

    **ORDERED** that a conference will be held on **June 25, 2020, at 10:40 a.m.** to discuss whether the issue of equitable estoppel can be decided based solely on motion papers, or whether an evidentiary hearing is necessary. It is further

    **ORDERED** that an evidentiary hearing will occur on **July 15, 2020, at 10:00 a.m.** If it is determined at the June 25, 2020 conference that an evidentiary hearing is unnecessary, the hearing will be canceled. It is further

**ORDERED** that Defendant shall file an answer by **April 24, 2020**, without prejudice to bringing any motion for judgment on the pleadings at a later date.

Dated:  April 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**