**STROOCK**

May 15, 2020

Ian G. DiBernardo
Direct Dial: 212.806.5867
Fax: 212.806.6006
idibernardo@stroock.com

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kewazinga Corp. v. Google LLC*, Case No. 20-cv-1106 (LGS)
<u>Joint Status Report</u>

Dear Judge Schofield:

We write on behalf of both parties, Plaintiff Kewazinga Corp. ("Kewazinga") and Defendant Google LLC ("Google"), to provide a joint status report pursuant to the Court's April 16, 2020 scheduling order (ECF No. 32) and Your Honor's Individual Rule IV.A.2.

Kewazinga's complaint was filed on February 7, 2020, and Google's answer was filed on April 24, 2020. No other substantive pleadings have been filed. On April 16, 2020, the Court ordered that discovery related to Google's equitable estoppel defense is to be completed by June 16, 2020. ECF No. 33. The Court further scheduled a conference on June 25, 2020 to discuss whether an evidentiary hearing is necessary to address Google's equitable estoppel defense. *Id*. Any such evidentiary hearing is scheduled for July 15, 2020. *Id*. Disclosure of contentions under the governing patent rules and claim construction proceedings are to proceed per the parties' prior-agreed (and the Court's ordered) schedule. *See id*; *see also* ECF No. 32 at 1-2. All other discovery is stayed.

The parties are conducting discovery related to Google's equitable estoppel defense and Kewazinga's defenses thereto. The below table summarizes the discovery requests that have been propounded to date and the expected response dates.

| **Date** | **Party** | **Requests For Written Discovery/Production** | **Response Due** |
|---|---|---|---|
| 04/22/2020 | Kewazinga | First Set of Interrogatories (Nos. 1–6) | 05/22/2020 |
| 04/22/2020 | Kewazinga | First Set of Requests for Production (Nos. 1–25) | 05/22/2020 |
| 05/01/2020 | Google | First Set of Interrogatories (Nos. 1–5) | 06/01/2020 |
| 05/01/2020 | Google | First Set of Requests for Production (Nos. 1–21) | 06/01/2020 |
| 05/05/2020 | Google | Second Set of Interrogatories (No. 6) | 06/05/2020 |
| 05/05/2020 | Google | First Set of Requests for Admission (Nos. 1–22) | 06/05/2020 |
| 05/08/2020 | Google | Second Set of Requests for Admission (Nos. 23–24) | 06/08/2020 |
| 05/15/2020 | Google | Third Set of Requests for Admission (Nos. 25-64) | 06/15/2020 |
| 05/15/2020 | Kewazinga | First Set of Requests for Admission (Nos. 1-30) | 06/15/2020 |

Hon. Lorna G. Schofield
May 15, 2020

| Date | Party | Deposition Notices | Notice Date |
|---|---|---|---|
| 05/08/2020 | Google | Rule 30(b)(1) Notice to Ian DiBernardo | 05/27/2020 |
| 05/08/2020 | Google | Rule 30(b)(1) Notice to Leonard Smalheiser | 05/28/2020 |
| 05/08/2020 | Google | Rule 30(b)(1) Notice to David Worley | 05/29/2020 |
| 05/08/2020 | Google | Rule 30(b)(6) Notice | 06/01/2020 |

      Today, Google served a document production comprising 1,145 pages. There have been no discovery responses from either party. The parties currently anticipate meeting the Court's June 16, 2020 deadline to complete discovery regarding Google's equitable estoppel defense (ECF No. 33 at 1) and all other discovery deadlines set forth in the Court's April 16, 2020 Scheduling Order (ECF No. 32).

Respectfully submitted,

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
Timothy K. Gilman
Kenneth L. Stein
Saunak K. Desai
Gregory R. Springsted
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email:idibernardo@stroock.com
Email:tgilman@stroock.com
Email:kstein@stroock.com
Email:sdesai@stroock.com
Email:gspringsted@stroock.com

*Counsel for Plaintiff Kewazinga Corp.*

*/s/ Elizabeth Weyl*
John M. Desmarais
Ameet A. Modi
Steven M. Balcof
Elizabeth Weyl
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
T: 212-351-3400
F: 212-351-3401
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com

Emily H. Chen (*pro hac vice*)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
T: (415) 573-1900
F: (415) 573-1901
echen@desmaraisllp.com

*Counsel for Defendant Google LLC*