UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEWAZINGA CORP.,  :
                            Plaintiff,  :  20 Civ. 1106 (LGS)
                                   :
            -against-  :  ORDER
                                   :
GOOGLE LLC,  :
                            Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference is scheduled for **June 25, 2020, at 10:40 a.m.**  It is hereby

    **ORDERED** that the conference is RESCHEDULED to **June 25, 2020, at 10:30 a.m.**  It is further

    **ORDERED** that the conference will be <u>telephonic</u> and will occur on the following conference call line:

        Dial-in: 888-363-4749

        Access code: 5583333

    The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: June 23, 2020
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**