# EXHIBIT 1

# Multi-Perspective Panoramas of City Blocks

Gaurav Garg
Augusto Román

with

Marc Levoy

Google – Nov 02

CONFIDENTIAL

# Motivation

- Goal:
  - To obtain a useful representation for viewing an entire commercial city block.
- Uses
  - Web-based map finders – Get a picture of the place you want to go!
    - "A picture is worth a thousand words" – Chinese proverb
  - Associate URLs with an image of the specific store
  - Virtual tours

Google – Nov 02



CHINESE PROVERB
One picture is worth
ten thousand words

GOOG-KZGA-00001148



CONFIDENTIAL

# Geometric Issues

- Two extreme representations for presenting the images
  - Single-point perspective projection
    - Our eyes are more accustomed to it
  - Orthographic projection

Google – Nov 02

CONFIDENTIAL

GOOG-KZGA-00001157

# Geometric Issues: Perspective

- Extreme 1: Create a single-perspective image of the entire block



Taken from an EE368A Project by Laurent Meunier and Moritz Borgmann
http://ise0.stanford.edu/class/ee368a_proj00/project13/
Google – Nov 02

CONFIDENTIAL

# Geometric Issues: Perspective

- Problems:
  - Doesn't give the impression that the viewer is standing right in front of the store, except at the center.
  - Using vision techniques to create the image is hard because of depth variation (parallax)
  - Using special fish-eye lenses, high distortion towards edges

Google – Nov 02

CONFIDENTIAL

GOOG-KZGA-00001159

# Geometric Issues: Orthographic

- Extreme 2: Create an orthographic image of the entire block
- Problems:
  - Even harder to generate – possibly with an array of video cameras
  - Doesn't look good anyways

Google – Nov 02

CONFIDENTIAL

GOOG-KZGA-00001160

# Geometric Issues: Glide

- Our method: 'Glide' Projection of block
  - Aka "Cross-slits" and multi-perspective projection
  - Orthographic horizontally, perspective vertically
- Rather than having a single vanishing point (perspective), the vanishing point can "glide"
- Advantages:
  - Conveys both the immediate presence of the building vertically and allows viewing entire block equally

Google – Nov 02

CONFIDENTIAL

GOOG-KZGA-00001161

# Approach

- Take a panning video of street block
- Extract "a" column of pixels from each frame.
  - If the center column is taken, creates a head-on glide projection horizontally
  - If the an offset column is taken, creates a left or right glide projection horizontally



Google – Nov 02

CONFIDENTIAL

# Getting the video

- Used Castro Street, Mountain View
- Drove at 1-2 mph
- Before sunrise on Sunday mornings
  - Few people
  - Low traffic
  - No sun reflections
- Used prosumer Sony camcorder
  - 720x480@30 fps interlaced
  - Separated fields to achieve 720x240@60 fps video
  - Autoexposure off





Google – Nov 02

CONFIDENTIAL

GOOG-KZGA-00001167



GOOG-KZGA-00001169



CONFIDENTIAL

GOOG-KZGA-00001170



CONFIDENTIAL



GOOG-KZGA-00001172

# Logistics

- There are ~2.4 million miles of paved road in the US
- We estimate that about ~1% are commercial
- With a high speed camera (~250 fps), we can capture driving at about 10 mph
- It will take approximately 100 days worth of driving time to capture the entire commercial US.
  - Spread among 20 vehicles and allowing 6 hours of capture time per day, it would require approximately 20 days of acquisition.

Google – Nov 02

CONFIDENTIAL