# EXHIBIT 4

## REDACTED VERSION

**From:** "Sean Dempsey" <██████@google.com>
**To:** "Jason Harinstein" <██████@google.com>
**Sent:** Mon, 21 Aug 2006 10:17:31 -0700
**Subject:** Re: FW: FW: Navigable Telepresence for IPTV and ITV introduction
**Cc:** keval <████@google.com>, "Rob Macdonald" <██████@google.com>, "Amin Zoufonoun" <██████@google.com>

sorry I'm late getting to this.  we should pass.  cool technology but not something the video or TV teams need to be involved in.

On 7/26/06, **Jason Harinstein** <██████@google.com> wrote:

  I defer to dempset

On 7/26/06, keval <████@google.com> wrote:
> hi Rob,
>
> CCing Amin and Jason from our CorpDev team to see if they have an interest.
> they are up to speed on what we are doing with Video and TV. if they
> recommend we talk to them, then we should, otherwise pass
>
>  thanks,
> keval
>
> On 7/26/06, Rob Macdonald <████@google.com> wrote:
> > Please see below, and let me know if this is of any interest or if you
> would
> > like to take a closer look.
> >
> > This guy wants to send his company's info to Vint Cerf.  Bismark and I
> > thought we should reach out to you first.
> >
> > Thanks,
> > Rob
> >
> > -----Original Message-----
> > From: Bismarck Lepe [mailto ████@google.com]
> > Sent: Wednesday, July 26, 2006 1:26 PM
> > To: Rob Macdonald
> > Cc: ████@google.com
> > Subject: Re: FW: Navigable Telepresence for IPTV and ITV introduction
> >
> > Hey Rob,
> >
> > Well, it should be the biz-dev folks.  But who in biz-dev, I don't know.
> > Ping Karen Yao and Keval, they'll be able to point you in the right
> > direction.
> >

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

> >
> > - b
> >
> > On 7/26/06, Rob Macdonald <███████@google.com> wrote:
> > >
> > >
> > > Hi Bismark,
> > >
> > > I thought you might be able to point me in the right direction.  Do
> > > you know who looks into these opportunities?
> > >
> > > Thanks,
> > > Rob
> > >
> > > _____
> > > From: ████████████████████████
> > > [mailto: ██████████████████████
> > > Sent: Wednesday, July 26, 2006 9:22 AM
> > > To: ██████@google.com
> > > Subject: Navigable Telepresence for IPTV and ITV introduction
> > >
> > >
> > >
> > > Rob
> > >
> > > Thank you so much for helping to get our information in front of Mr.
> > > Vinton Cerf.  My reason for wanting to reach out to him is that, as
> > > you know, our technology has far-reaching (positive) implications for
> > > Google, as well as the nature of the Internet itself as it moves
> > > beyond its origins as a text-based medium.
> > >
> > > If it would be possible for you to forward this email to Mr. Cerf, I
> > > think that that would be the most straight forward, as I believe that
> > > if nothing else he will certainly be interesting in knowing of the
> > > existance of the technology and it implications to the future of IPTV,
> > > ITV and the Internet in general.
> > >
> > > Dave
> > >
> > >
> > >
> > > Mr. Cerf
> > >
> > >
> > >
> > > ████████████████████████████████████████
> > > ████████████████████████████████████████

GOOG-KZGA-00004842



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



> > > █████████████
> > >
> > >
> > >
> > > ████████████
> > > ████████████
> > >
> > >
> > >
> > > █████████████
> > > █████████████
> > >
> > >
> > >
> > > ██████
> > >
> > >
> > >
> > > Dave Worley
> > >
> > > Kewazinga
> > >
> > > ███ ███
> > >
> >
> >
> > --
> > Bismarck Lepe
> > Product Marketing Manager
> > Google Inc.
> > ██████████
> >
> >
>
>


--
Sean C. Dempsey
Principal, Corporate Development
Google Inc.
████████  direct
          mobile
   @google.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-KZGA-00004844