# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEWAZINGA CORP. <br> AND K LICENSING LLC <br><br> Plaintiffs <br><br> vs. <br><br> GOOGLE INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 13-938-GMS <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFFS' RESPONSE AND NON-OPPOSITION TO GOOGLE'S MOTION TO DISMISS

Plaintiffs, by and through its undersigned counsel, hereby respond to Google's Motion to Dismiss. (D.I. 5). After filing this action and up until Google's filing of the Motion, Plaintiffs and Google were engaged in settlement discussions. Consequently, Plaintiffs had no intention of serving Google.

Notwithstanding the foregoing and in light of the Motion, Plaintiffs do not oppose the dismissal of this action <u>without</u> prejudice.

Respectfully submitted,

Date: October 17, 2013                          FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Of Counsel:
Ian G. DiBernardo

KEWAZINGA-G-0003538

STROOCK & STROOCK & LAVAN L.L.P.
180 Maiden Lane
New York, NY 10038
(212) 806-5400

KEWAZINGA-G-0003539