# EXHIBIT 12



# Geo Patents Sync

2014-04-01

Attorney-Client Privileged / Attorney Work Product

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-KZGA-00002663

Google

# Life of a patent litigation

Pleadings      Discovery      Markman      Expert Disc.   Trial      Appeal

**Pleadings: Complaint** and **Answer**

**Discovery: Documents** and **Depositions**

**Markman: District court** rules on scope of claims

**Expert discovery: Expert Reports** and **Depositions**

**Trial: Jury** decides and **Appeal: Three-judge panel** rules on any errors

Attorney-Client Privileged / Work Product

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Google

## Geo patent litigation docket overview (2013)

- **14 pending Geo cases** at year end

- **Five new cases:** REDACTED - RELEVANCE/PRIVILEGE
  *Kewazinga* (Del.); REDACTED - RELEVANCE/PRIVILEGE

- **Five resolved matters:** *Kewazinga* (walk away); REDACTED - RELEVANCE/PRIVILEGE

  REDACTED - RELEVANCE/PRIVILEGE

Attorney-Client Privileged / Work Product

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-KZGA-00002672