# EXHIBIT 13
## REDACTED VERSION

| | |
|---|---|
| **From:** | ▮▮▮▮@google.com |
| **To:** | ▮▮▮@google.com |
| **Subject:** | Kewazinga Matter Update - Brian McClendon has been released from records hold |
| **Received:** | Thu, 14 Nov 2013 21:52:08 +0000 (UTC) |

This message is to inform you that you are no longer required to retain records related to the Kewazinga matter, but you may still be subject to another hold that requires you to retain records according to the hold notice(s) you have received.

You still need to retain records related to the following matters:



*REDACTED - RELEVANCE/PRIVILEGE*

Thanks,
Google Litigation Team

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-KZGA-00002373