# EXHIBIT 4

**From:** "Sean Dempsey" <█████@google.com>
**To:** "Jason Harinstein" <█████@google.com>
**Sent:** Mon, 21 Aug 2006 10:17:31 -0700
**Subject:** Re: FW: FW: Navigable Telepresence for IPTV and ITV introduction
**Cc:** keval <█████@google.com>, "Rob Macdonald" <█████@google.com>, "Amin Zoufonoun" <█████@google.com>

sorry I'm late getting to this.  we should pass.  cool technology but not something the video or TV teams need to be involved in.

On 7/26/06, **Jason Harinstein** <█████@google.com> wrote:

   I defer to dempset

On 7/26/06, keval <█████@google.com> wrote:
> hi Rob,
>
> CCing Amin and Jason from our CorpDev team to see if they have an interest.
> they are up to speed on what we are doing with Video and TV. if they
> recommend we talk to them, then we should, otherwise pass
>
>  thanks,
> keval
>
> On 7/26/06, Rob Macdonald <█████@google.com> wrote:
> > Please see below, and let me know if this is of any interest or if you
> would
> > like to take a closer look.
> >
> > This guy wants to send his company's info to Vint Cerf.  Bismark and I
> > thought we should reach out to you first.
> >
> > Thanks,
> > Rob
> >
> > -----Original Message-----
> > From: Bismarck Lepe [mailto:█████@google.com]
> > Sent: Wednesday, July 26, 2006 1:26 PM
> > To: Rob Macdonald
> > Cc: █████@google.com
> > Subject: Re: FW: Navigable Telepresence for IPTV and ITV introduction
> >
> > Hey Rob,
> >
> > Well, it should be the biz-dev folks.  But who in biz-dev, I don't know.
> > Ping Karen Yao and Keval, they'll be able to point you in the right
> > direction.
> >

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-KZGA-00004841

> >
> > - b
> >
> > On 7/26/06, Rob Macdonald <█████@google.com> wrote:
> > >
> > >
> > > Hi Bismark,
> > >
> > > I thought you might be able to point me in the right direction.  Do
> > > you know who looks into these opportunities?
> > >
> > > Thanks,
> > > Rob
> > >
> > > _____
> > >  From: ███████████████
> > > [mailto:███████████████]
> > > Sent: Wednesday, July 26, 2006 9:22 AM
> > > To: █████@google.com
> > > Subject: Navigable Telepresence for IPTV and ITV introduction
> > >
> > >
> > >
> > > Rob
> > >
> > > Thank you so much for helping to get our information in front of Mr.
> > > Vinton Cerf.  My reason for wanting to reach out to him is that, as
> > > you know, our technology has far-reaching (positive) implications for
> > > Google, as well as the nature of the Internet itself as it moves
> > > beyond its origins as a text-based medium.
> > >
> > > If it would be possible for you to forward this email to Mr. Cerf, I
> > > think that that would be the most straight forward, as I believe that
> > > if nothing else he will certainly be interesting in knowing of the
> > > existance of the technology and it implications to the future of IPTV,
> > > ITV and the Internet in general.
> > >
> > > Dave
> > >
> > >
> > >
> > > Mr. Cerf
> > >
> > >
> > >
> > > I wanted to reach out to you regarding Navigable Telepresence.  My
> > > company, Kewazinga, invented and patented Navigable Telepresence in

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-KZGA-00004842

\>>> 1998.  We believe that Navigable Telepresence, using multiple
\>>> simultaneously running video cameras, will become the predominate way
\>>> for web users to experience a visual (i.e., non-text-based) Internet, as
\>> well as ITV applications.
\>>>
\>>>
\>>>
\>>> We are aware that Google has an interest in video, and has a Video
\> group.
\>>> However, we have had difficulty in connecting with that group.  On the
\>>> chance that you may have an interest in Navigable Telepresence for
\>>> IPTV and ITV applications, I wanted to provide you with a copy of our
\>> material.
\>>>
\>>>
\>>>
\>>> We have had success connecting with other companies such as networking
\>>> device companies, operating software companies and telcos, for example.
\>>> However, we continue to believe that Google would be a very good fit
\>>> for our technology in a multitude of areas, including IPTV, ITV and an
\>>> on-ground extension of Google Earth, for example.
\>>>
\>>>
\>>>
\>>> In addition to the attached materials we have posted our introductory
\>>> video to our FTP site. The 4-minute video is available in Windows
\>>> Media9, Real Video10 and
\>>> QuickTime7
\>>> formats and can be accessed at:
\>>>
\>>> www.kewazinga.com/kewazinga_video_formats/
\>>>
\>>>
\>>> Although the video is several years old and depicts our first
\>>> generation proof-of-concept analog system in broadcast sports
\>>> applications, it provides a glimpse of Navigable Telepresence using
\>>> multiple video cameras. As discussed in the video, the next generation
\>>> system will be based on an Ethernet topology and thus allow wide and
\>>> unobtrusive placement of cameras that are dramatically reduced in
\>>> size, for both permanently installed and highly mobile systems.
\>>>
\>>> Video Instructions:
\>>>
\>>> Left-clicking on your preferred format allows you to download the file
\>>> and immediately launch your media player.
\>>>
\>>> On the other hand, if you wish to save the video to your desktop,

>>> right click on the file and select the "Save Link Target As" option.
>>>
>>>
>>>
>>> I apologize for the lengthy email.  Hopefully, you will find the video
>>> and attached materials worthy of your time for review.
>>>
>>>
>>>
>>> I look forward to hearing from you at your convenience if you have any
>>> interest in what we have to offer.
>>>
>>>
>>>
>>> Warmest regards,
>>>
>>>
>>>
>>> Dave Worley
>>>
>>> Kewazinga
>>>
>>> ███-███-████
>>>
>>
>>
>> --
>> Bismarck Lepe
>> Product Marketing Manager
>> Google Inc.
>> ████████████
>>
>>
>
>




--
Sean C. Dempsey
Principal, Corporate Development
Google Inc.
████████████  direct
████████████  mobile
████████@google.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-KZGA-00004844