Ian G. DiBernardo
Timothy K. Gilman
Kenneth L. Stein
Saunak K. Desai
Gregory R. Springsted
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email:  idibernardo@stroock.com
Email:  tgilman@stroock.com
Email:  kstein@stroock.com
Email:  sdesai@stroock.com
Email:  gspringsted@stroock.com

*Attorneys for Plaintiff Kewazinga Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 1:20-cv-01106-LGS <br> ) |
| vs. | ) <br> ) |
| GOOGLE LLC, | ) <br> ) |
| Defendant. | ) <br> ) |

**PLAINTIFF KEWAZINGA CORP.'S NOTICE OF CROSS-MOTION
<u>FOR SUMMARY JUDGMENT OF NO EQUITABLE ESTOPPEL</u>**

**PLEASE TAKE NOTICE** that, upon all the materials listed below, and all prior pleadings and proceedings had herein, the undersigned attorneys for Plaintiff Kewazinga Corp. will move this Court, before the Honorable Lorna G. Schofield, United States District Court Judge, 40 Foley Square, New York, New York 10007, pursuant to the Court's order regarding motions for summary judgment related to equitable estoppel (Dkt. No. 49), for entry of an order granting summary judgment in favor of Kewazinga of no equitable estoppel.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Kewazinga shall rely upon the accompanying Memorandum of Law, Local Rule 56.1 Statement of Undisputed Material Facts, Opposition to Google's Local Rule 56.1 Statement of Undisputed Material Facts, and Declaration of Saunak K. Desai with exhibits.

Dated: New York, New York  
July 29, 2020

Respectfully submitted,

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
Timothy K. Gilman
Kenneth L. Stein
Saunak K. Desai
Gregory R. Springsted

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email: idibernardo@stroock.com
Email: tgilman@stroock.com
Email: kstein@stroock.com
Email: sdesai@stroock.com
Email: gspringsted@stroock.com

Attorneys for Plaintiff Kewazinga Corp.

NY 78167968

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I caused a true and correct copy of the foregoing **PLAINTIFF KEWAZINGA CORP.'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT OF NO EQUITABLE ESTOPPEL** to be filed and served electronically by means of the Court's CM/ECF system in accordance with Federal Rules of Civil Procedure and/or the Local Rules of this Court, upon the following counsel of record:

John Michael Desmarais
Elizabeth Esther Weyl
Steven Marc Balcof
David A. Frey
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212)−351−3400
Fax: (212)−351−3401
Email: jdesmarais@desmaraisllp.com
Email: eweyl@dllp.com
Email: sbalcof@dllp.com
Email: dfrey@desmaraisllp.com

Ameet A. Modi
Emily Chen (*Pro Hac Vice*)
DESMARAIS LLP
101 California St.
San Francisco, CA 94111
Tel: (415) 573−1806
Email: amodi@desmaraisllp.com
Email: echen@desmaraisllp.com

*Attorneys for Defendant Google LLC*

                                               */s/ Saunak K. Desai*
                                               Saunak K. Desai