# Exhibit 2



A Brief Introduction
to
**Kewazinga**
and its
*Navigable Video
Capture and Player System*

Prepared for



January 2006

| David Worley | Andy Weber |
|---|---|
| Chairman & CEO | Vice Chairman |
| 152 Range Road | 344 West 72nd St., Apt. 3C |
| Wilton, CT  06897 | New York, NY 10023 |
| (917) 838-4288 | (646) 872-3424 |

1



**Kewazinga – Who We Are**

From its beginnings, traditional video has been a linear medium, moving each and every viewer along the same perspective path, one viewpoint at a time. The only viewer control functions have been to stop, slow, accelerate or reverse the linear video stream.

The advent of computer-based game play has given users a new kind of freedom within all-virtual, computer generated environments – enabling each user to control their own perspective and their own navigational path, independent of others, within these simulated environments.  Users can replay these paths and choices in different ways each time they play a game.  And, while the photo-realism and motion-dynamics of these environments are impressive and continually being refined, they will never be comparable to real world experience.  A game is still a game.

Even as games employ the most sophisticated motion-capture techniques for applying real-world actions, computer games will never compare to the infinite robustness of the real thing (e.g., an actual NBA game) because in a game everything is pre-programmed. There are no completely unexpected or spontaneous components.  And, unlike games, reality is unpredictable and always changing.

The excitement and possibility of enabling any number of simultaneous viewers to move fluidly along their own paths through real world events, - even as the action is unfolding - was the idea that ignited the Kewazinga technology.  In early 1998, Kewazinga Corp. was formed to develop and deploy the technology of Navigable Multi-Camera Video ("**NMC Video**").  Our NMC Video enables the creation and distribution of non-linear, game-like video experiences in which the end user is empowered with video navigation tools embedded in a Video Navigation Player ("**VN Player**").

This type of Player enables viewers to personalize their own viewing experiences of real-world events by allowing them to guide their own viewing/navigation paths with respect to an unfolding event.  It also allows the end-user to vary his or her own perspective path independently of how other end-users are viewing the same event, and independently of any previous viewing experience.

Kewazinga's technology was first used in broadcast television by ESPN to create viewpoints of the 2001 Summer X-Games that could not be created in any other way.  NBC Sports, ABC Sports and the Golf Channel followed.  In the linear world of broadcast television the technology thrived.

Today, however, there is a much bigger role for NMC Video to play.  As described more fully below, Kewazinga is seeking to partner with a major industry "player".  By partnering with another, more-established company with a large user base, we expect to maximize the distribution channels for the technology.  In return, we can offer the exclusivity-of-use, experienced know-how and legal protections that only Kewazinga can provide.  That combination will prove to be extremely profitable as the video landscape shifts from a linear world to the world of non-linear, navigable, game-play-like video.

**Today's Opportunity – Strategic Goal**

Today, the video market is evolving at an accelerated pace.  While the NMC Video piece of that market is currently in its infancy, based on (i) the recognition by many in the industry of the rapidly changing nature of the video "market", (ii) significant technological improvements in the tools and methods that will support the production, delivery and use of NMC Video, and (iii) the cascading push by industry titans to define their role and capture market share by offering innovative and compelling video services, it is clear that one no longer needs to be a "visionary" in order to see that NMC Video has a very significant role to play in the expanding video marketplace.

2

CONFIDENTIAL                                                                                                                                                      KEWAZINGA-G-0003008



***In reviewing the patents and their scope it is important to keep in mind that the legacy system (2001 – 2003) and legacy Players (2001 – present) define neither (i) the scope or performance of the technology, nor (ii) the scope of the patents. Because the patents are method and system patents they cover future embodiments that offer the same basic functionality of navigable multi-camera video as the legacy system and Players, but with improved features and performance.***

So for example, the upgrade of our system to a digital format, and the corresponding increase in performance and ease of use, will still be protected by our patents. And any future related claims that will be afforded priority back to the original filing of our Foundational Patent in April 1998.

**Kewazinga Patents – position enables additional claims with priority date of April 2, 1998**

Kewazinga is the exclusive owner of two watershed patents relating to multiple camera arrays issued by the U.S. Patent and Trademark Office (PTO). Both of these patents relate to the use of multiple video camera array systems that allow navigation through and about progressively different perspectives of an event, scene or other "environment". With the issuance of the patents Kewazinga has legally established itself as the exclusive provider of these types of camera array viewing systems in all functional markets and applications.

In addition, the patent positions permit the filing of additional claims related to multi-camera video that have priority back to the original filing date of the Foundational Patent – April 2, 1998. In fact, recently the PTO allowed an application that was filed in 2002, with priority dating back to the filing date of the Foundational Patent application. This constitutes at least the third time that the PTO has investigated and reviewed the relevant prior art and found all of Kewazinga's claims to be patentable.

The patents cover systems and methods of capturing, processing and playing-back of video using multiple cameras in a way that allows one or more viewers or operators independently to navigate through and about the scene by changing perspective from camera to camera. Kewazinga's patents cover systems that allow navigation using the cameras' original video only, as well as system enhancements that allow for virtual views to be computed and derived from multiple cameras in order to enhance transitions from camera-to-camera.

Kewazinga's foundational patent is entitled A NAVIGABLE TELEPRESENCE METHOD AND SYSTEM UTILIZING AN ARRAY OF CAMERAS. All 119 claims in the Foundational Patent application were approved by the PTO, and the Foundational Patent issued in March 2003. The Foundational Patent allows one or more viewers or operators to navigate through and about the scene by changing perspective from camera to camera – whether the video is being viewed on a live or a recorded basis. The patent covers systems and methods of navigation using the cameras' original video – whether or not enhancements to smooth the transition from camera to camera are used.

Kewazinga's Tweening Patent issued in February 2003. It is directed to camera array systems where tweening, mosaicing or other smoothing technique is used to provide a smooth transition from one "real" camera to the next. By way of example, the Tweening Patent covers systems and methods for seamless navigation through an array of cameras by providing "virtual" camera positions in-between each pair of adjacent real cameras. The benefits of tweening include a seamless glide-transition from camera to camera, as well as a reduction in the number of cameras needed for certain applications.

Kewazinga would be happy to supply copies of the patents upon request.

9