# EXHIBIT 3



US006535226B1

# (12) United States Patent
Sorokin et al.

(10) Patent No.: US 6,535,226 B1
(45) Date of Patent: Mar. 18, 2003

(54) **NAVIGABLE TELEPRESENCE METHOD AND SYSTEM UTILIZING AN ARRAY OF CAMERAS**

(75) Inventors: **Scott Sorokin**, New York, NY (US); **David C. Worley**, Weston, CT (US); **Andrew H. Weber**, New York, NY (US)

(73) Assignee: **Kewazinga Corp.**, Westport, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/283,413**

(22) Filed: **Apr. 1, 1999**

### Related U.S. Application Data

(60) Provisional application No. 60/080,413, filed on Apr. 2, 1998.

(51) Int. Cl.$^7$ .................................................. G09G 5/00
(52) U.S. Cl. ..................... **345/723**; 345/427; 345/740
(58) Field of Search ................................ 345/744, 716, 345/427, 848, 850, 419, 726; 348/159, 218, 716, 719, 518, 36–39; 386/118, 119; 382/154; 600/111

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,355,328 A | 10/1982 | Kulik | 348/38 |
| 4,463,380 A | 7/1984 | Hooks, Jr. | 348/580 |
| 4,847,700 A | 7/1989 | Freeman | 386/99 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/03416 | 1/1997 |

### OTHER PUBLICATIONS

Shenchang Eric Chen, QuickTime VR– An Image–Based Approach to Virtual Environment Navigation, Apple Computer, Inc. pp. 1–10, Sep. 1995.*
Kelly et al., "An Architecture for Multiple Perspective Interactive Video," pp., 1–20, 1995.*
Jasnoch et al., "Shared 3D Environment within a Virtual Prototyping Environment," pp. 274–279, 1996.*

(List continued on next page.)

*Primary Examiner*—John Cabeca
*Assistant Examiner*—Tadesse Hailu
(74) *Attorney, Agent, or Firm*—Strook & Strook & Lavan LLP

### (57) ABSTRACT

A telepresence method and system for providing users the ability to navigate through an array of cameras capturing an environment. The array of cameras includes one or more series of cameras, wherein each series of cameras defines a path through the environment and wherein the cameras in each series have a progressively different perspective of the environment. Users interactively navigate through series of cameras, thereby simulating movement along paths.

**119 Claims, 11 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 10-04-2018

KEWAZINGA-G-0000031

### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 5,023,725 | A | 6/1991 | McCutchen | 348/38 |
| 5,067,014 | A | 11/1991 | Bergen et al. | 382/107 |
| 5,130,794 | A | 7/1992 | Ritchey | 348/39 |
| 5,185,808 | A | 2/1993 | Cok | 348/39 |
| 5,187,571 | A | 2/1993 | Braun et al. | 382/107 |
| 5,253,168 | A | * 10/1993 | Berg | 600/301 |
| 5,257,349 | A | 10/1993 | Alexander | 123/399 |
| 5,259,040 | A | 11/1993 | Hanna | 382/107 |
| 5,465,729 | A | * 11/1995 | Bittman et al. | 600/545 |
| 5,488,674 | A | 1/1996 | Burt et al. | 382/284 |
| 5,495,576 | A | 2/1996 | Ritchey | 345/420 |
| 5,497,188 | A | 3/1996 | Kaye | 348/36 |
| 5,562,572 | A | 10/1996 | Carmein | 482/4 |
| 5,566,251 | A | 10/1996 | Hanna et al. | 382/284 |
| 5,581,629 | A | 12/1996 | Hanna et al. | 348/103 |
| 5,585,858 | A | 12/1996 | Harper et al. | 348/485 |
| 5,598,208 | A | 1/1997 | McClintock | 348/159 |
| 5,600,368 | A | 2/1997 | Matthews, III | 348/143 |
| 5,604,529 | A | 2/1997 | Kuga et al. | 348/46 |
| 5,616,912 | A | 4/1997 | Robinson et al. | 250/201.3 |
| 5,629,988 | A | 5/1997 | Burt et al. | 382/276 |
| 5,632,007 | A | 5/1997 | Freeman | 706/59 |
| 5,644,694 | A | * 7/1997 | Appleton | 345/474 |
| 5,649,032 | A | 7/1997 | Burt et al. | 382/284 |
| 5,659,323 | A | 8/1997 | Taylor | 348/159 |
| 5,682,196 | A | 10/1997 | Freeman | 725/139 |
| 5,686,957 | A | 11/1997 | Baker | 348/36 |
| 5,703,961 | A | 12/1997 | Rogina et al. | 382/154 |
| 5,706,416 | A | 1/1998 | Mann et al. | 345/427 |
| 5,708,469 | A | 1/1998 | Herzberg | 348/39 |
| 5,724,091 | A | 3/1998 | Freeman et al. | 725/138 |
| 5,729,471 | A | 3/1998 | Jain et al. | 725/131 |
| 5,745,305 | A | 4/1998 | Nalwa | 359/725 |
| 5,850,352 | A | 12/1998 | Moezzi et al. | 345/419 |
| 5,900,849 | A | * 5/1999 | Gallery | 345/8 |
| 5,963,664 | A | 10/1999 | Kumar et al. | 382/154 |
| 5,999,641 | A | 12/1999 | Miller et al. | 382/154 |
| 6,020,931 | A | 2/2000 | Bilbrey et al. | 348/584 |
| 6,084,979 | A | 6/2000 | Kanade et al. | 382/154 |
| 6,151,009 | A | 11/2000 | Kanade et al. | 345/641 |
| 6,154,251 | A | 11/2000 | Taylor | 348/159 |
| 6,208,379 | B1 | * 3/2001 | Oya et al. | 348/213 |
| 6,384,820 | B2 | * 5/2002 | Light et al. | 345/419 |

### OTHER PUBLICATIONS

Leigh et al., "Multi-perspective Collaborative Design in Persistent Networked Virtual Environments," pp. 1–13, 1996.*

Kumar, R., et al., "Detecting Lesions In Magnetic Resonance Breast Scans," SPIE, Oct. 1995.

Ackerman, R., "New Display Advances Brighten Situational Awareness Picture," Signal Magazine, Aug. 1998 [Joint Operations Visualization Environment (JOVE)].

Be Here/360 degress immersive video, http://www.behere.com/PanImageCreationV/index.html.

BeHere, http://www.behere.com/Products/lenssystem.html.

BeHere, http://www.behere.com/NewsPress/fnews001.html.

Carnegie Mellon University Virtualized Reality, http://www.cs.cmu.edu/af/cs/project/VirtualizedR/www/explain.html.

Carnegie Mellon University, http://www.cs.cmu.edu/afs/cs/project/VirtualizedR/www/main.html.

Carnegie Mellon University, http://www.cs.cmu.edu/afs/cs/project/VirtualizedR/www/3manball_new.html.

FullView Technologies, http://www.fullview.com/about.html.

FullView Technologies, http://www.fullview.com/technology.html.

FullView Technologies, http://fullview.com/gallery.html.

Hipbone, http://www.hipbone.com/solutions/.

iMove/Infinite Pictures Inc./SmoothMove, http://www.smoothmove.com.

iMove, http://www.smoothmove.com/imovebeta/partners/index.html.

iMove, http://smoothmove.com/imovebeta/partners/index.html.

IPIX/Interactive Pictures Corp., http://www.ipix.com.

IPIX, http://ipix.com/products/fmproducts.html.

Multicam Clips, http://www.reelefx.com/Multicam/Mmain.htm.

Multicam/Index, http://www.reelefx.com/Multicam/Mtechnical/htm.

PAWS-at-a-glance, http://www.hitpaws.com/glance.html.

PAWS, http://www.hitpaws.com/company.html.

PAWS, http://www.hitpaws.com/faq.html.

Perceptual Robotics Inc., http://www.perceptualrobotics.com/about/.

Perceptual Robotics Inc., http://www.perceptualrobotics.com/products/.

Polycamera, http://www.cs.columbia.edu/CAVE/research/demos.

Snell&Wilcox, http://www.snell.co.uk/internet/aboutus/indexd.html.

Snell & Wilcom Matrix press release/Jun. 1999, http://www.snell.co.uk/internet/press/indexd.html.

Stanford University, Light field rendering http://graphics.stanford.edu/projects/lightfield/.

Timetrack, virtual camera movement, http://www.virtualcamera.com/invention.html.

Timetrack, http://www.virtualcamera.com/cameras.html.

Zaxel, 3D Replay, 2001.

Zaxel, Virtual Viewpoint–Remote Collaboration, 2001.

Zaxel, Virtual Viewpoint–Sports and Entertainment, 2001.

Shenchang Eric Chen and Lance Williams, "View Interpolation for Image Synthesis," Apple Computer, Inc., pp. 1–7, Sep. 1993.

* cited by examiner