# Exhibit 5
**(The errata to this deposition is also attached)**

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    Case No. 1:20-cv-01106
      -------------------x
 4    KEWAZINGA CORP.,                    :
                                          :
 5                         Plaintiff,     :
                                          :
 6              - vs -                    :
                                          :
 7    GOOGLE LLC,                         :
                                          :
 8                         Defendant.     :
      -------------------x
 9
10
                                  June 10, 2020
11                                10:57 a.m.
                                  Jupiter, Florida
12
13
14
15
16              ***CONFIDENTIAL***
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21    ORAL EXAMINATION OF LEONARD SMALHEISER, held at
22    the above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25    Job No. CS4135135
```

1           L. Smalheiser - CONFIDENTIAL
2     APPEARANCES:
3
            STROOCK & STROOCK & LAVAN, LLP
4           Attorneys for Plaintiff
5           180 Maiden Lane
            New York, New York 10038
6
            BY:  SAUNAK K. DESAI, ESQ.
7                IAN G. DiBERNARDO, ESQ.
8
9           DESMARAIS, LLP
            Attorneys for Defendant
10
            230 Park Avenue
11          New York, New York 10169
12          BY:  ELIZABETH WEYL, ESQ.
                 JOHN M. DESMARAIS, ESQ.
13               STEVEN M. BALCOF, ESQ.
                 DAVID A. FREY, ESQ.
14
                      * * *
15
16
17
18
19
20    ALSO PRESENT:
21          Marcelo Rivera - Videographer
22
23
24
25

CONFIDENTIAL

Page 30

1      L. Smalheiser - CONFIDENTIAL
2  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▬▬▬▬
▮ ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10            MR. DESAI:  Objection, form.
11     BY MS. WEYL:
12     ▮ ▬▬▬▬▬▬▬▬▬
13            MR. DESAI:  Same objection.
14          ▬▬▬▬▬ ▬ ▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19     BY MS. WEYL:
20     ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22            MR. DESAI:  Objection to form.
23          ▬▬▬▬▬▬ ▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬

```
 1              L. Smalheiser - CONFIDENTIAL
 2                  THE WITNESS:  No, that's not
 3         correct.
 4     BY MS. WEYL:
 5         ▮ ██████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
 8                  MR. DESAI:  Objection to form.
 9         That mischaracterizes prior testimony.
10              ███████████  ███  ████████████
   ████████████████████████████████████████████
   ██████████████████████████████████████████████
   ██████████████████████████████████████████████
   ███████████████████████████████████████
   ██████████████
16     BY MS. WEYL:
17         ▮ ████████████████████████████████
   ██████████████████████████████████████████████
   ███████████████████████████
20                  MR. DESAI:  Objection to form.
21              ██████████  ██████████████████
   █████████████████████████████████████████████
   █████████████
24     BY MS. WEYL:
25         Q ██████████████████████████████
```

1              L. Smalheiser - CONFIDENTIAL
2      BY MS. WEYL:
3          Q     But you understand that Google does
4      invest in Street View; is that correct?
5                   MR. DESAI:  Objection to form.
6                   THE WITNESS:  I can only assume
7           that they are, because I don't have access
8           to metrics that tell me that they are.
9      BY MS. WEYL:
10         Q     So based on your understanding of --
11     without needing to consider any metrics about
12     Street View, what is your understanding of the
13     amount of resources that Google has devoted to
14     Street View from 2013 to 2020?
15                  MR. DESAI:  Objection to form.
16                  THE WITNESS:  I could not begin to
17          tell you what that amount of money or what
18          that number is.  I don't know.
19     BY MS. WEYL:
20         Q     But you are aware that Google invested
21     in its Street View service between the years of
22     2013 and 2020; is that correct?
23                  MR. DESAI:  Same objection.
24                  THE WITNESS:  I'm sorry.  There
25          was an unavoidable noise outside my location

1                L. Smalheiser - CONFIDENTIAL
2          and I didn't want everyone to have to hear
3          it.
4    BY MS. WEYL:
5          Q     No problem at all.
6                So you were aware that Google invested
7    in its Street View service between the years of
8    2013 and 2020; is that correct?
9                    MR. DESAI:  Objection to form.
10                   THE WITNESS:  I cannot quantify
11         whether or not Google spent money on Street
12         View in between those years or how much they
13         might have spent.
14   BY MS. WEYL:
15         Q     But you understand that Google --
16   strike that.
17               So you have no understanding of
18   whether Google invested any resources in the
19   Street View service between 2013 and 2020; is
20   that correct?
21                   MR. DESAI:  Objection to form.
22                   THE WITNESS:  As mentioned, I
23         can't quantify the amount of money that
24         Google spent in between those years or if
25         they spent that money.  I can't put a number

```
 1            L. Smalheiser - CONFIDENTIAL
 2       on it.  I don't know.
 3   BY MS. WEYL:
 4       Q    But you're aware that Google continued
 5   to provide its Street View service at least
 6   between the years of 2013 and 2020; is that
 7   correct?
 8       A    I believe that they continued to
 9   provide that service, to the best of my
10   knowledge.
11       Q    And you're aware that between the
12   years of 2013 and 2020, Google expanded its
13   coverage of the Street View service?
14              MR. DESAI:  Objection to form.
15              THE WITNESS:  I don't know
16       specifically how Google's coverage changed
17       in between those years.
18   BY MS. WEYL:
19       Q    In 2013, did you understand that
20   Google's Street View service was an important
21   feature to Google's products?
22              MR. DESAI:  Objection to form.
23              THE WITNESS:  It was my assumption
24       that it was an important asset for Google.
25
```

1                L. Smalheiser - CONFIDENTIAL

2    BY MS. WEYL:

3        Q    What was the purpose of these

4    documents?

5        A    The purpose of these documents were to

6    try to determine the level of interest by other

7    companies in Kewazinga's -- in Kewazinga's

8    products.

9        Q    How were these other companies

10   identified?

11              MR. DESAI:  Objection to form.

12              THE WITNESS:  I'm sorry.  I need

13       to ask you to clarify that last question.

14   BY MS. WEYL:

15       Q    Certainly.

16            You stated that you worked on drafting

17   documents for the purpose of trying to determine

18   the level of interest by other companies in

19   Kewazinga's products.

20            My question is, how did you identify

21   what companies to contact?

22              MR. DESAI:  Objection to form, and

23       to the extent it mischaracterizes prior

24       testimony.

25              THE WITNESS:  As a clarification,

1          L. Smalheiser - CONFIDENTIAL
2      I didn't say I drafted the documents.  I
3      said I contributed to the drafting of the
4      documents.  And in terms of identifying
5      which companies, which I think is what your
6      question is, we, as a group, were trying to
7      look for companies where there would be some
8      synergy between what the companies offered
9      or might want to offer, and what Kewazinga
10     had to offer.
11  BY MS. WEYL:
12     Q     What companies have you identified as
13  potential companies that could provide synergy
14  with Kewazinga?
15              MR. DESAI:  Objection to form.
16              THE WITNESS:  I think I need you
17      to clarify that question, please.
18  BY MS. WEYL:
19     Q     Did Kewazinga contact any other
20  companies that it wanted to form a partnership
21  with?
22              MR. DESAI:  Objection to form.
23              THE WITNESS:  I believe it did
24      make contact, yes.
25

1              L. Smalheiser - CONFIDENTIAL
2          confidential.
3     BY MS. WEYL:
4          Q      Just stepping back a couple of
5     questions, you had noted that this document has
6     "Confidential- Not for dissemination" on the
7     bottom; right?
8          A      I do see that.
9          Q      So if you -- if Kewazinga provided a
10    document to Google that contained confidential
11    information, it would have been marked
12    confidential; is that correct?
13                MR. DESAI:  Objection to form.
14                THE WITNESS:  I'm not sure that
15         that's necessarily correct.  Sometimes when
16         you've developed a relationship with a
17         company and the company is expressing
18         interest in receiving more documents,
19         there's an element of trust that gets
20         created.  It's possible that not every
21         document is marked in that manner, but I do
22         recall many of these documents being marked
23         in that manner.  And I think that it's very
24         clear that we were presenting
25         forward-looking concepts and business

CONFIDENTIAL

Page 187

1           L. Smalheiser - CONFIDENTIAL
2      opportunities that we would never share with
3      a competitor.
4  BY MS. WEYL:
5      Q    Did Kewazinga have a Non-Disclosure
6  Agreement with Google?
7              MR. DESAI:  Objection to form.
8              THE WITNESS:  I -- as I sit here,
9      I don't recall if there was an NDA.  There
10     may not have been, but I don't remember.
11 BY MS. WEYL:
12     Q    Did Kewazinga have Non-Disclosure
13 Agreements with other companies it was talking to
14 in the 2005 and 2006 timeframe?
15     A    As I --
16             MR. DESAI:  Objection.
17             THE WITNESS:  Sorry.  We have some
18     latency here.
19             MR. DESAI:  Objection to form.
20     I'll just note that the prior question
21     didn't have the 2005/2006 timeframe point in
22     it.  Go ahead.  You can answer.
23             THE WITNESS:  I'm not in a
24     position to answer the question as to
25     whether or not any other company had signed

1          L. Smalheiser - CONFIDENTIAL
2                THE WITNESS:  I'm not sure that I
3      was specific about the technology part in
4      terms of their bad actor status.  I would
5      say that they used some of Kewazinga's
6      forward ideas and business opportunities in
7      their own product after they met with us.
8   BY MS. WEYL:
9      Q    And specifically what ideas did they
10  incorporate -- did Google incorporate into its
11  own products?
12     A    Well I would say that they would
13  include, but not necessarily be limited to
14  incorporating Navigable Video into Google Earth,
15  as well as Google Maps as an on-the-ground
16  extension of those products.
17             I would say that it also included
18  providing travel destinations and cultural
19  destinations, and museums and possibly zoos and
20  aquariums and other interior building locations
21  as additional navigable experiences.
22             I would say that they also provided
23  experiences that I believe were captured on
24  boats, on waterways, that was also part of the
25  documentation that we provided to them, but,

CONFIDENTIAL

Page 226

1  L. Smalheiser - CONFIDENTIAL
2  again, it's not limited to that, and a more
3  thorough investigation would have to be made.
4          But we clearly said to them, and I
5  believe that this sentence is included in a
6  number of the papers that we sent to them, that
7  miniaturized Kewazinga systems would be placed
8  atop cars and boats that would ply the streets
9  and waterways in order to provide navigable
10 experiences.  And to that extent, I think Google
11 went ahead and took a lot of the forward-looking
12 ideas that Kewazinga presented it and used it in
13 their own product.
14     Q    Are any of those things covered by
15 Kewazinga's patents?
16          MR. DESAI:  Objection to form.
17          THE WITNESS:  I don't know whether
18     they're covered by the patents.  I'm not
19     sure that they are.
20 BY MS. WEYL:
21     Q    Do you know if Google had the idea for
22 Street View before Kewazinga ever emailed Google
23 in the 2005/2006 timeframe?
24          MR. DESAI:  Objection to form.
25          THE WITNESS:  I can't know it for

1                L. Smalheiser - CONFIDENTIAL
2           sure, but I might have been exposed to a
3           piece of information that suggested that
4           they might have done some preliminary work
5           before we contacted them, although we never
6           knew that they had done preliminary work,
7           and they never disclosed any preliminary
8           work that was similar to our invention to
9           us, either by email or in a telephone call.
10     BY MS. WEYL:
11          Q    So in my previous question -- sorry.
12     I want to get this straight.
13               I asked you if any of the things that
14     you mentioned were covered by the Kewazinga
15     patents, and you said that you didn't know; is
16     that correct?
17                  MR. DESAI:  Objection.
18                  THE WITNESS:  That's correct.  I'm
19          sorry, that is correct.
20     BY MS. WEYL:
21          Q    And so none of those ideas that you
22     conveyed were related to the Kewazinga patents,
23     and so how would Google have disclosed what it
24     was doing in relation to the invention if all of
25     the features that you discussed about were not

1                L. Smalheiser - CONFIDENTIAL
2        included in the Kewazinga patents?
3                    MR. DESAI:  Objection to form.
4            Foundation.  And, I mean, I think that's
5            confusing a lot of different questions that
6            were asked in the previous 10 to 15 minutes.
7            You can answer the question.
8                    THE WITNESS:  I think the
9            documents that were provided by Kewazinga to
10           Google, some of which or maybe possibly many
11           of which were marked as confidential and do
12           not distribute presented many
13           forward-looking concepts and business
14           opportunities to Google that Kewazinga
15           thought that they could help to offer to
16           Google and to extend Google's ecosystem, if
17           you will.  Their software ecosystem.
18       BY MS. WEYL:
19           Q     Did Kewazinga --
20           A     Excuse me.  May I finish?
21           Q     Yes, you may.
22           A     In those documents -- or I should say
23       in many of those documents, Kewazinga clearly
24       marked its patents by title of the patent, and I
25       think more than one patent the title was

1                L. Smalheiser - CONFIDENTIAL
2     presented.  I believe that claims were also
3     either described or excerpted.  I think issue
4     dates of the patents are also included in some or
5     many of those documents.  And I think
6     descriptions of the patents are included in many
7     or some of those documents.
8                And so you have a situation where
9     forward business concepts are being provided.
10    Evidence of the patents, including their title,
11    issuance date, claim information and general
12    descriptions are disclosed.  And I think that
13    Google used that information to further their own
14    product without disclosing at any point during
15    that time to Kewazinga that they had a competing
16    product that was in development.
17         Q    Can you point to me some documents
18    that Kewazinga provided to Google that included
19    the title, issuance, date and general information
20    about the Kewazinga patents?
21                MR. DESAI:  Objection to form, and
22          as to how the witness would possibly do that
23          right now electronically.  You can put
24          documents in front of him and ask him
25          questions about that.

```
 1           L. Smalheiser - CONFIDENTIAL
 2               C E R T I F I C A T I O N
 3           I, Randi Friedman, Registered
 4    Professional Reporter and Notary Public of the
 5    State of New York, do hereby certify:
 6         THAT, the witness whose testimony is herein
 7    before set forth, was duly sworn by me, and
 8    THAT, the within transcript is a true record of
 9    the testimony given by said witness.
10         I further certify that I am not related
11    either by blood or marriage to any of the parties
12    to this action; and that I am in no way
13    interested in the outcome of this matter.
14         IN WITNESS WHEREOF, I have hereunto set my
15    hand this day, June 15, 2020.
16
17
18
          /s/ Randi C. Friedman
19    Randi Friedman, RPR
20
21
22
23
24
25       *    *    *    *    *    *    *    *    *
```

## ERRATA SHEET

**Name of case:**     **KEWAZINGA CORP. v. GOOGLE LLC**
**Deposition of:**     **Leonard Smalheiser**
**Date taken:**     **June 10, 2020**

**Corrections:**

| Page | Line | Change | Reason |
|---|---|---|---|
| 10 | 6-7 | Change "I suppose I was a corporate representative, yes" to "I was only deposed in my personal capacity" | Correction |
| 22 | 6 | Change "using" to "filing" | Clarification |
| 22 | 21 | Delete "camera limitation – without the" | Clarification |
| 22 | 24 | Change "patents" to "patent arguments" | Clarification |
| 28 | 14 | Delete "with" | Misheard/Misspoke |
| 33 | 10-11 | Change "Yes. As mentioned, there is no specificity" to "Okay. As mentioned, there was no specificity" | Clarification |
| 42 | 23 | Change "That is correct" to "It was an 8-digit number" | Correction. *See* 29:25-30:18. |
| 61 | 3 | Change "advice" to "device" | Misheard/Misspoke |
| 84 | 11 | Change "'cause" to "because" | Misheard/Misspoke |
| 104 | 3 | Changes "No" to "Yes' | Correction |
| 104 | 7-9 | Change "I do think attorney advice is reflected in those documents" to be the witness's answer to deposing attorney's question, rather than part of the defending attorney's objection | Witness's answer to question at 104:5-6 is incorrectly attributed to defending attorney. *See* 104:11-18. |
| 122 | 11 | Change "discussed" to "dismissed" | Misheard/Misspoke |
| 124 | 23 | Change "record" to "notice" | Clarification |
| 134 | 3-4 | Change "That is correct. That there was" to "I believe that might be correct. There was" | Correction. *See* 137:19-139:11. |
| 152 | 9-10 | Change "Some clarification. The funding" to "Some clarification on the funding" | Clarification |
| 158 | 9 | Change "a headquarter" to "headquarters" | Misheard/Misspoke |
| 170 | 17 | Change "'cause" to "because" | Misheard/Misspoke |
| 173 | 18 | Change "engage" to "gauge" | Misheard/Misspoke |
| 187 | 9 | Change "I don't recall if there was an NDA" to "I don't recall if there was an NDA in the 2005 and 2006 timeframe" | Clarification |
| 191 | 16 | Delete "almost" | Misheard/Misspoke |

| 191 | 23 | Delete "a" | Misheard/Misspoke |
| 197 | 24 | Change "Company No. 1's" to "the first company's" | Clarification |
| 198 | 11 | Change "Company No. 1's" to "the first company's" | Clarification |
| 225 | 6 | Change "forward" to "forward-looking" | Misheard/Misspoke |
| 226 | 12 | Change "presented it and used it" to "presented to it and used them" | Misheard/Misspoke |
| 227 | 3 | Change "piece of information that suggested" to "piece of information, at a later time, that suggested" | Clarification |
| 227 | 6 | Change "knew that they" "knew at that time that they" | Clarification |
| 229 | 9 | Change "forward" to "forward-looking" | Misheard/Misspoke |
| 232 | 25 | Change "big" to "small" | Clarification |
| 234 | 24 | Change "'cause" to "because" | Misheard/Misspoke |
| 237 | 20 | Delete "— were" | Clarification |
| 246 | 12 | Change "That's correct" to be part of the witness's answer to deposing attorney's question, rather than part of the deposing attorney's following question | Part of witness's answer to question at 246:3-6 is incorrectly attributed to deposing attorney. |
| 250 | 4 | Change "sensor" to "censor" | Clarification |
| 250 | 5 | Change "to make" to "from making" | Misheard/Misspoke |
| 273 | 3 | Change "Google's" to "Kewazinga's" | Correction. *See* 273:10-20. |
| 273 | 4 | Change "Google's" to "Kewazinga's" | Correction. *See* 273:10-20. |
| 276 | 3 | Delete "was –" | Clarification |
| 276 | 6 | Change "its" to "Kewazinga's" | Clarification |

7/10/2020
Date

Leonard Smalheiser