# Exhibit 7

Learn Data Analytics - Columbia Engineering Data Analytics Boot Camp | 24 Weeks



Message   More...

Jenifer Austin · 3rd
ceo
Mountain View, California · 500+ connections · Contact info

Ahanagold.com
Stanford University Graduate School of Business

About

J. Austin is the founder and CEO of AhanaGold.com (https://www.ahanagold.com), an essential oil and hand balm company. She started Be Hear Now Inc, building the mobile video app, Idolapp.com (https://idolapp.com/), around mindfulness, yoga, and meditation. Jenifer taught Ahana Mindfulness Yoga at the TED 2019 Conference. She is also the co-Founder of Video.io (https://video.io), a consumer mobile video app start up aiming to speed up mobile app handling of video. She completed the Stanford Business School Executive Program (SEP) after spending almost 14 years at Google, where she created and launched the Google Ocean Program, Underwater Street View in Google Maps, and Geo Crisis Response. She joined Google to work directly for its co-founders after going on leave from her PhD program in the Neurosciences at Stanford; she graduated with a Masters, there, publishing her work studying neuronal connectivity involved in learning and memory. She is a member of the Explorers Club.

Featured

Idol App
idolapp.com

Experience

Messaging

**Chief Executive Officer**
Ahanagold.com · Full-time
Jan 2019 – Present · 1 yr 6 mos
Los Gatos

Founder of Ahanagold.com.

**Co-Founder, Video.io**
Video.io
Jan 2015 – Present · 5 yrs 6 mos

Co-Founder, Video.io. https://video.io



**Google**
13 yrs 9 mos

**Product Manager, Ocean in Google Earth and Google Maps, then at ACME Robotics**
Apr 2006 – Jan 2018 · 11 yrs 10 mos
Mountain View, CA

Jenifer Austin (http://goo.gl/SteqKM) founded Google's Ocean Program, leading the team to build the best map of the ocean in a consumer product, including in Google Maps and Google Earth, working with many partners like NOAA, the US Navy, Scripps Institute of Oceanography, MBARI, Columbia University, SOI and GEBCO. Learn More: Google Ocean Youtube playlist (http://goo.gl/9eWdyn). Jenifer partnered with Catlin Seaview Survey to launch Underwater Street View in Google Maps (http://maps.google.com/ocean), now up to over 50 locations, with a media reach of 85 billion, showcasing the Heron Island sea turtle in the Great Barrier Reef UNESCO World Heritage Site to Mexico whale sharks and the Larvrotto Marine Reserve off Monaco in partnership with the Prince Albert II Foundation. This project made the front cover and had a 6 page article in the 2015 TIME special edition: 100 New Scientific Discoveries (http://goo.gl/UTlBRH) and was in the April 14, 2014 newstand edition, The Last Coral Reefs: A new survey is documenting the rain forests of the ocean—before they're gone (http://time.com/48001/the-last-coral-reefs/). She also launched the first time ever waterfront Street View collection of the San Francisco shoreline collected in partnership with Marine Advanced Research's WAM-V® USV catamaran robot (http://wam-v.com/wamv_trekker.html). She recently co-hosted the Ocean Agenda Maritime Domain Awareness Workshop (http://goo.gl/Kyf6Uy) with the President of Iceland and the US Coast Guard. The Google Ocean Program was awarded the 2012 Wildaid Leadership and the 2012 Blue Frontier Peter Benchley Excellence in Exploration awards. Jenifer previously served on the Sylvia Earle's Mission Blue foundation, the Blue Ocean Film Festival advisory board and on the TSCOM subcommittee of the General Bathymetric Chart of the Oceans group of the IHO/IOC-UNESCO. She spoke at Google I/O (http://goo.gl/4dTYhO) and at the United Nations (http://goo.gl/OEjBjm).

see less

**Product Manager**
2008 – 2009 · 1 yr

Created and launched the Google Earth Outreach program (earth.google.com/outreach) and created and launched the Google Ocean Program (earth.google.com/ocean) and launched Underwater Streetview (maps.google.com/ocean).

**Office of the Google Founders**
May 2004 – Apr 2006 · 2 yrs
Google

Worked directly for Google co-founders as an Associate. Managed Google's World Economic Forum at Davos partnership in 2005 and 2006.

Messaging

Show fewer roles

#### Member of the TSCOM subcommittee
General Bathymetric Chart of the Oceans
Oct 2013 – Dec 2015 · 2 yrs 3 mos

GEBCO's aim is to provide the most authoritative publicly-available bathymetry of the world's oceans. It operates under the joint auspices of the Intergovernmental Oceanographic Commission (IOC) (of UNESCO) and the International Hydrographic Organization (IHO). http://www.gebco.net/



#### Member Advisory Board
Blue Ocean Film Festival
2012 – 2015 · 3 yrs

Launched Underwater Street View in Google Maps with Catlin Seaview Survey at BLUE 2012: https://plus.google.com/u/0/+JeniferAustin/posts/MgQrfsAHPJL.
Live Underwater plus hangout on air with night scuba diver on Great Barrier reef who discovers a turtle! http://goo.gl/ZSWyHu. Learn more at map.google.com/ocean
BLUE 2012 Google plus hangout on air with Captain Don Walsh in the Google surround Liquid Galaxy display: http://goo.gl/LkYRAQ
Blue Ocean Film Festival Google Plus hangout on air with Catlin Seaview Survey founder Richard Vevers in the surround Liquid Galaxy display at the Oceanographic Museum in Monaco, Sept 29, 2013: http://goo.gl/kltcEV.

see less

#### Board member Emeritus
Mission Blue Foundation (formerly Sylvia Earle Alliance)
2011 – 2015 · 4 yrs

Created the 800+ member Explore the Ocean education community resulting in hundreds of posts about the ocean in 3-d in Google Earth and on Sylvia's website (http://mission-blue.org/google-earth/) in partnership with Charlotte Vick, and many contributing organizations like National Geographic, Smithsonian, NOAA, MBARI, Scripps, Woods Hole Oceanographic, Columbia's Lamont Doherty, Bermuda Institute of Oceanographic Sciences, etc.

see less

#### Member of the Working Group
World Bank Global Partnership for the Ocean
2012 – 2013 · 1 yr
Washington D.C. Metro Area

Corporate advisor; made recommendations for Blue Ribbon Panel, as to key objectives for World Bank oceans funding.

Show fewer experiences ∧

## Education



#### Stanford University Graduate School of Business
Stanford Executive Program Certification
2018 – 2018

Messaging


**Stanford University School of Medicine**
Master of Science (MS), Neurosciences
2000 – 2003


**Florida State University**
Bachelor's Degree, Biology/Biological Sciences, General, College
1995 – 1999
Activities and Societies: Phi Beta Kappa.

National Merit Scholar.

## Licenses & Certifications


**SCUBA**
PADI

## Skills & Endorsements

**Strategic Partnerships · 56**

 Endorsed by **Wesley Chan**, who is highly skilled at this

 Endorsed by **10 of Jenifer's colleagues at Google**

**Product Management · 33**

 Endorsed by **Wesley Chan**, who is highly skilled at this

 Endorsed by **7 of Jenifer's colleagues at Google**

**Analytics · 26**

 Endorsed by **Wesley Chan**, who is highly skilled at this

 Endorsed by **4 of Jenifer's colleagues at Google**

Show more ⌄

## Recommendations

**Received (1)**    Given (1)


**Charlotte Vick**
Director of Engagement at Mission Blue & EARTHx
March 3, 2009, Jenifer worked with Charlotte in the same group

Jenifer is one of the most thorough, engaged and thoughtful team members I've encountered. She provides vision beyond the current task and sees the potential of every action. With a high level of expertise in many fields, she brings depth to a team. She is serious and dedicated to mission while enjoyable to know. With Jenifer, you

get vision, expertise, focus on mission and a delightful colleague as well.

## Accomplishments

**1** Project  

**Google Ocean Program youtube Playlist**
Jan 2008 – Present

Videos that represent some of our work.

See project

## Interests

 **Reid Hoffman**
Entrepreneur. Product Strategist. Investor.
2,326,497 followers

 **Florida State University**
295,363 followers

**World Economic Forum**
2,839,835 followers

 **Stanford University School of Medi...**
60,813 followers

**Stanford Executive Program - 2018**
124 members

 **Apple**
11,377,713 followers

See all

**Linked**

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? |
| | | | Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy |
| Sales Solutions | Mobile | Small Business | Go to your Settings. |
| Safety Center | | | |

LinkedIn Corporation © 2020

Messaging