# Exhibit 8

 Search       

**Work Remotely -** LEAP is the best system for lawyers and staff to work from home





Connect   🔒 Message   More...

### Chris Sacca · 3rd

Founder and Chairman at Lowercase Capital

Big Sky, Montana · 500+ connections · **Contact info**

Lowercase Capital

Georgetown University Law Center

## About

An accomplished venture investor, company advisor, and entrepreneur, Chris manages a portfolio of over seventy consumer web, mobile, and wireless technology start-ups as well as an array of mature enterprises through his holding company, Lowercase Capital. He is partnered in this venture with his wife, Crystal English Sacca. While primarily known for its investments in seed and early stage technology companies like Twitter, Uber, Instagram, and Kickstarter, Lowercase has quietly grown to be one of the larger venture funds in the United States.

## Featured



**Want more Chris Sacca? Here is a fun new personal site I launched.**
Chris Sacca

Startup investing is one of my things, but it's not my everything. Click for a little more about where I'm...

**LOWERCASE ca**
LOWERCASE capita

Messaging

 Search

## Experience

**Founder and Chairman**
Lowercase Capital
May 2010 – Present · 10 yrs 3 mos

**Head of Strategic Initiatives**
Google
Oct 2003 – Dec 2007 · 4 yrs 3 mos

**General Counsel and Head of Corporate Development**
Speedera Networks
May 2002 – Oct 2003 · 1 yr 6 mos

## Education

**Georgetown University Law Center**
Juris Doctor (J.D.)
1997 – 2000

**Georgetown University**
Bachelor of Science of Foreign Service, International Relations and
1993 – 1997

## Skills & Endorsements

**Entrepreneurship** · 8

Endorsed by **Will Price, who is highly skilled at this**

**Start-ups** · 5

**AJ Joshi and 4 connections** have given endorsements for this skill

**Strategic Partnerships** · 5

**Lucia Goode and 4 connections** have given endorsements for this skill

Show more 

## Accomplishments

Messaging

English   Spanish

## Interests

| | Bill Gates | | Lowe... |
| | Co-chair, Bill & Melinda Gates Foundation | | 2,928 ... |
| | 28,088,945 followers | | |
| | Kevin O'Leary | | Jason... |
| | Chairman at O'Shares ETFs and Beanstox ... | | Entrep... |
| | 2,507,869 followers | | 626,01... |
| | DJ Patil | | Craig... |
| | Former U.S. Chief Data Scientist | | Found... |
| | 738,612 followers | | 986,66... |

See all

---

LinkedIn

| About | Accessibility | Talent Solutions |
| Community Guidelines | Careers | Marketing Solutions |
| Privacy & Terms ⌄ | Ad Choices | Advertising |
| Sales Solutions | Mobile | Small Business |
| Safety Center | | |

LinkedIn Corporation © 2020



Messaging