# Exhibit 10

Message

| | |
|---|---|
| **From:** | Andy Weber [ahweber@bellatlantic.net] |
| **Sent:** | 11/10/2005 6:13:21 PM |
| **To:** | Len Smalheiser [blabla123@usa.net] |
| **Subject:** | reply from Google |

Lenny,

Response from Google below. I'm starting to formulate a short teaser without getting too heavy. Any thoughts you have regarding scope and focus of reply are welcome.

andy


**Date:** November 10, 2005 12:12:57 PM EST
**To:** ahweber@bellatlantic.net
**Reply-To:** davidl@google.com

hi andy,

i work at google and received your email you sent to sergey and larry on oct. 5. how do you envision working with google? please let me know via email. thanks much for your inquiry. your technology looks very cool!

cheers, david

--
David S. Lee
Principal | New Business Development
Google, Inc. | 1600 Amphitheatre Pkway, Mountain View, CA 94043
Tel. 650.253.5093 | Fax 650.618.1840

CONFIDENTIAL                                                                                                              KEWAZINGA-G-0003187