# Exhibit 11

Message

| | |
|---|---|
| **From**: | david.worley@mindspring.com [david.worley@mindspring.com] |
| **Sent**: | 1/30/2006 7:00:29 PM |
| **To**: | robmac@goggle.com |
| **CC**: | ahweber@bellatlantic.net |
| **Subject**: | Kewazinga Strategic Plan |
| **Attachments**: | Strategic Plan_Google PPT (1-30-06).ppt; Google_Strategic Plan _Final_.pdf; Google Cvr Ltr Final.pdf |

Rob

Thanks for taking my call.  As we discussed, attached are the Strategic Plan doc that we originally delivered to Tim, as well as the cover letter.  Also attached is a Strategic Plan PPT that provides a quick overview.  When we are able to meet we can go through our revenue models and projections.

You can reach me in my office at Guggenheim Alternative Asset Management group at 212-884-0717, or any time via this email address.

I look forward to hearing from you at your convenience.

Dave Worley
CEO
Kewazinga

CONFIDENTIAL