# Exhibit 13

Message

| | |
|---|---|
| **From:** | David Lee [davidlee@google.com] |
| **Sent:** | 4/13/2006 5:29:19 PM |
| **To:** | david.worley@mindspring.com |
| **CC:** | Jennifer Feikin [jfeikin@google.com] |
| **Subject:** | Fwd: Navigable Video - Updated Introduction_Strategic Plan |
| **Attachments:** | Kewazinga Cvr Ltr - JennFeik_Google.pdf; Google_Strategic Plan (March Final).pdf |

Dave,

I work with Jennifer on video-related matters and she forwarded the email you sent to her. Can we set up a time where you can walk thru the demo and explain how we might work together? Thanks in advance.

David

--
David Lee
Principal | New Business Development
Google Inc. | 1600 Amphitheatre Pkway, Mountain View, CA 94043
Tel. 650.253.5093 | Fax 650.618.1840


---------- Forwarded message ----------
From: **david.worley@mindspring.com** <david.worley@mindspring.com>
Date: Apr 13, 2006 6:54 AM
Subject: Navigable Video - Updated Introduction_Strategic Plan
To: jfeikin@google.com
Cc: robmac@google.com

Jennifer

I wanted to follow up on my email yesterday in order to send you a copy of our updated Introduction and Strategic Plan. (I have included a copy of yesterday's cover letter for your convenience as well.)

The revised Introduction includes a number of revisions that clarify what it is that we offer, as well as our strategic fit within the search / advertising / video space.

We would love to open up a dialogue with you on this topic, as we view Google as a favorable potential strategic partner. Should Google decide to go forward with us we can provide Google with the unique opportunity of an ownership stake in the "reinvented" video content format itself -- in the context of a platform-agnostic technology that could be licensed to partners and competitors. By adopting the Navigable Video platform, and licensing the proprietary capture and playback technology to third parties, Google can establish itself as the gatekeeper for Navigable Video content and thus generate multiple revenue streams from the creation of the content as well as its playback.

Finally, I wanted to let you know that we will be presenting Navigable Video at an upcoming Wall Street Internet conference. If you would like more information on that I would be happy to share it with you. I think that it would be advantageous for us to have a meeting prior to that conference in order to show you our technology privately. However, if that is not possible we would love to have you attend the conference to see our technology in the context of the presentation.

CONFIDENTIAL

KEWAZINGA-G-0002924

I look forward to hearing from you at your convenience.

Dave Worley
Chairman & CEO
Kewazinga
917-838-4288

CONFIDENTIAL

KEWAZINGA-G-0002925