# Exhibit 14

Message

| | |
|---|---|
| **From:** | david.worley@mindspring.com [david.worley@mindspring.com] |
| **Sent:** | 7/26/2006 1:22:27 PM |
| **To:** | robmac@google.com |
| **Subject:** | Navigable Telepresence for IPTV and ITV introduction |
| **Attachments:** | Kewazinga_Google Introduction_Strategic Plan UPDATED (June 2006).pdf; Kewazinga_Bear Stearns Internet 2.0 Slides (Final).pdf |

Rob

Thank you so much for helping to get our information in front of Mr. Vinton Cerf. My reason for wanting to reach out to him is that, as you know, our technology has far-reaching (positive) implications for Google, as well as the nature of the Internet itself as it moves beyond its origins as a text-based medium.

If it would be possible for you to forward this email to Mr. Cerf, I think that that would be the most straight forward, as I believe that if nothing else he will certainly be interesting in knowing of the existance of the technology and it implications to the future of IPTV, ITV and the Internet in general.

Dave

Mr. Cerf

I wanted to reach out to you regarding Navigable Telepresence. My company, Kewazinga, invented and patented Navigable Telepresence in 1998. We believe that Navigable Telepresence, using multiple simultaneously running video cameras, will become the predominate way for web users to experience a visual (i.e., non-text-based) Internet, as well as ITV applications.

We are aware that Google has an interest in video, and has a Video group. However, we have had difficulty in connecting with that group. On the chance that you may have an interest in Navigable Telepresence for IPTV and ITV applications, I wanted to provide you with a copy of our material.

We have had success connecting with other companies such as networking device companies, operating software companies and telcos, for example. However, we continue to believe that Google would be a very good fit for our technology in a multitude of areas, including IPTV, ITV and an on-ground extension of Google Earth, for example.

In addition to the attached materials we have posted our introductory video to our FTP
site. The 4-minute video is available in Windows Media9, Real Video10 and QuickTime7
formats and can be accessed at:

www.kewazinga.com/kewazinga_video_formats/

Although the video is several years old and depicts our first generation proof-of-concept
analog system in broadcast sports applications, it provides a glimpse of Navigable
Telepresence using multiple video cameras. As discussed in the video, the next
generation system will be based on an Ethernet topology and thus allow wide and
unobtrusive placement of cameras that are dramatically reduced in size, for
both permanently installed and highly mobile systems.

Video Instructions:

Left-clicking on your preferred format allows you to download the file and immediately
launch your media player.

On the other hand, if you wish to save the video to your desktop, right click on the file
and select the "Save Link Target As" option.

I apologize for the lengthy email. Hopefully, you will find the video and attached materials worthy of your time for review.

CONFIDENTIAL

KEWAZINGA-G-0003032

I look forward to hearing from you at your convenience if you have any interest in what we have to offer.

Warmest regards,

Dave Worley
Kewazinga
917-838-4288

CONFIDENTIAL
KEWAZINGA-G-0003033