# Exhibit 15

Message

**From:** Robert Macdonald [robmac@google.com]
**Sent:** 7/26/2006 11:36:26 AM
**To:** david.worley@mindspring.com
**Subject:** Re: call follow up

More than happy to help.

Best,
Rob

-----Original Message-----
From: david.worley@mindspring.com
To: Robert Macdonald
Sent: Wed Jul 26 02:55:11 2006
Subject: Re: call follow up

Rob

I would like to send our material to Vinton Cerf at Google.  Can you give me his email address, or can I sent you an email addressed to him that you could forward to him?

I'll give you a call later this morning.

Thanks

Dave

-----Original Message-----
>From: david.worley@mindspring.com
>Sent: Jul 18, 2006 1:08 PM
>To: robmac@google.com
>Subject: Re: call follow up
>
>Rob
>
>Any feedback from Brian?  Should I try to contact him directly -- if you can give me his contact info?
>
>Dave Worley
>Kewazinga
>917-838-4288
>
>-----Original Message-----
>>From: david.worley@mindspring.com
>>Sent: Jul 7, 2006 12:42 PM
>>To: robmac@google.com
>>Subject: Re: call follow up
>>
>>Rob
>>
>>As we discussed last week I wanted to check in with you at the end of this week to see if you had received any feedback from Brian.  Let me know at your convenience.
>>
>>Thanks
>>
>>Dave
>>
>>-----Original Message-----
>>>From: david.worley@mindspring.com
>>>Sent: Jun 30, 2006 3:05 PM
>>>To: robmac@google.com
>>>Subject: call follow up
>>>
>>>Rob
>>>
>>>It was a pleasure speaking with you earlier today.  Thank you for forwarding our info on to Brian.  As a follow-up, I wanted to let you know that based on very recent conversations with Cisco, Cisco would be interested in looking at making a venture investment in Kewazinga along with one or more financial investors and potentially another strategic partner.  And Cisco has permitted me to speak with other potential investors about this.
>>>

CONFIDENTIAL
KEWAZINGA-G-0003090

```
>>>I wanted to bring this to your attention as I know that Google has a venture group.  If Navigable
Telepresence is more interesting to Google as a potential venture investment rather than as an
acquisition, I wanted to let you know that we may be moving in that direction.
>>>
>>>Have a great weekend and 4th.
>>>
>>>Dave Worley
>>>Kewazinga
>>>917-838-4288
```

CONFIDENTIAL                                                                                                         KEWAZINGA-G-0003091