# Exhibit 16



# News from Google

Subscribe

# Cerf's up at Google

*Vint Cerf, a Founding Father of the Internet, Joins Google as Chief Internet Evangelist*



Vint Cerf,
Chief Internet Evangelist

**MOUNTAIN VIEW, Calif. – September 8, 2005 –** Google Inc. (NASDAQ: GOOG) today announced that it hired Vinton (Vint) Cerf, the longtime technologist who is widely known as a "founding father" of the Internet, as Chief Internet Evangelist.

"Vint Cerf is clearly one of the great technology leaders of our time," said Google CEO Eric Schmidt of Cerf, who co-designed the TCP/IP protocols that were used to develop the Internet's underlying architecture. "His vision for technology helped create entire industries that have transformed many parts of our lives. We are honored to welcome him to Google."

Cerf will continue his leadership in the Internet community, and help Google build network infrastructure, architectures, systems, and standards for the next generation of Internet applications.

"Google has already made tremendous strides in making access to information on the web a reality for users across the globe, but we're still in the Internet's early innings," he said. "This medium will enjoy wider-spread use than television, radio or phones, and will ultimately expand beyond planet Earth. Google has always believed in doing things differently, and I believe that places us in a unique position to help bring even the wildest Internet visions into reality."

Cerf joins Google from MCI, where he led technology advancements since 1982, with a break to return to research at the Corporation for National Research Initiatives from 1986 to 1994. On his return to MCI in 1994, he helped to put MCI on the Internet map. With Robert Kahn, he recently received the ACM's A.M. Turing Award, considered "the Nobel Prize for computing," for his achievements in computer networking. Cerf is also working on the Interplanetary Network, a project of NASA's Jet Propulsion Lab, which aims to extend the Internet into outer space for planet-to-planet communications. He will also continue in his role as the Chairman of the Internet Corporation for Assigned Names and Numbers (ICANN).

Please visit www.google.com/press/images.html for video sound bites from Vint Cerf about this announcement.

## About Google Inc.

Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout the Americas, Europe, and Asia. For more information, visit www.google.com.

## Media Contact:

Nathan Tyler
650.253.4311
nate@google.com

###

*Google is a registered trademark of Google Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*