# Exhibit 17

Message

---

**From:**      Robert Macdonald [robmac@google.com]
**Sent:**      9/26/2006 4:24:14 PM
**To:**        david.worley@mindspring.com
**Subject:**   RE: follow up


Hi David,

I have forwarded this information to our corp dev team.  They are reviewing
right now and discussing internally best next steps.

Let's touch base later this week to discuss.

Thanks,
Rob
-----Original Message-----
From: david.worley@mindspring.com [mailto:david.worley@mindspring.com]
Sent: Tuesday, September 26, 2006 5:57 AM
To: Robert Macdonald
Subject: follow up

Rob

Any suggestions on how I could connect on this?

Thanks

Dave

-----Original Message-----
>From: david.worley@mindspring.com
>Sent: Sep 22, 2006 9:51 AM
>To: Robert Macdonald <robmac@google.com>
>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>
>Rob
>
>Sorry to come back to you again so quickly after my last email, but after
reading the attached article on the work Google is doing with Saturn I got
very excited.  This type of advertising approach is precisely the type of
application in which navigable video is the differentiator.  According to
the article, the "fly throughs" are being created with a mix of linear video
and computer graphics.  However, by using navigable video for the fly
through, and as the on-ground extension of the Google Earth piece, the
viewer is able to navigate through the REAL environment, which can be
seamlessly integrated with virtual enhancments.
>
>Also, I noticed that Tim Armstrong was quoted in the article.  As you know,
I would very much appreciate an opportunity to SHOW what he have and how it
fits with this type of innovation in advertising.  Even more so, we hold the
exclusive patents on navigable video.
>
>Please let me know how I could arrange a meeting.
>
>Thank you so much.
>
>Dave
>
>-----Original Message-----
>>From: david.worley@mindspring.com
>>Sent: Sep 20, 2006 2:30 PM
>>To: Robert Macdonald <robmac@google.com>
>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>
>>Rob
>>
>>I haven't heard from Jill.  Do you think I should try to contact her?
>>
>>Let me know your thoughts.
>>
>>Thanks

CONFIDENTIAL                                                         KEWAZINGA-G-0003099

```
>>
>>Dave
>>
>>-----Original Message-----
>>>From: david.worley@mindspring.com
>>>Sent: Sep 14, 2006 11:41 AM
>>>To: Robert Macdonald <robmac@google.com>
>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>
>>>Rob
>>>
>>>Thank you so much for the call this morning.  I look forward to hearing
from Jill to follow up with her.
>>>
>>>As I know you know, because Navigable Video is a re-invention of the
video format, the concept is best conveyed in a meeting where we can show
some actual images and talk about the applications and where it can go in
the transformation of ITV and IPTV.
>>>
>>>Thanks again for all your help.
>>>
>>>Dave
>>>
>>>-----Original Message-----
>>>>From: david.worley@mindspring.com
>>>>Sent: Sep 12, 2006 6:05 AM
>>>>To: Robert Macdonald <robmac@google.com>
>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>
>>>>Can we try to do a call this week?
>>>>
>>>>Dave
>>>>
>>>>-----Original Message-----
>>>>>From: david.worley@mindspring.com
>>>>>Sent: Aug 31, 2006 9:46 AM
>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>>
>>>>>Rob
>>>>>
>>>>>Sorry I missed you this morning.  Here's a brief rundown of what I
wanted to cover with you.
>>>>>
>>>>>(According to public information)  Microsoft and Verizon are exanding
their alliance with regard to video offerings on the FIOS platform.  Cisco
and AT&T have been making joint investments in video related services.
Massive (Microsoft company) and IGA each recently announced a deal with
Electronic Arts.  The expectation is that Google and Yahoo will follow in
some way.
>>>>>
>>>>>We have had encouraging discussions and meetings with most of the
companies discussed above.  Rather than have to chose a platform our
preference would be to explore an open architecture approach with Google for
Naviagble Video.  As you probably already have a sense, Navigable Video
will take ITV, IPTV and online advertising to an entirely new level, beyond
the traditional limitations of linear video.  With Navigable Video, the real
world and the virtual world become equally "searchable" and begin to merge.
>>>>>
>>>>>Hope to speak with you at your convenience.
>>>>>
>>>>>PS. It appears that we have had some downloading of our demo video of
our Kewazinga site from Google.com.  I hope that that is an encouraging
sign.
>>>>>
>>>>>Dave
>>>>>
>>>>>-----Original Message-----
>>>>>>From: david.worley@mindspring.com
>>>>>>Sent: Aug 30, 2006 4:51 PM
>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>>>
>>>>>>I'll call you tomorrow morning between 8:30 and 8:45am.
>>>>>>
>>>>>>Dave
>>>>>>
>>>>>>-----Original Message-----
```

CONFIDENTIAL                                                                    KEWAZINGA-G-0003100

>>>>>>>From: david.worley@mindspring.com
>>>>>>>Sent: Aug 29, 2006 7:29 PM
>>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>>Subject: Re: (SPAM: 5.661) RE: Navigable Telepresence for IPTV
>>>>>>>and ITV introduction
>>>>>>>
>>>>>>>Thanks, Rob.
>>>>>>>
>>>>>>>Should we try to have the call before 9am?  We could start at either
8:30 or 8:45.  It's your call.
>>>>>>>
>>>>>>>dw
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>>From: Robert Macdonald <robmac@google.com>
>>>>>>>>Sent: Aug 29, 2006 6:31 PM
>>>>>>>>To: david.worley@mindspring.com
>>>>>>>>Subject: Re: (SPAM: 5.661) RE: Navigable Telepresence for IPTV
>>>>>>>>and ITV introduction
>>>>>>>>
>>>>>>>>Hi David,
>>>>>>>>
>>>>>>>>Let's shoot for Thursday morning. Let me know what works.
>>>>>>>>
>>>>>>>>Thanks,
>>>>>>>>Rob
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>From: david.worley@mindspring.com
>>>>>>>>To: Robert Macdonald
>>>>>>>>Sent: Tue Aug 29 06:55:05 2006
>>>>>>>>Subject: (SPAM: 5.661) RE: Navigable Telepresence for IPTV and
>>>>>>>>ITV introduction
>>>>>>>>
>>>>>>>>Rob
>>>>>>>>
>>>>>>>>Would it be possible to set up a time to speak by phone this week?
>>>>>>>>
>>>>>>>>Dave
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>        -----Original Message-----
>>>>>>>>        From: david.worley@mindspring.com
>>>>>>>>        Sent: Aug 28, 2006 5:57 AM
>>>>>>>>        To: Rob Macdonald
>>>>>>>>        Subject: RE: Navigable Telepresence for IPTV and ITV
>>>>>>>>introduction
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>            Rob
>>>>>>>>
>>>>>>>>            Just checking in to see if there is any next step
that can be discussed in terms of a meeting or phone call follow-up?
>>>>>>>>
>>>>>>>>            Thanks
>>>>>>>>
>>>>>>>>            Dave
>>>>>>>>
>>>>>>>>                -----Original Message-----
>>>>>>>>                From: Rob Macdonald
>>>>>>>>                Sent: Aug 1, 2006 8:47 AM
>>>>>>>>                To: david.worley@mindspring.com
>>>>>>>>                Subject: RE: Navigable Telepresence for IPTV
and ITV
>>>>>>>>introduction
>>>>>>>>
>>>>>>>>
>>>>>>>>                Hi David,
>>>>>>>>
>>>>>>>>                Nothing yet.  This went to the corp dev team
that is handling all of our video growth.
>>>>>>>>
>>>>>>>>                Let's give them a couple of days ot hear

CONFIDENTIAL                                                      KEWAZINGA-G-0003101

```
back.  If nothing by end of week, we will pursue other opoins.
>>>>>>>>
>>>>>>>>                       Thanks for your patience.
>>>>>>>>
>>>>>>>>                       Best,
>>>>>>>>                       Rob
>>>>>>>>
>>>>>>>>_____
>>>>>>>>
>>>>>>>>                       From: david.worley@mindspring.com
[mailto:david.worley@mindspring.com]
>>>>>>>>                       Sent: Tuesday, August 01, 2006 5:56 AM
>>>>>>>>                       To: Rob Macdonald
>>>>>>>>                       Subject: RE: Navigable Telepresence for IPTV
and ITV
>>>>>>>>introduction
>>>>>>>>
>>>>>>>>
>>>>>>>>                       Rob
>>>>>>>>
>>>>>>>>                       Any feedback?  from Mr. Cerf or from your NY
colleagues regarding getting material to him?
>>>>>>>>
>>>>>>>>                       Thanks
>>>>>>>>
>>>>>>>>                       Dave
>>>>>>>>
>>>>>>>>
>>>>>>>>                       -----Original Message-----
>>>>>>>>                       From: Rob Macdonald
>>>>>>>>                       Sent: Jul 26, 2006 9:49 AM
>>>>>>>>                       To: david.worley@mindspring.com
>>>>>>>>                       Subject: RE: Navigable Telepresence
for IPTV and ITV
>>>>>>>>introduction
>>>>>>>>
>>>>>>>>
>>>>>>>>                       Thanks David.  I will let you know
what the team comes back with.
>>>>>>>>
>>>>>>>>                       Best,
>>>>>>>>                       Rob
>>>>>>>>
>>>>>>>>_____
>>>>>>>>
>>>>>>>>                       From: david.worley@mindspring.com
[mailto:david.worley@mindspring.com]
>>>>>>>>                       Sent: Wednesday, July 26, 2006 9:22
AM
>>>>>>>>                       To: robmac@google.com
>>>>>>>>                       Subject: Navigable Telepresence for
IPTV and ITV
>>>>>>>>introduction
>>>>>>>>
>>>>>>>>
>>>>>>>>                       Rob
>>>>>>>>
>>>>>>>>                       Thank you so much for helping to get
our information in front of Mr. Vinton Cerf.  My reason for wanting to reach
out to him is that, as you know, our technology has far-reaching (positive)
implications for Google, as well as the nature of the Internet itself as it
moves beyond its origins as a text-based medium.
>>>>>>>>
>>>>>>>>                       If it would be possible for you to
forward this email to Mr. Cerf, I think that that would be the most straight
forward, as I believe that if nothing else he will certainly be interesting
in knowing of the existance of the technology and it implications to the
future of IPTV, ITV and the Internet in general.
>>>>>>>>
>>>>>>>>                       Dave
>>>>>>>>
>>>>>>>>                       Mr. Cerf
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                       I wanted to reach out to you
regarding Navigable Telepresence.  My company, Kewazinga, invented and
patented Navigable Telepresence in 1998.  We believe that Navigable
```

KEWAZINGA-G-0003102

Telepresence, using multiple simultaneously running video cameras, will
become the predominate way for web users to experience a visual (i.e.,
non-text-based) Internet, as well as ITV applications.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                        We are aware that Google has an
interest in video, and has a Video group.  However, we have had difficulty
in connecting with that group.  On the chance that you may have an interest
in Navigable Telepresence for IPTV and ITV applications, I wanted to provide
you with a copy of our material.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                        We have had success connecting with
other companies such as networking device companies, operating software
companies and telcos, for example.  However, we continue to believe that
Google would be a very good fit for our technology in a multitude of areas,
including IPTV, ITV and an on-ground extension of Google Earth, for example.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                        In addition to the attached
materials we have posted our introductory video to our FTP
>>>>>>>>                        site. The 4-minute video is
available in Windows Media9, Real Video10 and QuickTime7
>>>>>>>>                        formats and can be accessed at:
>>>>>>>>
>>>>>>>>
www.kewazinga.com/kewazinga_video_formats/
>>>>>>>>
>>>>>>>>
>>>>>>>>                        Although the video is several years
old and depicts our first generation proof-of-concept
>>>>>>>>                        analog system in broadcast sports
applications, it provides a glimpse of Navigable
>>>>>>>>                        Telepresence using multiple video
cameras. As discussed in the video, the next
>>>>>>>>                        generation system will be based on
an Ethernet topology and thus allow wide and
>>>>>>>>                        unobtrusive placement of cameras
that are dramatically reduced in size, for
>>>>>>>>                        both permanently installed and
highly mobile systems.
>>>>>>>>
>>>>>>>>                        Video Instructions:
>>>>>>>>
>>>>>>>>                        Left-clicking on your preferred
format allows you to download the file and immediately
>>>>>>>>                        launch your media player.
>>>>>>>>
>>>>>>>>                        On the other hand, if you wish to
save the video to your desktop, right click on the file
>>>>>>>>                        and select the "Save Link Target As"
option.
>>>>>>>>
>>>>>>>>
>>>>>>>>                        I apologize for the lengthy email.
Hopefully, you will find the video and attached materials worthy of your
time for review.
>>>>>>>>
>>>>>>>>
>>>>>>>>                        I look forward to hearing from you
at your convenience if you have any interest in what we have to offer.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                        Warmest regards,
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>                        Dave Worley
>>>>>>>>
>>>>>>>>                        Kewazinga
>>>>>>>>
>>>>>>>>                        917-838-4288

                                                          KEWAZINGA-G-0003103

>>>>>>>
>>>>>>>

CONFIDENTIAL

KEWAZINGA-G-0003104