# Exhibit 18

Message

**From:**     Robert Macdonald [robmac@google.com]
**Sent:**     10/9/2006 6:23:36 PM
**To:**       david.worley@mindspring.com
**Subject:**  RE: follow up


Hi David,

I am traveling most of the week and I have passed on all of your information
to our corp dev team.  They should reach out to me if they find there is an
opportunity to have another discussion.  I will ping them again to see what
they say.

Best,
Rob

-----Original Message-----
From: david.worley@mindspring.com [mailto:david.worley@mindspring.com]
Sent: Monday, October 09, 2006 9:47 AM
To: Robert Macdonald
Subject: RE: follow up

Just checking in to see if there is any chance of connecting this week???

Thanks

Dave

-----Original Message-----
>From: david.worley@mindspring.com
>Sent: Oct 4, 2006 10:05 AM
>To: Robert Macdonald <robmac@google.com>
>Subject: RE: follow up
>
>Rob
>
>Any chance of our coming to your offices in the next week or so to show you
and/or your colleagues a demo and talk about how navigable video can enhance
some of the advertising applications that Google is currently working on?
>
>Thanks
>
>Dave
>
>>
>>-----Original Message-----
>>>From: Robert Macdonald <robmac@google.com>
>>>Sent: Sep 26, 2006 12:24 PM
>>>To: david.worley@mindspring.com
>>>Subject: RE: follow up
>>>
>>>Hi David,
>>>
>>>I have forwarded this information to our corp dev team.  They are
>>>reviewing right now and discussing internally best next steps.
>>>
>>>Let's touch base later this week to discuss.
>>>
>>>Thanks,
>>>Rob
>>>
>>>-----Original Message-----
>>>From: david.worley@mindspring.com
>>>[mailto:david.worley@mindspring.com]
>>>Sent: Tuesday, September 26, 2006 5:57 AM
>>>To: Robert Macdonald
>>>Subject: follow up
>>>
>>>Rob
>>>
>>>Any suggestions on how I could connect on this?
>>>

CONFIDENTIAL                                                         KEWAZINGA-G-0003093

```
>>>Thanks
>>>
>>>Dave
>>>
>>>-----Original Message-----
>>>>From: david.worley@mindspring.com
>>>>Sent: Sep 22, 2006 9:51 AM
>>>>To: Robert Macdonald <robmac@google.com>
>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>
>>>>Rob
>>>>
>>>>Sorry to come back to you again so quickly after my last email, but
>>>>after
>>>reading the attached article on the work Google is doing with Saturn
>>>I got very excited.  This type of advertising approach is precisely
>>>the type of application in which navigable video is the
>>>differentiator.  According to the article, the "fly throughs" are
>>>being created with a mix of linear video and computer graphics.
>>>However, by using navigable video for the fly through, and as the
>>>on-ground extension of the Google Earth piece, the viewer is able to
>>>navigate through the REAL environment, which can be seamlessly integrated
with virtual enhancments.
>>>>
>>>>Also, I noticed that Tim Armstrong was quoted in the article.  As
>>>>you know,
>>>I would very much appreciate an opportunity to SHOW what he have and
>>>how it fits with this type of innovation in advertising.  Even more
>>>so, we hold the exclusive patents on navigable video.
>>>>
>>>>Please let me know how I could arrange a meeting.
>>>>
>>>>Thank you so much.
>>>>
>>>>Dave
>>>>
>>>>-----Original Message-----
>>>>>From: david.worley@mindspring.com
>>>>>Sent: Sep 20, 2006 2:30 PM
>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>>
>>>>>Rob
>>>>>
>>>>>I haven't heard from Jill.  Do you think I should try to contact her?
>>>>>
>>>>>Let me know your thoughts.
>>>>>
>>>>>Thanks
>>>>>
>>>>>Dave
>>>>>
>>>>>-----Original Message-----
>>>>>>From: david.worley@mindspring.com
>>>>>>Sent: Sep 14, 2006 11:41 AM
>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>>>
>>>>>>Rob
>>>>>>
>>>>>>Thank you so much for the call this morning.  I look forward to
>>>>>>hearing
>>>from Jill to follow up with her.
>>>>>>
>>>>>>As I know you know, because Navigable Video is a re-invention of
>>>>>>the
>>>video format, the concept is best conveyed in a meeting where we can
>>>show some actual images and talk about the applications and where it
>>>can go in the transformation of ITV and IPTV.
>>>>>>
>>>>>>Thanks again for all your help.
>>>>>>
>>>>>>Dave
>>>>>>
>>>>>>-----Original Message-----
>>>>>>>From: david.worley@mindspring.com
>>>>>>>Sent: Sep 12, 2006 6:05 AM
>>>>>>>To: Robert Macdonald <robmac@google.com>
```

CONFIDENTIAL

KEWAZINGA-G-0003094

```
>>>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV introduction
>>>>>>>
>>>>>>>Can we try to do a call this week?
>>>>>>>
>>>>>>>Dave
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: david.worley@mindspring.com
>>>>>>>Sent: Aug 31, 2006 9:46 AM
>>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV
>>>>>>>introduction
>>>>>>>
>>>>>>>Rob
>>>>>>>
>>>>>>>Sorry I missed you this morning.  Here's a brief rundown of what
>>>>>>>I
>>>wanted to cover with you.
>>>>>>>
>>>>>>>(According to public information)  Microsoft and Verizon are
>>>>>>>exanding
>>>their alliance with regard to video offerings on the FIOS platform.
>>>Cisco and AT&T have been making joint investments in video related
services.
>>>Massive (Microsoft company) and IGA each recently announced a deal
>>>with Electronic Arts.  The expectation is that Google and Yahoo will
>>>follow in some way.
>>>>>>>
>>>>>>>We have had encouraging discussions and meetings with most of
>>>>>>>the
>>>companies discussed above.  Rather than have to chose a platform our
>>>preference would be to explore an open architecture approach with Google
for
>>>Naviagble Video.   As you probably already have a sense, Navigable Video
>>>will take ITV, IPTV and online advertising to an entirely new level,
>>>beyond the traditional limitations of linear video.  With Navigable
>>>Video, the real world and the virtual world become equally "searchable"
and begin to merge.
>>>>>>>
>>>>>>>Hope to speak with you at your convenience.
>>>>>>>
>>>>>>>PS. It appears that we have had some downloading of our demo
>>>>>>>video of
>>>our Kewazinga site from Google.com.  I hope that that is an
>>>encouraging sign.
>>>>>>>
>>>>>>>Dave
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: david.worley@mindspring.com
>>>>>>>Sent: Aug 30, 2006 4:51 PM
>>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>>Subject: RE: Navigable Telepresence for IPTV and ITV
>>>>>>>introduction
>>>>>>>
>>>>>>>I'll call you tomorrow morning between 8:30 and 8:45am.
>>>>>>>
>>>>>>>Dave
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>>From: david.worley@mindspring.com
>>>>>>>>Sent: Aug 29, 2006 7:29 PM
>>>>>>>>To: Robert Macdonald <robmac@google.com>
>>>>>>>>Subject: Re: (SPAM: 5.661) RE: Navigable Telepresence for IPTV
>>>>>>>>and ITV introduction
>>>>>>>>
>>>>>>>>Thanks, Rob.
>>>>>>>>
>>>>>>>>Should we try to have the call before 9am?  We could start at
>>>>>>>>either
>>>8:30 or 8:45.  It's your call.
>>>>>>>>
>>>>>>>>dw
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>From: Robert Macdonald <robmac@google.com>
>>>>>>>>Sent: Aug 29, 2006 6:31 PM
>>>>>>>>To: david.worley@mindspring.com
```

KEWAZINGA-G-0003095

```
>>>>>>>>>>Subject: Re: (SPAM: 5.661) RE: Navigable Telepresence for
>>>>>>>>>>IPTV and ITV introduction
>>>>>>>>>>
>>>>>>>>>>Hi David,
>>>>>>>>>>
>>>>>>>>>>Let's shoot for Thursday morning. Let me know what works.
>>>>>>>>>>
>>>>>>>>>>Thanks,
>>>>>>>>>>Rob
>>>>>>>>>>
>>>>>>>>>>-----Original Message-----
>>>>>>>>>>From: david.worley@mindspring.com
>>>>>>>>>>To: Robert Macdonald
>>>>>>>>>>Sent: Tue Aug 29 06:55:05 2006
>>>>>>>>>>Subject: (SPAM: 5.661) RE: Navigable Telepresence for IPTV
>>>>>>>>>>and ITV introduction
>>>>>>>>>>
>>>>>>>>>>Rob
>>>>>>>>>>
>>>>>>>>>>Would it be possible to set up a time to speak by phone this
week?
>>>>>>>>>>
>>>>>>>>>>Dave
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>    -----Original Message-----
>>>>>>>>>>    From: david.worley@mindspring.com
>>>>>>>>>>    Sent: Aug 28, 2006 5:57 AM
>>>>>>>>>>    To: Rob Macdonald
>>>>>>>>>>    Subject: RE: Navigable Telepresence for IPTV and ITV
>>>>>>>>>>introduction
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>         Rob
>>>>>>>>>>
>>>>>>>>>>         Just checking in to see if there is any next step
>>>that can be discussed in terms of a meeting or phone call follow-up?
>>>>>>>>>>
>>>>>>>>>>         Thanks
>>>>>>>>>>
>>>>>>>>>>         Dave
>>>>>>>>>>
>>>>>>>>>>             -----Original Message-----
>>>>>>>>>>             From: Rob Macdonald
>>>>>>>>>>             Sent: Aug 1, 2006 8:47 AM
>>>>>>>>>>             To: david.worley@mindspring.com
>>>>>>>>>>             Subject: RE: Navigable Telepresence for IPTV
>>>and ITV
>>>>>>>>>>introduction
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>             Hi David,
>>>>>>>>>>
>>>>>>>>>>             Nothing yet.  This went to the corp dev team
>>>that is handling all of our video growth.
>>>>>>>>>>
>>>>>>>>>>             Let's give them a couple of days ot hear
>>>back.  If nothing by end of week, we will pursue other optoins.
>>>>>>>>>>
>>>>>>>>>>             Thanks for your patience.
>>>>>>>>>>
>>>>>>>>>>             Best,
>>>>>>>>>>             Rob
>>>>>>>>>>
>>>>>>>>>>_____
>>>>>>>>>>
>>>>>>>>>>             From: david.worley@mindspring.com
>>>[mailto:david.worley@mindspring.com]
>>>>>>>>>>             Sent: Tuesday, August 01, 2006 5:56 AM
>>>>>>>>>>             To: Rob Macdonald
>>>>>>>>>>             Subject: RE: Navigable Telepresence for IPTV
>>>and ITV
>>>>>>>>>>introduction
```

KEWAZINGA-G-0003096

```
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    Rob
>>>>>>>>>>
>>>>>>>>>>                    Any feedback?  from Mr. Cerf or from your NY
>>>colleagues regarding getting material to him?
>>>>>>>>>>
>>>>>>>>>>                    Thanks
>>>>>>>>>>
>>>>>>>>>>                    Dave
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    -----Original Message-----
>>>>>>>>>>                    From: Rob Macdonald
>>>>>>>>>>                    Sent: Jul 26, 2006 9:49 AM
>>>>>>>>>>                    To: david.worley@mindspring.com
>>>>>>>>>>                    Subject: RE: Navigable Telepresence
>>>for IPTV and ITV
>>>>>>>>>>>introduction
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    Thanks David.  I will let you know
>>>what the team comes back with.
>>>>>>>>>>
>>>>>>>>>>                    Best,
>>>>>>>>>>                    Rob
>>>>>>>>>>
>>>>>>>>>>_____
>>>>>>>>>>
>>>>>>>>>>                    From: david.worley@mindspring.com
>>>[mailto:david.worley@mindspring.com]
>>>>>>>>>>                    Sent: Wednesday, July 26, 2006 9:22
>>>AM
>>>>>>>>>>                    To: robmac@google.com
>>>>>>>>>>                    Subject: Navigable Telepresence for
>>>IPTV and ITV
>>>>>>>>>>>introduction
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    Rob
>>>>>>>>>>
>>>>>>>>>>                    Thank you so much for helping to get
>>>our information in front of Mr. Vinton Cerf.  My reason for wanting
>>>to reach out to him is that, as you know, our technology has
>>>far-reaching (positive) implications for Google, as well as the
>>>nature of the Internet itself as it moves beyond its origins as a
text-based medium.
>>>>>>>>>>
>>>>>>>>>>                    If it would be possible for you to
>>>forward this email to Mr. Cerf, I think that that would be the most
>>>straight forward, as I believe that if nothing else he will certainly
>>>be interesting in knowing of the existance of the technology and it
>>>implications to the future of IPTV, ITV and the Internet in general.
>>>>>>>>>>
>>>>>>>>>>                    Dave
>>>>>>>>>>
>>>>>>>>>>                    Mr. Cerf
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    I wanted to reach out to you
>>>regarding Navigable Telepresence.  My company, Kewazinga, invented
>>>and patented Navigable Telepresence in 1998.  We believe that
>>>Navigable Telepresence, using multiple simultaneously running video
>>>cameras, will become the predominate way for web users to experience
>>>a visual (i.e.,
>>>non-text-based) Internet, as well as ITV applications.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                    We are aware that Google has an
>>>interest in video, and has a Video group.  However, we have had
>>>difficulty in connecting with that group.  On the chance that you may
>>>have an interest in Navigable Telepresence for IPTV and ITV
>>>applications, I wanted to provide you with a copy of our material.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
```

CONFIDENTIAL

KEWAZINGA-G-0003097

```
>>>>>>>>>>                      We have had success connecting with
>>>other companies such as networking device companies, operating
>>>software companies and telcos, for example.  However, we continue to
>>>believe that Google would be a very good fit for our technology in a
>>>multitude of areas, including IPTV, ITV and an on-ground extension of
Google Earth, for example.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      In addition to the attached
>>>materials we have posted our introductory video to our FTP
>>>>>>>>>>                      site. The 4-minute video is
>>>available in Windows Media9, Real Video10 and QuickTime7
>>>>>>>>>>                      formats and can be accessed at:
>>>>>>>>>>
>>>>>>>>>>
>>>www.kewazinga.com/kewazinga_video_formats/
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      Although the video is several years
>>>old and depicts our first generation proof-of-concept
>>>>>>>>>>                      analog system in broadcast sports
>>>applications, it provides a glimpse of Navigable
>>>>>>>>>>                      Telepresence using multiple video
>>>cameras. As discussed in the video, the next
>>>>>>>>>>                      generation system will be based on
>>>an Ethernet topology and thus allow wide and
>>>>>>>>>>                      unobtrusive placement of cameras
>>>that are dramatically reduced in size, for
>>>>>>>>>>                      both permanently installed and
>>>highly mobile systems.
>>>>>>>>>>
>>>>>>>>>>                      Video Instructions:
>>>>>>>>>>
>>>>>>>>>>                      Left-clicking on your preferred
>>>format allows you to download the file and immediately
>>>>>>>>>>                      launch your media player.
>>>>>>>>>>
>>>>>>>>>>                      On the other hand, if you wish to
>>>save the video to your desktop, right click on the file
>>>>>>>>>>                      and select the "Save Link Target As"
>>>option.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      I apologize for the lengthy email.
>>>Hopefully, you will find the video and attached materials worthy of
>>>your time for review.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      I look forward to hearing from you
>>>at your convenience if you have any interest in what we have to offer.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      Warmest regards,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>                      Dave Worley
>>>>>>>>>>
>>>>>>>>>>                      Kewazinga
>>>>>>>>>>
>>>>>>>>>>                      917-838-4288
>>>>>>>>>>
>>>>>>>>>>
>>>
>>>
```

CONFIDENTIAL

KEWAZINGA-G-0003098