# Exhibit 19

Message

| | |
|---|---|
| **From:** | david.worley@mindspring.com [david.worley@mindspring.com] |
| **Sent:** | 6/19/2006 4:04:09 PM |
| **To:** | jfeikin@google.com; davidl@google.com; robmac@google.com |
| **Subject:** | Kewazinga Video on FTP Site & Updated Strategic Plan |
| **Attachments:** | Kewazinga_Google Introduction_Strategic Plan UPDATED (June 2006).pdf |

### Updated Strategic Plan

Following up on our earlier correspondence and emails, I wanted to give you an updated version of our Introduction and Strategic Plan. The revisions are based on further analysis of the strategic fit that we envision with regard to Navigable Telepresence and Google. In addition, we have begun having discussions with some of the major **telcos** that have established initiatives in the ITV space. These discussions, as well as parallel discussions with **operating software companies**, **networking device companies**, and **IPTV companies**, have been facilitated by a top-tier U.S. investment bank. Based on the ensuing discussions with some of these companies we also believe that there may be a secondary role that Google could play with regard to the development and deployment of Navigable Telepresence.

### Video Available on FTP Site

In response to a number of requests, we have posted the Kewazinga video to our FTP site. The 4-minute video is available in Windows Media9, Real Video10 and QuickTime7 formats and can be accessed at:

www.kewazinga.com/kewazinga_video_formats/

Although the video is several years old and depicts our first generation proof-of-concept analog system in broadcast sports applications, it provides a glimpse of Navigable Telepresence using multiple video cameras. As discussed in the video and in the attached Introduction and Strategic Plan, the next generation system will be based on an Ethernet topology and thus allow wide and unobtrusive placement of cameras that are dramatically reduced in size â?" for both permanently installed and highly mobile systems.

Instructions

Left-clicking on your preferred format allows you to download the file and immediately launch your media player.

On the other hand, if you wish to save the video to your desktop, right click on the file and select the "Save Link Target As" option.


I look forward to following up with you at your convenience to discuss what role, if any, Google might play in Navigable Telepresence â?" the Future of ITV and IPTV.

Dave Worley
Kewazinga
917-838-4288