# Exhibit 20

### The Future of ITV and IPTV: Navigable Telepresence

DAVID WORLEY
CHAIRMAN & CEO, KEWAZINGA CORP
(917) 838-4288   david.worley@kewazinga.com

June 20, 2006

**To: Google**

Following up on our earlier correspondence and emails, I wanted to give you an updated version of our Introduction and Strategic Plan. The revisions are based on further analysis of the strategic fit that we envision with regard to Navigable Telepresence and Google. In addition, we have begun having discussions with some of the major **telcos** that have established initiatives in the ITV space. These discussions, as well as parallel discussions with **operating software companies**, **networking device companies**, and **IPTV companies**, have been facilitated by a top-tier U.S. investment bank. Based on the ensuing discussions with some of these companies we also believe that there may be a secondary role that Google could play with regard to the development and deployment of Navigable Telepresence.

As you may recall, our patented and proven technology enables viewers to personalize their viewing experiences of live and recorded events by allowing them to visually "fly" or navigate through and around events as they are unfolding, independently of how other users are experiencing the content. Our technology provides the platform to transform any real world environment into a spatially navigable, non-linear video experience, giving users a game-play type experience within the context of real world events.

**Strategic Fit** – We believe that our proprietary telepresence technology can help Google to deliver a truly immersive and navigable video experience that will fundamentally redefine how people experience video content and explore the world. We can provide Google with a revolutionary on-the-ground extension for Google Earth and Google Maps that allows viewers to dynamically explore world environments as through they were physically there – presenting a formidable challenge to competitors while offering tremendous revenue potential.

Moreover, we can provide Google with the unique opportunity of an ownership stake in the content format itself. By adopting the Navigable Video platform, and licensing the proprietary capture and playback technology to third parties, Google can establish itself as the gatekeeper for Navigable Video content and thus generate multiple revenue streams from the creation of the content as well as its distribution.

**Who We Are and What We Do** – Kewazinga pioneered the concept of creating Navigable Video using multiple camera systems over 8 years ago. Kewazinga systems have been used repeatedly by NBC Sports, ABC Sports, ESPN, The Golf Channel, Nike and the U.S. Tennis Assn. in broadcast, Internet and marketing applications. From our inception, our technology was conceived and designed to offer a "deep telepresence" capability allowing any number of users to navigate through remote events in their own individual ways – or in collaboration with others.

Applications for our technology range from entertainment to advertising to personalized exploration of live and recorded events – including sports, concerts, theater, movies, news, shopping, communications, and revolutionary extensions to game architecture that can seamlessly converge elements of the real world with gaming environments. In the enterprise realm, Navigable Video has the ability to transform applications such as teleconferencing, e-business, remote medicine, training & distance learning, surveillance & security and industrial & scientific collaboration, to name just a few.

Navigable Video also provides the means for converging and leveraging existing technologies to create unique and diversified new services. For example, it will enable separated users to link their viewing paths and move spatially through remote events together in lockstep, using VoIP to discuss what they are seeing at any given moment. This facilitates new kinds of social interactions and shared real world experiences that could reshape the economics of live entertainment, sports, and cultural events. In fact, Navigable Video's path-control will enable many of the game-like controls and user-features that have to date been closed out from real world application.

We believe that our technology can dramatically advance Google's video initiatives and add enormous value to Google Earth and Google Maps. And, importantly, we envision our technology developing into the preeminent platform for interactive navigable telepresence, enabling real-world engagement and collaboration and ushering in a wave of consumer technology that will integrate home, office and mobile platforms.

I look forward to following up with you at your convenience to discuss what role, if any, Google might play in Navigable Telepresence – the Future of ITV and IPTV.

Warmest regards,

*[signature: David Worley]*

## The Solution:  Kewazinga's Navigable Video

Kewazinga has reinvented video and transformed it into a dimensional and navigable platform that allows viewers to visually fly through real world environments.  Simply put, our patented and proven technology enables viewers to manipulate their viewing experience of live and recorded events by allowing them to literally "navigate" through and around events as they are unfolding, independently of how other users are experiencing the content.  Navigable Video can transform any real world environment into a non-linear video, navigable telepresence experience, giving users a game-play type experience within the context of real world events.

### Navigating Beyond Viewpoint Switching
Navigable Video is no small incremental improvement on Linear Video – it is a wholesale paradigm shift, where for the first time in history, control of a real-world visual medium will be handed off to individual viewers.  In stark contrast to simple viewpoint switching capabilities, Navigable Video actually enables viewers to independently move throughout an environment as though they were physically at that location.  This level of control eclipses and makes obsolete the notion that simply providing viewers with multiple camera angles represents the future of IPTV/ITV and telepresence.  And, this fundamental shift will provide viewers with the ability to respond to real world actions and events – by allowing them to dynamically control their viewing experience, and thus making all types of content more personally engaging and meaningful.

### Google Earth and Google Maps
Navigable Video will vastly extend the reach of Google Earth and Google Maps by providing an on-the-ground telepresence extension that allows viewers to dynamically explore world environments as through they were physically at that location.  Miniaturized systems mounted on vehicles and boats will ply the streets and waterways of cities and locales, giving armchair travelers the ability to experience the sights and sounds of live or prerecorded environments as through they were there.  Kewazinga's telepresence technology will allow users to actually move through and around environments, not just zoom in from a fixed position.  This revolutionary capability will launch a world of revenue generating possibilities; including Search, Advertising, eCommerce and Social Collaboration.  Navigable Video will equalize travel and world experiences for everyone - including disabled, disadvantaged and elderly populations that are unable to explore the world around them. From the earth's remote wildernesses to the world's largest cities and cultural centers, Kewazinga technology will demonstrate how knowledge is inextricably interlocked with observation and life experience.

### Monetizing Content
Navigable Video's deep telepresence capabilities coincide perfectly with the explosive demand for active content and the push towards IPTV and ITV.  Going beyond merely providing scrolling fantasy league stats below a passive view of a sporting event, Navigable Video will provide viewers of all types of content with the power to spatially navigate as though they were actually there.  Navigable Video will provide viewers will the ability to follow and track a particular player or action in his or her own way, or to give them the ability analyze a "play" as many times as they want – and from any angle they want.  Navigable Video will break free from Linear Video's "pipeline" constraints – because the viewer will literally be *in* the content.  And with the viewer placed in the director's chair, Navigable Video content will become an experience that can be played over and over in infinitely different ways – transforming all types of content into multiple-play revenue generators.

### Real-World Object Links
Navigable Video content will be filled with both real and virtual embedded objects featuring an underlying hyperlink and MRSS structure.  You might think of it as a sort of TextLinks for video.  These object-based hyperlinks will allow viewers to click on a wide assortment of objects in order to accomplish a variety of goals.  Clicking on an object might cause an information window to pop up; it might launch a next-generation graphic-based search engine query; it might allow stadium seating to be purchased for a future event; and clicking on real or virtually embedded products or billboards might launch compelling multimedia advertisements that will allow viewers to learn more about products or services.  Finally, when clicked, many of the objects will act as "bridges" into compelling navigable content and advertising.

### Graphic-Based Search Engines
Navigable Video's ability to enable users to click and select real-world objects - as well as quantify their interests and behavior, will allow it to be used as a graphic-based input device extending the functionality of text-based search engine queries.  At the very least, Navigable Video can serve as a starting point for Internet searches, driving substantial traffic to traditional text-based engines.  However, it's not difficult to envision how entirely graphic-based searches using navigable video might one day constitute a significant portion of the search engine market.

CONFIDENTIAL                                                                                                                                                                KEWAZINGA-G-0003022

### *Environmentally Embedded Advertising*
Navigable Video will also redefine the marginalized role advertising has played since the inception of broadcasting. Navigable Video will push the boundaries of targeted advertising by delivering a unique variation of the explosive trend of "in-game" advertising – but it will do so in a real-world context. Real and dynamically embedded objects, products and billboards in Navigable Video will all be "clickable" and will launch advertising-sponsored search queries and compelling multimedia advertisements, including Navigable Video ads.

Advertising will no longer need to bookend or interrupt video, because the advertising will be literally *in* the content along with the viewer – all the time – as it is in our real world. Moreover, Navigable Video environments will support multiple simultaneous ads that are always available to deliver their messages – liberating advertising from the one-at-a-time constraints of traditional Linear Video, while dramatically increasing the revenue generated by ad placement.

Navigable Video's architecture will also provide non-invasive tracking of users; where they are, what they're watching, and how they're reacting to advertising – giving content distributors and advertisers ground-breaking tools to deliver richer experiences and more meaningful ads. Finally, Navigable Video will transform advertising from a passively viewed multicast message to an engaging interactive experience, customized and unicast to the individual.

### *Enabling Social Interactions*
Navigable Video will offer the revolutionary capability of enabling geographically-separated users to link their viewing paths and move spatially through remote events together in lockstep – discussing what they are seeing at any given moment. Leveraging VoIP and videophone technologies, new kinds of social interactions and shared real-world experiences will be facilitated that will reshape the economics of live entertainment, sports, business and cultural events.

Navigable Video will also provide Google with a telepresence-based videoconferencing technology that will allow participants in remote locations to simultaneously and independently move around distant spaces as though they were physically at that location. This navigational capability will enable much more than just executive-level business collaboration. Navigable Video systems will be deployable in classrooms, hospitals and on factory floors. The value of navigable telepresence in the collaboration, training and education markets, for both live and prerecorded content, is inestimable. And, Navigable Video will extend and enhance the functionality of telepresence systems to the "critical analysis" industries, such as medical & healthcare, scientific & industrial and military & government.

### *Super-Charging Video Games*
Navigable Video will propel digital games into an infinitely nuanced world filled with real actors in real environments. It will bring a real-world component to video games – replacing lackluster, repurposed linear feature film clips with fully navigable and immersive theatrical environments and "in-game" ads. This is the holy grail of interactive games – a hybrid realism enabling viewing paths that flow between 3D worlds and our actual physical world. Navigable Video will also provide developers with the tools to stage complex games within highly dynamic live environments, like Times Square, providing unparalleled levels of unique, spontaneous and real-time interventions.

### *Converging Technologies*
In addition to VoIP and videophone convergence opportunities, wireless initiatives will allow Navigable Video to be played or streamed on a wide variety of mobile platforms, including voice, entertainment, gaming and productivity devices. Mobility initiatives will also allow live Navigable Video to be displayed on local amplification devices such as NASCAR's Nextel FanView, which is a wireless handheld device used by NASCAR fans at the race to view eight real-time video feeds in the comfort of their stadium seats. The applications for these types of converged devices are virtually unlimited and span the entire range of consumer, education and business markets.

### *Improving the Quality of Life*
Navigable Video will provide the medical and healthcare industries with a powerful telepresence tool for remote patient observation and for facilitating the education of new life saving techniques and treatment modalities. From surgical training and product demonstration – to long distance consultation and diagnostic services, Navigable Video will bring a new dimension and understanding to processes that were formerly only possible in person.

CONFIDENTIAL                                                                                                                                                  KEWAZINGA-G-0003023

## II.  REPRESENTATIVE APPLICATIONS

***Video*** is our best remote connection to the real world.  Yet, no one seems to realize that conventional Linear Video simply doesn't have anywhere to go except forward and reverse; it has absolutely no dynamic potential for viewer choice or lateral flow.  Kewazinga's Navigable Video will differentiate and unlock the true potential value of video on the ITV and the Internet and will change the medium forever.  Navigable Video's ability to provide paths for individualizing movement through live and recorded events will become the new common distribution platform for entertainment and information, and it will provide extremely robust revenue generation schemes in a unified, navigable environment.  Kewazinga's fundamental technology allows viewers to revisit recorded events and dynamically reshape their viewing experiences over and over, extending the life of content, its entertainment value and its ability to generate income.

***Advertising, Sales & Marketing*** efforts on the Internet have been limited to clickable links, static web pages, banner ads and repurposed video.  Kewazinga's Navigable Video will provide the next generation interactive platform that will allow embedded advertising to exist within the content environment itself – so that it is not marginal or interstitial – but integral.

Navigable Video will offer advertisers revolutionary marketing tools that will track viewer interests and behavior – and provide a vastly superior medium to target, capture and hold their audiences.  Advertising will no longer need to bookend or interrupt video, because it will be literally *in* the content along with the viewer – all the time – in much the same way it is in our real world.  Moreover, Navigable Video will provide the architecture for multiple embedded ads to be simultaneously displayed, "always-on" and ready to deliver their messages, forever liberating advertising from the one-at-a-time constraints of traditional linear video, while dramatically increasing the revenue generated by ad placement.

***Search Engines*** will offer new ways to explore the world when Kewazinga's Navigable Video enables users to select and click real-world objects in order to launch advertising-sponsored search queries.  Navigable Video's principle attribute of distilling user location, interest and behavior will extend the functionality of traditional text-based search engines.  At the very least, Navigable Video will serve as a starting point for Internet searches, substantially increasing traffic to traditional text-based engines.  However, it's not difficult to envision how entirely graphic-based searches might one day capture a significant percentage of the search engine market.

***Interactive TV*** is a concept that has been discussed for many years – but no one has delivered a truly interactive video experience.  One thing is certain, it simply must offer more than just a player's "stats" during a sporting event.  Any next generation media format will need to include a path for personalizing and enhancing viewer experiences.  Specifically, it will need to provide the ability to respond to real-world actions and events, to dynamically control the viewing experience and to make it more personally engaging and meaningful.  Navigable video **is** the next generation media revolution and Kewazinga technology will provide the interactive platform that will allow people to move through entertainment and information in much the same way that they move through life – allowing them to communicate, collaborate and transact from a shared perspective platform.

***Game Development*** will undergo a radical change when Kewazinga's technology propels digital games into an infinitely nuanced world filled with real actors in real environments.  This is the holy grail of interactive games – a hybrid realism enabling viewing paths that flow between 3D worlds and our actual physical world.  Kewazinga's technology will replace the lackluster, repurposed linear feature film clips – with fully navigable and immersive "in-game" ads and environments.  Kewazinga technology will also provide developers with the tools to stage complex games within highly dynamic live environments, like Times Square, providing unparalleled levels of unique, spontaneous and real-time interventions.

***Teleconferencing & Collaborative Environments*** will be revolutionized through the adoption of Kewazinga technology that will allow participants to move in and around opposing environments as though they were there – rather than being tethered to a single wide-angle camera viewpoint.  The ability to dynamically navigate through remotely located spaces, capturing the subtleties of interpersonal communication within collaborative groups, will provide users spread across the globe with a level of connection and intimacy that could otherwise only be achieved by being together in the same room.

CONFIDENTIAL                                                                                                                                                                          KEWAZINGA-G-0003025

***Education, Training & Distance Learning*** industries will achieve new levels of effectiveness using Kewazinga systems that allow each user to individually explore complex physical relationships from multiple viewing perspectives. The ability to dynamically navigate in and around a subject, along with the simultaneous ability to jog forward and backward through time, will provide an intuitive comprehension of live and recorded demonstrations. Kewazinga technology will completely redefine the training and education programs used by academic institutions, corporations, medical & health facilities, sports clinics, government & military initiatives and manufacturing industries.

***e-Business*** will be empowered by Kewazinga's technology that will allow businesses to work more efficiently with suppliers and partners to better satisfy the needs and expectations of their customers. The simplicity with which Navigable Video enables users to move around and through information and environments will provide deeper levels of engagement, comprehension and transactional effectiveness. Kewazinga's technology will completely revolutionize interactive e-Business, providing a rich set of enhanced tools that will vastly improve communication and strengthen relationships with partners and customers.

***Sporting Events*** is a field-of-use that has already validated Kewazinga's technology. However, with navigational control being transitioned from the broadcaster to the viewer, the opportunities become unlimited. Whether at home – or at the stadium (using "local amplification" devices like NASCAR's Nextel FanView), Kewazinga's technology will provide viewers will the ability to follow and track a particular player or action in his or her own way, or to give them the ability analyze a "play" as many times as they want – and from any angle they want. This fundamental feature of Kewazinga's technology will offer inestimable entertainment and revenue-generation value.

***Security, Surveillance, Military & Homeland Defense*** initiatives have become essential in a time of heightened vigilance. Kewazinga's technology provides dynamic fly-through navigation of complex live environments and offers a compact, easy to operate and integrated solution for critical monitoring applications. Using Kewazinga technology, an individual operator can navigate through dozens or hundreds of inter-linked cameras displayed on a single monitor, bringing coherence and situation awareness to complex surveillance domains. Of equal importance is the technology's core capability to record navigable captures of entire environments for forensic review, so that separate events can be critically compared from simultaneous multiple viewpoints.

***Theater, Concerts and Dance*** will be transformed into completely navigable spectacles that can be experienced by global audiences using Kewazinga technology. Remote users will be able to unobtrusively move in and around the audience, stage and backstage areas – experiencing unique and dimensional performances with a level of intimacy that actually exceeds that of the physical attendees. Kewazinga technology will allow live and recorded performances to be explored independently, or coordinated by a showmaster or "director bot". And the recorded events can be experienced over and over in infinitely different ways, extending the life and entertainment value of the content, as well as providing a sustainable platform for revenue generation.

***Scientific, Industrial & Manufacturing*** industries have long-used augmented reality systems for maintenance, testing, installation and repair of mechanical or electromechanical equipment. Navigable Video has immediate application in this field-of-use by offering the missing dimension of navigable real-world video to complement and enhance virtual reality systems. Augmented-reality technologies that use Kewazinga's technology to merge real-world navigable objects with computer-generated navigable virtual objects will clarify and contextualize complex physical relationships and empower enterprises to facilitate and improve all manner of processes.

***Museums, Zoos & Aquariums*** and other great institutions of culture and education will use Kewazinga's technology to allow viewers to explore their assets 24/7 from anywhere in the world, vastly expanding access and creating intimate relationships that encourage and promote learning and appreciation. Using avatars, messaging, VoIP and videophone technologies, viewers traveling along similar perspective paths within these environments will be able to "link" and "group" with other users, enabling intercommunication, experience sharing and spontaneous interactions. Besides its ability to expand the reach of many cultural resources, Navigable Video will bring new audiences and enable higher- level subscription fees based on anytime-anywhere, personalized interactive experiences.

***Internet Navigation*** is currently not spatially transparent. It is a clickable slide show of static web pages and repurposed linear video. The real promise of the Internet rests in large measure on how it can become a platform for architectures that will allow us to appreciate the world in a more fluid, exploratory way. Navigable Video is the architecture that will transform Internet Navigation from a click-through slide show – to a visually navigable continuum that allows people to move through information and events, encouraging them to lock their viewing paths together to share the experiences and the data they are moving through, and engaging them in more exploratory, collaborative, and transactional experiences.

CONFIDENTIAL                                                                                                                                                                                                    KEWAZINGA-G-0003026

## IV. KEWAZINGA PATENTS

### Scope of the patented methods and systems

As discussed below, the Kewazinga patents cover both methods of and systems for the capture, processing and playback of navigable multi-camera video that was captured using a series of video cameras that provide progressively different perspectives of their subject matter.

***In reviewing the patents and their scope it is important to keep in mind that the legacy system (2001 – 2003) and legacy Players (2001 – present) define neither (i) the scope or performance of the technology, nor (ii) the scope of the patents.  Because the patents are method and system patents they cover future embodiments that offer the same basic functionality of navigable multi-camera video as the legacy system and Players, but with improved features and performance.***

So for example, the upgrade of our system to a digital format, and the corresponding increase in performance and ease of use, will still be protected by our patents.  And any future related claims will be afforded priority back to the original filing of our Foundational Patent in April 1998.

### Kewazinga Patents – position enables additional claims with priority date of April 2, 1998

Kewazinga is the exclusive owner of two watershed patents relating to multiple camera arrays issued by the U.S. Patent and Trademark Office (PTO).  Both of these patents relate to the use of multiple video camera array systems that allow navigation through and about progressively different perspectives of an event, scene or other "environment". With the issuance of the patents Kewazinga has legally established itself as the exclusive provider of these types of camera array viewing systems in all functional markets and applications.

In addition, the patent positions permit the filing of additional claims related to multi-camera video that have priority back to the original filing date of the Foundational Patent – April 2, 1998.  In fact, recently the PTO allowed an application that was filed in 2002, with priority dating back to the filing date of the Foundational Patent application. This constitutes at least the third time that the PTO has investigated and reviewed the relevant prior art and found all of Kewazinga's claims to be patentable.

The patents cover systems and methods of capturing, processing and playback of video using multiple cameras in a way that allows one or more viewers or operators independently to navigate through and about the scene by changing perspective from camera to camera. Kewazinga's patents cover systems that allow navigation using the cameras' original video only, as well as system enhancements that allow for virtual views to be computed and derived from multiple cameras in order to enhance transitions from camera-to-camera.

Kewazinga's foundational patent is entitled A NAVIGABLE TELEPRESENCE METHOD AND SYSTEM UTILIZING AN ARRAY OF CAMERAS.  All 119 claims in the Foundational Patent application were approved by the PTO, and the Foundational Patent issued in March 2003.  The Foundational Patent allows one or more viewers or operators to navigate through and about the scene by changing perspective from camera to camera – whether the video is being viewed on a live or a recorded basis. The patent covers systems and methods of navigation using the cameras' original video – whether or not enhancements to smooth the transition from camera to camera are used.

Kewazinga's Tweening Patent issued in February 2003.  It is directed to camera array systems where tweening, mosaicing or other smoothing technique is used to provide a smooth transition from one "real" camera to the next.  By way of example, the Tweening Patent covers systems and methods for seamless navigation through an array of cameras by providing "virtual" camera positions in-between each pair of adjacent real cameras.  The benefits of tweening include a seamless glide-transition from camera to camera, as well as a reduction in the number of cameras needed for certain applications.

CONFIDENTIAL