# Exhibit 27

The official blog for Google Maps

### Introducing... Street View!
May 29, 2007

Posted by Stephen Chau, Product Manager

Here on the Google Maps team we constantly strive to make high-quality imagery of the world available to our users. Why? We know that providing rich, detailed maps better enables you to understand the world's geographic information.

Along those lines, I'm proud to announce that today we are launching a new feature that will further enhance your ability to understand the world through images -- Google Maps Street View. With Street View, you can virtually explore city neighborhoods by viewing and navigating within 360-degree scenes of street-level imagery. It feels as if you're walking down the street!

Here's a video showing Street View in action.

We're launching with imagery in San Francisco, New York, Las Vegas, Miami, and Denver. Expect many more city rollout announcements on Google Lat Long in the near future.

I hope you will try out Street View and let us know what you think. For starters, check out one of my favorite panoramas. Happy travels!

Links to this post

Create a Link



Labels

Archive

Feed

Google on

Google Maps

YouTube 725K

Follow @googlemaps

Follow

Give us feedback in our Product Forums.

#### Company-wide
Official Google Blog
Public Policy Blog
Student Blog

#### Products
Android Blog
Chrome Blog
Gmail Blog

#### Developers
Developers Blog
Ads Developer Blog
Android Developers Blog

Google · Privacy · Terms

GOOG-KZGA-00001576

GOOG-KZGA-00001577