# Exhibit 33

US009294757B1

## (12) United States Patent
### Lewis et al.

(10) Patent No.: **US 9,294,757 B1**
(45) Date of Patent: **Mar. 22, 2016**

(54) **3-DIMENSIONAL VIDEOS OF OBJECTS**

(71) Applicant: **Google Inc.**, Mountain View, CA (US)

(72) Inventors: **Thor Lewis**, San Francisco, CA (US); **Alley Rutzel**, Santa Clara, CA (US)

(73) Assignee: **GOOGLE INC.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/835,887**

(22) Filed: **Mar. 15, 2013**

(51) **Int. Cl.**
  *H04N 13/02* (2006.01)
  *H04N 5/262* (2006.01)
  *H04N 5/77* (2006.01)
  *G06F 3/038* (2013.01)

(52) **U.S. Cl.**
  CPC ............ ***H04N 13/0242*** (2013.01); ***G06F 3/038*** (2013.01); ***H04N 5/2628*** (2013.01); ***H04N 5/772*** (2013.01)

(58) **Field of Classification Search**
  CPC ....................................................... G06T 19/00
  USPC ........................................................ 345/419
  See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,084,979 A * | 7/2000 | Kanade et al. ................ 382/154 | |
| 6,154,251 A | 11/2000 | Taylor | |
| 6,535,226 B1 | 3/2003 | Sorokin et al. | |
| 6,741,250 B1 * | 5/2004 | Furlan .................. G06T 19/003 | 345/427 |
| 6,791,542 B2 | 9/2004 | Matusik et al. | |
| 6,983,064 B2 | 1/2006 | Song | |
| 7,035,453 B2 * | 4/2006 | Liu ............................... 382/154 | |
| 7,106,361 B2 * | 9/2006 | Kanade et al. ................ 348/159 | |
| 7,583,815 B2 * | 9/2009 | Zhang et al. .................. 382/103 | |
| 7,595,816 B1 * | 9/2009 | Enright et al. ................ 348/150 | |
| 7,640,515 B2 * | 12/2009 | Balakrishnan .......... G06F 3/038 | 715/848 |
| 7,884,848 B2 | 2/2011 | Ginther | |
| 8,060,908 B2 | 11/2011 | Bountour et al. | |
| 8,125,481 B2 * | 2/2012 | Gossweiler, III ....... G06T 19/00 | 345/419 |
| 8,155,186 B2 * | 4/2012 | Murakami ........... H04N 19/597 | 375/240.12 |
| 8,204,299 B2 | 6/2012 | Arcas et al. | |
| 8,223,192 B2 * | 7/2012 | Gotsman .............. H04N 5/2628 | 348/36 |
| 8,270,704 B2 | 9/2012 | Kim et al. | |
| 8,462,198 B2 * | 6/2013 | Lin et al. ......................... 348/43 | |
| 8,812,990 B2 * | 8/2014 | Reponen ............... G06F 3/0346 | 715/848 |
| 2004/0104935 A1 * | 6/2004 | Williamson et al. .......... 345/757 | |
| 2005/0088515 A1 | 4/2005 | Geng | |
| 2011/0050929 A1 | 3/2011 | Lee et al. | |
| 2013/0135315 A1 * | 5/2013 | Bares et al. .................... 345/473 | |
| 2013/0278727 A1 | 10/2013 | Tamier et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 0058913 | 10/2000 |

#### OTHER PUBLICATIONS

Google patent search.pdf (online search).*

(Continued)

*Primary Examiner* — William C Vaughn, Jr.
*Assistant Examiner* — Luis Perez Fuentes
(74) *Attorney, Agent, or Firm* — Lowenstein Sandler LLP

(57) **ABSTRACT**

A plurality of cameras capture images of an object from different viewpoints. The images from each of the cameras are used to generate a 3D video of the object. The 3D video is provided to a user for viewing the object. The user may switching between different viewpoints of the 3D video while viewing the 3D video. A media viewer may be provided to a user and the media viewer may allow the user to specify different viewpoints and to control playback of the 3D video.

**20 Claims, 9 Drawing Sheets**



KEWAZINGA-G-0003745

(56) **References Cited**

OTHER PUBLICATIONS

Wilburn, et al., "High Performance Imaging Using Large Camera Arrays", ACM Transactions on Graphics 24.3 (2005): 765-776. (Retrieved on Nov. 14, 2012 from: http://graphics.stanford.edu/papers/CameraArray/CameraArray_Sig05.pdf ).

David Shaman, "SceneNet turns mobile video clips into (almost) live, 3D events," SceneNet, May 12, 2014.

Puneet Jain et al., "Focus: Clustering Crowdsourced Videos by Line-of-Sight," SenSys '13, Nov. 11-15, 2013.

Guanfeng Wang et al., "Active key frame selection for 3D model reconstruction from crowdsourced geo-tagged videos," 15th IEEE International Conference on Multimedia & Expo (ICME 2014), 2014.

* cited by examiner