# Exhibit 34

(12) **United States Patent**
McGowan

(10) Patent No.: **US 10,033,992 B1**
(45) Date of Patent: **Jul. 24, 2018**

(54) **GENERATING A 3D VIDEO OF AN EVENT USING CROWD SOURCED DATA**

(71) Applicant: **Google Inc.**, Mountain View, CA (US)

(72) Inventor: **John McGowan**, Broomfield, CO (US)

(73) Assignee: **Google LLC**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 226 days.

(21) Appl. No.: **14/481,120**

(22) Filed: **Sep. 9, 2014**

(51) Int. Cl.
  *H04N 7/48* (2006.01)
  *H04N 7/18* (2006.01)
  *G09G 5/00* (2006.01)
  *G09G 5/02* (2006.01)
  *H04N 13/04* (2006.01)

(52) U.S. Cl.
  CPC .............................. ***H04N 13/0456*** (2013.01)

(58) Field of Classification Search
  CPC ....... H04N 13/0456; H04N 7/181; H04N 7/18
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,615,318 | A | * | 3/1997 | Matsuura | ............... | A41H 3/007 |
| | | | | | | 345/419 |
| 6,084,979 | A | | 7/2000 | Kanade et al. | | |
| 6,154,251 | A | | 11/2000 | Taylor | | |
| 6,535,226 | B1 | | 3/2003 | Sorokin et al. | | |
| 6,556,201 | B1 | * | 4/2003 | Maehara | ............... | G06T 15/205 |
| | | | | | | 345/427 |
| 6,791,542 | B2 | | 9/2004 | Matusik et al. | | |
| 6,983,064 | B2 | | 1/2006 | Song | | |
| 7,035,453 | B2 | | 4/2006 | Liu | | |
| 7,075,661 | B2 | * | 7/2006 | Petty | ..................... | G01S 17/875 |
| | | | | | | 356/603 |
| 7,106,361 | B2 | | 9/2006 | Kanade et al. | | |
| 7,538,774 | B2 | * | 5/2009 | Kunita | ..................... | G06T 7/593 |
| | | | | | | 345/581 |
| 7,583,815 | B2 | | 9/2009 | Zhang et al. | | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO   WO 2000/58913   10/2000

OTHER PUBLICATIONS

USPTO Office Action for U.S. Appl. No. 13/835,887, dated Jan. 30, 2014.

(Continued)

*Primary Examiner* — Sath V Perungavoor
*Assistant Examiner* — Philip Dang
(74) *Attorney, Agent, or Firm* — Lowenstein Sandler LLP

(57) **ABSTRACT**

Generating 3D content is described. A method includes identifying a group of videos of an event. The method includes detecting a first reference point in a first video and a second video from the group of videos. The method also includes creating a first three dimensional video frame based on a first video frame of the first video and a second video frame of the second video using the first reference point. The method further includes creating a second three dimensional video frame based on a third video frame of the first video and a fourth video frame of the second video using a second reference point. The method includes creating a three dimensional video by combining the first three dimensional frame and the second three dimensional frame in a sequential order based on respective timestamps of the first three dimensional frame and the second three dimensional frame.

**19 Claims, 5 Drawing Sheets**



KEWAZINGA-G-0003718

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,594,177 B2* | 9/2009 | Jojic | G06F 17/30852 715/720 |
| 7,595,816 B1 | 9/2009 | Enright et al. | |
| 7,884,848 B2 | 2/2011 | Ginther | |
| 7,903,048 B2* | 3/2011 | Yanagisawa | G01C 21/36 345/7 |
| 7,991,778 B2* | 8/2011 | Hull | G06K 9/00442 707/741 |
| 8,060,908 B2 | 11/2011 | Bountour et al. | |
| 8,072,503 B2* | 12/2011 | Tischer | H04N 5/235 348/47 |
| 8,125,481 B2 | 2/2012 | Gossweiler, III et al. | |
| 8,204,229 B2 | 6/2012 | Arcas et al. | |
| 8,270,704 B2 | 9/2012 | Kim et al. | |
| 8,462,198 B2 | 6/2013 | Lin et al. | |
| 8,508,580 B2* | 8/2013 | McNamer | H04N 13/0221 348/43 |
| 8,564,661 B2* | 10/2013 | Lipton | G08B 13/19608 348/143 |
| 8,570,376 B1* | 10/2013 | Sharma | H04N 7/18 348/159 |
| 8,633,968 B2* | 1/2014 | Kennedy | H04N 13/0235 348/43 |
| 2005/0088515 A1 | 4/2005 | Geng | |
| 2011/0050929 A1 | 3/2011 | Lee et al. | |
| 2011/0255775 A1* | 10/2011 | McNamer | H04N 13/0221 382/154 |
| 2012/0106801 A1* | 5/2012 | Jackson | G08G 1/0175 382/105 |
| 2012/0113111 A1* | 5/2012 | Shiki | A61B 8/08 345/419 |
| 2013/0010079 A1* | 1/2013 | Zhang | H04N 13/0207 348/47 |
| 2013/0176438 A1* | 7/2013 | Mate | H04N 7/181 348/157 |
| 2013/0278501 A1* | 10/2013 | Bulzacki | G06F 3/017 345/157 |
| 2013/0278631 A1* | 10/2013 | Border | G02B 27/017 345/633 |
| 2013/0278727 A1 | 10/2013 | Tamier et al. | |
| 2013/0314510 A1* | 11/2013 | Endo | G03B 35/08 348/49 |
| 2014/0028780 A1* | 1/2014 | Croen | H04N 21/42203 348/14.03 |
| 2014/0028806 A1* | 1/2014 | Endo | H04N 13/0217 348/49 |
| 2014/0100900 A1* | 4/2014 | Abhyanker | H04L 67/18 705/5 |
| 2014/0136414 A1* | 5/2014 | Abhyanker | G06Q 50/28 705/44 |
| 2014/0143061 A1* | 5/2014 | Abhyanker | G06Q 50/01 705/14.58 |
| 2014/0180914 A1* | 6/2014 | Abhyanker | G01C 1/00 705/39 |
| 2014/0186010 A1* | 7/2014 | Guckenberger | G11B 27/031 386/248 |
| 2014/0198954 A1* | 7/2014 | Bulzacki | G06K 9/00342 382/103 |
| 2014/0237365 A1* | 8/2014 | Oberbrunner | G11B 27/34 715/722 |
| 2014/0240363 A1* | 8/2014 | Hong | G06F 3/012 345/684 |

### OTHER PUBLICATIONS

USPTO Office Action for U.S. Appl. No. 13/835,887, dated Jul. 31, 2013.

Wilburn, et al., "High Performance Imaging Using Large Camera Arrays", ACM Transactions on Graphics 24.3 (2005): 765-776. (Retrieved on Nov. 14, 2012 from: http://graphics.stanford.edu/papers/CameraArray/CameraArray_Sig05.pdf ).

David Shaman, "SceneNet turns mobile video clips into (almost) live, 3D events," SceneNet, May 12, 2014.

Puneet Jain et al., "Focus: Clustering Crowdsourced Videos by Line-of-Sight," SenSys '13, Nov. 11-15, 2013.

Guanfeng Want et al., "Active key frame selection for 3D model reconstruction from crowdsourced geo-tagged videos," 15th IEEE International Conference on Multimedia & Expo (ICME 2014), 2014.

Shamah, D. (May 12, 2014). SceneNet turns mobile video clips into (almost) live, 3D events. Retrieved from www.timesofisrael.com on Feb. 13, 2017. 2 pages.

* cited by examiner