# Exhibit 35

| (12) | United States Patent<br>Barcay et al. | (10) Patent No.: US 8,823,707 B2<br>(45) Date of Patent: Sep. 2, 2014 |
|---|---|---|

(54) **GUIDED NAVIGATION THROUGH GEO-LOCATED PANORAMAS**

(75) Inventors: **Daniel Barcay**, San Francisco, CA (US); **Gokul Varadhan**, San Francisco, CA (US)

(73) Assignee: **Google Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 52 days.

(21) Appl. No.: **13/302,470**

(22) Filed: **Nov. 22, 2011**

(65) **Prior Publication Data**

US 2012/0127169 A1    May 24, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/417,120, filed on Nov. 24, 2010.

(51) **Int. Cl.**
  *G06T 15/20*    (2011.01)
  *G06T 19/00*    (2011.01)
  *G06F 3/0481*   (2013.01)

(52) **U.S. Cl.**
  CPC .............. *G06T 19/00* (2013.01); *G06T 15/20* (2013.01)
  USPC ......................................................... **345/427**

(58) **Field of Classification Search**
  CPC ...... G06T 15/20; G06T 19/00; G06F 3/04815
  USPC ......................................................... 345/427
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2006/0146123 | A1* | 7/2006 | Sorokin et al. ............ 348/14.05 |
| 2008/0291217 | A1* | 11/2008 | Vincent et al. ............... 345/629 |
| 2009/0213112 | A1* | 8/2009 | Zhu et al. ...................... 345/419 |
| 2010/0118116 | A1* | 5/2010 | Tomasz et al. .................. 348/36 |

OTHER PUBLICATIONS

Goesele et al., "Multi-View Stereo for Community Photo Collections", Oct. 21, 2007, Computer Vision, pp. 1-8.*
Kopf et al., "Street Slide: Browsing Street Level Imagery", Jul. 2010, ACM Transactions on Graphics, pp. 1-8.*
Chen, "QuickTime® VR—An Image-Based Approach to Virtual Environment Navigation", Aug. 11, 1995, Computer Graphics Proceedings, pp. 29-38.*
McCrae et al., "Multiscale 3D Navigation", Mar. 1, 2009, Interactive 3D Graphics and Games 2009, pp. 7-14.*
International Search Report and Written Opinion for International application No. PCT/US2011/061906, mailed on May 16, 2012, 19 pages.

(Continued)

*Primary Examiner* — Xiao Wu
*Assistant Examiner* — Matthew D Salvucci
(74) *Attorney, Agent, or Firm* — Dority & Manning, P.A.

(57) **ABSTRACT**

A capability for guided navigation in an interactive virtual three-dimensional environment is provided. Such a capability may enhance user experience by providing the feeling of free-form navigation to a user. It may be necessary to constrain the user to certain areas of good visual quality, and subtly guide the user towards viewpoints with better rendering results without disrupting the metaphor of freeform navigation. Additionally, such a capability may enable users to "drive" down a street, follow curving roads, and turn around intersections within the interactive virtual three-dimensional environment. Further, this capability may be applicable to image-based rendering techniques in addition to any three-dimensional graphics system that incorporates navigation based on road networks and/or paths.

**27 Claims, 9 Drawing Sheets**



KEWAZINGA-G-0003694

(56) **References Cited**

OTHER PUBLICATIONS

Anguelov et al., "Google Street View: Capturing the World at Street Level," *Computer*, published by the IEEE Computer Society, vol. 43, No. 6, Jun. 2010, pp. 32-28.

Geraerts, Roland, "Camera Planning in Virtual Environments Using the Corridor Map Method," *Motion in Games*, LNCS 5884, Springer-Verlag Berlin Heidelberg 2009, Nov. 21, 2009, pp. 194-206.

Nurminen, Antti and Antti Oulasvirta, "Designing Interactions for Navigation in 3D Mobile Maps," *Map-based Mobile Services: Design, Interaction and Usability*, Springer, Lecture Notes in Geoinformation and Cartography, London, 2008, pp. 198-224.

\* cited by examiner

KEWAZINGA-G-0003695