# Exhibit 36

US009473745B2

(12) **United States Patent**  
Filip

(10) Patent No.: **US 9,473,745 B2**  
(45) Date of Patent: **Oct. 18, 2016**

(54) **SYSTEM AND METHOD FOR PROVIDING LIVE IMAGERY ASSOCIATED WITH MAP LOCATIONS**

(71) Applicant: **Google Inc.**, Mountain View, CA (US)

(72) Inventor: **Daniel Joseph Filip**, San Jose, CA (US)

(73) Assignee: **Google Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 276 days.

(21) Appl. No.: **14/168,494**

(22) Filed: **Jan. 30, 2014**

(65) **Prior Publication Data**

US 2015/0215585 A1    Jul. 30, 2015

(51) **Int. Cl.**
  *H04N 7/18* (2006.01)
  *G09B 29/00* (2006.01)
(52) **U.S. Cl.**
  CPC .............. *H04N 7/18* (2013.01); *G09B 29/007* (2013.01)
(58) **Field of Classification Search**
  CPC .......... G06Q 99/00; G06T 7/00; H04N 7/18; A01H 5/10; C07K 14/415; C12N 15/8245; G09B 29/007
  USPC ......................................................... 348/148
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 7,096,428 | B2 * | 8/2006 | Foote ................. G06F 3/04815 |
| | | | 707/E17.018 |
| 8,527,340 | B2 * | 9/2013 | Fisher .................... G06Q 30/02 |
| | | | 455/456.1 |
| 8,964,298 | B2 * | 2/2015 | Haddick ................. G06F 3/013 |
| | | | 359/630 |
| 9,020,832 | B2 * | 4/2015 | Fisher .................... G06Q 30/02 |
| | | | 705/14.1 |
| 2002/0140745 | A1 * | 10/2002 | Ellenby ................. G01C 21/20 |
| | | | 715/848 |
| 2003/0220835 | A1 * | 11/2003 | Barnes, Jr. ......... G06Q 10/1053 |
| | | | 705/14.36 |
| 2006/0271287 | A1 * | 11/2006 | Gold ...................... G01C 21/26 |
| | | | 701/426 |
| 2007/0162922 | A1 * | 7/2007 | Park ....................... H04N 19/33 |
| | | | 725/10 |
| 2007/0198182 | A1 * | 8/2007 | Singh ................. G01C 21/3647 |
| | | | 701/431 |
| 2009/0135178 | A1 * | 5/2009 | Aihara et al. ................. 345/419 |
| 2010/0061701 | A1 * | 3/2010 | Iwane .................... G06T 3/0062 |
| | | | 386/241 |
| 2010/0115411 | A1 * | 5/2010 | Sorokin ................. G03B 37/04 |
| | | | 715/723 |
| 2010/0146397 | A1 * | 6/2010 | Koch et al. ................... 715/739 |
| 2010/0245538 | A1 * | 9/2010 | Marzano .................. H04N 7/15 |
| | | | 348/14.12 |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 2126722 A2 | 12/2009 |
| EP | 2460130 A2 | 6/2012 |

(Continued)

*Primary Examiner* — Shan Elahi
(74) *Attorney, Agent, or Firm* — Lerner, David, Littenberg, Krumholz & Mentlik, LLP

(57) **ABSTRACT**

Near real-time imagery of a given location may be provided to user upon request. Most popularly viewed geographic locations are determined, and a 360 degree image capture device is positioned at one or more of the determined locations. The image capture device may continually provide image information, which is processed, for example, to remove personal information and filter spam. Such image information may then be provided to users upon request. The image capture device continually captures multiple views of the given location, and the requesting user can select which perspective to view.

**17 Claims, 6 Drawing Sheets**



KEWAZINGA-G-0003732

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0199479 A1* | 8/2011 | Waldman | G01C 21/3602 348/116 |
| 2011/0242271 A1* | 10/2011 | Ogale | H04N 13/0011 348/36 |
| 2012/0200743 A1* | 8/2012 | Blanchflower | H04N 21/254 348/239 |
| 2012/0218412 A1* | 8/2012 | Dellantoni | G01C 21/3602 348/148 |
| 2012/0233000 A1* | 9/2012 | Fisher | G06Q 30/02 705/14.71 |
| 2012/0249797 A1* | 10/2012 | Haddick | G06F 1/163 348/158 |
| 2012/0281911 A1* | 11/2012 | Fung | G06K 9/00677 382/165 |
| 2013/0040660 A1* | 2/2013 | Fisher | G06Q 30/02 455/456.1 |
| 2013/0127980 A1* | 5/2013 | Haddick | G06F 3/013 348/14.08 |
| 2013/0278631 A1* | 10/2013 | Border | G02B 27/017 345/633 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2646964 A2 | 10/2013 |
| WO | 0044169 A1 | 7/2000 |
| WO | 2008039763 A2 | 4/2008 |
| WO | 2008097917 A2 | 8/2008 |
| WO | 2011014853 A2 | 2/2011 |
| WO | 2012074359 A1 | 6/2012 |
| WO | 2012075335 A2 | 6/2012 |
| WO | 2013086739 A1 | 6/2013 |

* cited by examiner

KEWAZINGA-G-0003733