# Exhibit 39

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEWAZINGA CORP. | ) | |
| AND K LICENSING LLC | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | **Civil Action No.** _____ |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Kewazinga Corp. ("KC") and K Licensing LLC ("KL," collectively with KC, "Kewazinga"), hereby assert claims against Google Inc. ("Google") for infringement of U.S. Patent Nos. 6,535,226 ("the '226 patent") and 6,522,325 ("the '325 patent," collectively with the '226 patent, "the Patents") and alleges as follows:

## THE PLAINTIFFS

1.     Plaintiff KC is a corporation organized and existing under the laws of Delaware.

2.     Plaintiff KC is the owner of all right, title and interest in the Patents.

3.     Plaintiff KL is a limited liability company organized and existing under the laws of Delaware.

4.     Plaintiff KL is the exclusive licensee of the Patents with the right to grant sublicenses.