# Exhibit 44

The official blog for Google Maps

## Take a peek at our new Street View site

August 4, 2009

Since our launch of Street View in May 2007, it has consistently been one of Google Maps' most popular features. We've also found that it has been one of the features that folks are most curious about, so we have given our Street View overview site a refresh that puts everything you wanted to know about Street View in one place.

Some of the things you can now learn are:

- Where in the world Street View imagery is available, and where our vehicles are currently gathering new imagery
- The story behind our Pegman mascot
- What our early prototype of the Street View vehicle looked like
- The ways you can use Street View to make life a little easier
- How long it takes us to collect imagery
- What privacy safeguards we've put in place and how you can request image removal



We hope this new site will make using Street View to explore the world even easier, and maybe a little more fun.

Posted by Julie Zhou, Associate Product Marketing Manager

Labels: Street View

### No comments :

### Post a Comment

Note: Only a member of this blog may post a comment.



### Links to this post

Create a Link

Labels

Archive

Feed

Google on

Google Maps

YouTube   725K

Follow @googlemaps

Follow

Give us feedback in our Product Forums.



GOOG-KZGA-00001671

**Company-wide**

Official Google Blog
Public Policy Blog
Student Blog

**Products**

Android Blog
Chrome Blog
Gmail Blog

**Developers**

Developers Blog
Ads Developer Blog
Android Developers Blog

Google

Google · Privacy · Terms

GOOG-KZGA-00001672