# Exhibit 47

The official blog for Google Maps

### Street View: Our biggest update yet
June 29, 2011

Since we launched Street View on Google Maps in the U.S. in 2007 we've added 26 more countries and enabled you to explore images across all seven continents. Today we're excited to share with you the latest expansion of Street View because it's our biggest update yet.

New imagery is now available for 13 of our established Street View countries: Denmark, Ireland, Italy, Spain, Netherlands, Norway, Sweden, Romania, South Africa, Taiwan, Japan, the United States, and the United Kingdom.

I like wine so I'm particularly interested in seeing the new imagery around Italy's famous Chianti region and other beautiful areas of Tuscany. Across the mediterranean in Spain, the home of another renowned wine is available with the addition of the Rioja province.



Pechina, Rioja Region, Spain

And as a food lover I'm keen on discovering Denmark's beautiful chain of Smålands Islands - famous for its fruits that have inspired many Danish chefs and the new Nordic cuisine movement. In neighbouring Sweden there has been a significant increase in coverage across the country with Lake Siljan now included, along with the popular tourist towns of Rättvik, Leksand and Mora.



Leksand, Sweden

The southernmost tip of Africa is also now available with the addition of South Africa's Cape Agulhas. The cape is where the Indian and Atlantic oceans meet and is notoriously hazardous for sailors.

And across the other side of the world, you can view the Pacific Ocean from Japan's Hahajima, one of the remote Ogasawara islands.



GOOG-KZGA-00001829



Haha-Jima, Japan

In addition, this latest batch of street-level imagery includes higher resolution panoramic views of places throughout the San Francisco Bay Area, Los Angeles and San Diego. This is great for both locals and potential visitors of these popular California destinations, who can now see even more realistic views of landmarks like the Golden Gate Bridge, Staples Center, and USS Midway.



Golden Gate Bridge, California

Of course, these are just a few of the many fascinating places in today's release of new Street View imagery, so we encourage you to look around and virtually experience them for yourself right in Google Maps. Be it for armchair travel from the comfort of your computer, or to figure out where you might want to visit on your next vacation, we're thrilled to continue our expansion of Street View.

Posted by Kei Kawai, Product Manager, Street View on Google Maps

Labels: Google Maps , Street View

**No comments :**

**Post a Comment**

Note: Only a member of this blog may post a comment.



**Links to this post**

Create a Link

---

**Company-wide**

Official Google Blog
Public Policy Blog
Student Blog

**Products**

Android Blog
Chrome Blog
Gmail Blog

**Developers**

Developers Blog
Ads Developer Blog
Android Developers Blog

GOOG-KZGA-00001830

Google

Google · Privacy · Terms

GOOG-KZGA-00001831