# Exhibit 50

(CWx),APPEAL,DISCOVERY,MANADR,REOPENED,STAYED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10−cv−07747−FMO−CW

| | |
|---|---|
| Vederi, LLC v. Google LLC | Date Filed: 10/15/2010 |
| Assigned to: Judge Fernando M. Olguin | Date Terminated: 02/07/2018 |
| Referred to: Magistrate Judge Carla Woehrle | Jury Demand: Both |
| Case in other court:  Federal Circuit, 13−01296 | Nature of Suit: 830 Patent |
|                        Federal Circuit Court, 13−01057 | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Vederi, LLC**
*A Limited Liability Company*

represented by **Anne Fowler Bradley**
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071−2411
213−972−4500
Fax: 213−486−0065
*TERMINATED: 02/14/2011*

**David A Dillard**
Lewis Roca Rothgerber Christie LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203
626−795−9900
Fax: 626−577−8800
Email: ddillard@lrrc.com
*ATTORNEY TO BE NOTICED*

**Steven Erick Lauridsen**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071−2223
213−430−3400
Fax: 213−430−3409
Email: steven.lauridsen@tuckerellis.com
*TERMINATED: 10/07/2016*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**
*also known as*
Google Inc

represented by **Darin W Snyder**
O'Melveny and Myers LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111
415−984−8700
Fax: 415−984−8701
Email: dsnyder@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S Almeling**
O'Melveny and Myers LLP
Two Embarcaradero Center 28th Floor
San Francisco, CA 94111
415−984−8700
Fax: 415−984−8701
Email: dalmeling@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

KEWAZINGA-G-0006394

*PRO HAC VICE*

**Mediator (ADR Panel)**

**Michael A Tomasulo**
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
310−772−8342

**Counter Defendant**

**Vederi, LLC**                              represented by   **Anne Fowler Bradley**
*A Limited Liability Company*                                (See above for address)
                                                             *TERMINATED: 02/14/2011*

                                                             **David A Dillard**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Steven Erick Lauridsen**
                                                             (See above for address)
                                                             *TERMINATED: 10/07/2016*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2010 | 1 | COMPLAINT against Defendant Google, Inc. Case assigned to Judge Jacqueline H. Nguyen for all further proceedings. Discovery referred to Magistrate Judge Carla M. Woehrle. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Vederi, LLC. (et) (Additional attachment(s) added on 10/18/2010: # 1 part 2, # 2 part 3) (mg). (Entered: 10/18/2010) |
| 10/15/2010 |   | 21 DAY Summons Issued re Complaint − (Discovery) 1 as to Defendant Google, Inc. (et) (Entered: 10/18/2010) |
| 10/15/2010 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Vederi, LLC. (et) (mg). (Entered: 10/18/2010) |
| 10/15/2010 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Vederi, LLC. (et) (mg). (Entered: 10/18/2010) |
| 10/15/2010 | 4 | NOTICE of Related Case(s) filed by Plaintiff Vederi, LLC. Related Case(s): NO RELATED ACTION. (et) (mg). (Entered: 10/18/2010) |
| 10/15/2010 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Vederi, LLC. (et) (Entered: 10/18/2010) |
| 10/15/2010 | 6 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) (Entered: 10/18/2010) |
| 02/14/2011 | 7 | NOTICE of Change of Attorney Information for attorney Anne Bradley counsel for Plaintiff Vederi, LLC.Anne F. Bradley is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G−06 Notice. Filed by Plaintiff Vederi (Bradley, Anne) (Entered: 02/14/2011) |
| 02/25/2011 | 8 | NOTICE of Appearance filed by attorney Sasha G Rao on behalf of Defendant Google, Inc. (Rao, Sasha) (Entered: 02/25/2011) |
| 02/28/2011 | 9 | NOTICE of Appearance filed by attorney Andrew Koning on behalf of Defendant Google, Inc. (Koning, Andrew) (Entered: 02/28/2011) |
| 03/02/2011 | 10 | NOTICE of Appearance filed by attorney Joshua Voight Van Hoven on behalf of Defendant Google, Inc. (Van Hoven, Joshua) (Entered: 03/02/2011) |
| 03/02/2011 | 11 | PROOF OF SERVICE Executed by Plaintiff Vederi, LLC, upon Defendant Google, Inc. served on 2/11/2011, answer due 3/4/2011. Service of the Summons and Complaint were executed upon BECKY DE GEORGE, Agent for Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original |

KEWAZINGA-G-0006397

| 10/07/2016 | 154 | ORDER by Judge Alex Kozinski: granting 153 Request to Substitute/Withdraw Attorney. Attorney Steven Erick Lauridsen terminated. (jre) (Entered: 10/11/2016) |
| 11/11/2016 | 155 | THIRD JOINT STATUS REPORT of reexaminations of four patents−in−suit filed by Plaintiff Vederi, LLC (Dillard, David) (Entered: 11/11/2016) |
| 05/10/2017 | 156 | FOURTH JOINT STATUS REPORT of Reexaminations of four patents−in−suit filed by Plaintiff Vederi, LLC. (Dillard, David) (Entered: 05/10/2017) |
| 10/04/2017 | 157 | STIPULATION to Amend Complaint − (Discovery), 1 , Answer to Complaint (Discovery), Counterclaim 39 filed by Defendant and Cross−Complainant Google, Inc.. (Attachments: # 1 Proposed Order)(Bostwick, Gary) (Entered: 10/04/2017) |
| 10/16/2017 | 158 | ORDER by Judge Alex Kozinski, GRANTING Stipulation to Change Name 157 . IT IS ORDERED that Google Inc shall be now known as Google LLC in this action, and the caption of the case shall be Vederi, LLC v Google LLC. (shb) (Entered: 10/17/2017) |
| 10/20/2017 | 159 | NOTICE of Interested Parties filed by Defendant Google LLC, identifying XXVI Holdings Inc. and Alphabet Inc.. (Bostwick, Gary) (Entered: 10/20/2017) |
| 11/09/2017 | 160 | FIFTH JOINT STATUS REPORT filed by Counter Defendant Vederi, LLC, Plaintiff Vederi, LLC (Dillard, David) (Entered: 11/09/2017) |
| 12/20/2017 | 161 | NOTICE of REASSIGNMENT OF CASE due to Unavailability of Judicial Officer filed. The previously assigned District Judge is no longer available. Pursuant to directive of the Chief District Judge and in accordance with the rules of this Court, the case has been returned to the Clerk for reassignment. This case has been reassigned to Judge Fernando M. Olguin for all further proceedings. Case number will now read as 2:10−cv−07747 FMO(CWx). (rn) (Entered: 12/20/2017) |
| 12/21/2017 | 162 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vdr) TEXT ONLY ENTRY (Entered: 12/21/2017) |
| 02/07/2018 | 163 | MINUTES (IN CHAMBERS) ORDER RE: PENDING MOTIONS by Judge Fernando M. Olguin. Pending motions (Document Nos. 117−119) are vacated subject to reinstatement orre−filing at later date. The Clerk shall administratively close the case. (vdr) (Entered: 02/07/2018) |
| 05/07/2018 | 164 | SIXTH JOINT STATUS REPORT filed by Plaintiff Vederi, LLC (Dillard, David) (Entered: 05/07/2018) |
| 01/16/2019 | 165 | SEVENTH JOINT STATUS REPORT filed by Plaintiff Vederi, LLC (Dillard, David) (Entered: 01/16/2019) |
| 05/03/2019 | 166 | Eighth Joint Status Report filed by Plaintiff Vederi, LLC (Dillard, David) (Entered: 05/03/2019) |
| 08/01/2019 | 167 | Notice of Appearance or Withdrawal of Counsel: for attorney Mishima Alam counsel for Defendant Google LLC. Mishima Alam is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Defendant Google, LLC. (Alam, Mishima) (Entered: 08/01/2019) |
| 11/13/2019 | 168 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. Counsel are ordered to file an updated Joint Status Report by no later than 11/20/2019. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY (Entered: 11/13/2019) |
| 11/19/2019 | 169 | Ninth Joint Status Report filed by Plaintiff Vederi, LLC (Dillard, David) (Entered: 11/19/2019) |

KEWAZINGA-G-0006409