# Exhibit 52

CLOSED,MEDIATION-CJB,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:11-cv-00582-LPS

Transcenic Inc. v. Google Inc.
Assigned to: Judge Leonard P. Stark
Cause: 35:271 Patent Infringement

Date Filed: 07/01/2011
Date Terminated: 01/27/2015
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Transcenic Inc.**
*a Louisiana Corporation*

represented by **Richard D. Kirk**
ADDRESS EXPIRED / UNKNOWN
UNDELIVERABLE EMAIL
(302) 655-5000
Fax: (302) 658-6395
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine A. Pompa**
Email: cpompa@fitcheven.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Gosse**
Email: dgosse@fitcheven.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric L. Broxterman**
Email: ebroxterman@fitcheven.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane Delsman**
Email: sdelsman@fitcheven.com
*TERMINATED: 07/30/2013*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B. Brauerman**
Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE 19801
(302) 655-5000
Fax: (302) 658-6395
Email: sbrauerman@bayardlaw.com
*ATTORNEY TO BE NOTICED*

**Steven C. Schroer**
Email: scschr@fitcheven.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy P. Maloney**
Email: tim@fitcheven.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

KEWAZINGA-G-0006331

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2011 | 1 | COMPLAINT filed with Jury Demand against America Online Inc., Google Inc., MapQuest Inc., Microsoft Corporation – Magistrate Consent Notice to Pltf. (Filing fee $ 350, receipt number 0311-911597) – filed by Transcenic Inc.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Civil Cover Sheet)(nms) (Entered: 07/01/2011) |
| 07/01/2011 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nms) (Entered: 07/01/2011) |
| 07/01/2011 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) RE42,289 E. (nms) (Entered: 07/01/2011) |
| 07/01/2011 | | No Summons Issued. (nms) (Entered: 07/01/2011) |
| 07/01/2011 | | Summons Issued as to America Online Inc. on 7/1/2011; Google Inc. on 7/1/2011; MapQuest Inc. on 7/1/2011; Microsoft Corporation on 7/1/2011. (ksr) (Entered: 07/01/2011) |
| 07/06/2011 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 07/06/2011) |
| 07/07/2011 | 4 | SUMMONS Returned Executed by Transcenic Inc.. America Online Inc. served on 7/5/2011, answer due 7/26/2011. (Brauerman, Stephen) (Entered: 07/07/2011) |
| 07/07/2011 | 5 | SUMMONS Returned Executed by Transcenic Inc.. MapQuest Inc. served on 7/5/2011, answer due 7/26/2011. (Brauerman, Stephen) (Entered: 07/07/2011) |
| 07/07/2011 | 6 | SUMMONS Returned Executed by Transcenic Inc.. Google Inc. served on 7/5/2011, answer due 7/26/2011. (Brauerman, Stephen) (Entered: 07/07/2011) |
| 07/12/2011 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by Transcenic Inc.. (Kirk, Richard) (Entered: 07/12/2011) |
| 07/21/2011 | 8 | MOTION for Pro Hac Vice Appearance of Attorney Timothy P. Maloney, Eric L. Broxterman, and David A. Gosse – filed by Transcenic Inc.. (Kirk, Richard) (Entered: 07/21/2011) |
| 07/21/2011 | | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Timothy P. Maloney, Eric L. Broxterman, and David A. Gosse filed by Transcenic Inc. Signed by Judge Leonard P. Stark on 7/21/11. (ntl) (Entered: 07/21/2011) |
| 07/21/2011 | 9 | MOTION for Pro Hac Vice Appearance of Attorney Steven C. Schroer – filed by Transcenic Inc.. (Kirk, Richard) (Entered: 07/21/2011) |
| 07/21/2011 | 10 | STIPULATION TO EXTEND TIME to move against, answer, or otherwise respond to the Complaint to August 25, 2011 – filed by Google Inc.. (Gaza, Anne) (Entered: 07/21/2011) |
| 07/22/2011 | | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney Steven C. Schroer filed by Transcenic Inc. Signed by Judge Leonard P. Stark on 7/22/11. (ntl) (Entered: 07/22/2011) |
| 07/25/2011 | | SO ORDERED, re 10 STIPULATION TO EXTEND TIME to move against, answer, or otherwise respond to the Complaint to August 25, 2011 filed by Google Inc., Set/Reset Answer Deadlines: Google Inc. answer due 8/25/2011. Signed by Judge Leonard P. Stark on 7/25/11. (ntl) (Entered: 07/25/2011) |
| 07/26/2011 | 11 | STIPULATION TO EXTEND TIME to Move, Answer or Otherwise Respond to the Complaint to August 25, 2011 – filed by America Online Inc., MapQuest Inc.. (Hatcher, Laura) (Entered: 07/26/2011) |
| 07/26/2011 | 12 | STIPULATION TO EXTEND TIME to move against, answer, or otherwise respond to the Complaint to August 31, 2011 – filed by Microsoft Corporation. (Gaza, Anne) (Entered: 07/26/2011) |

KEWAZINGA-G-0006341

| | | |
|---|---|---|
| | | party/attorney no later than 7/24/15. Filing attorney or their designee shall CLAIM their sealed documents by sending an E-MAIL, Subject: Return of Sealed Documents, to returnsealeddocs@ded.uscourts.gov, listing the case number and a contact's name, phone number and address. Parties not registered in CM/ECF may call our Help Desk at 302-573-6170 to claim their sealed documents. Once sealed documents are claimed, THE CLERK SHALL prepare receipts and contact filers WHEN THEIR DOCUMENTS ARE READY FOR PICK-UP at the Clerk's Office, 844 N. King Street, Intake Help Desk, Room 4209. Documents not claimed shall be unsealed and handled pursuant to the standing order. (Attachments: # 1 Highlighted Docket Sheet) (nmb) (Entered: 07/10/2015) |
| 07/15/2015 | 593 | ACKNOWLEDGMENT OF RECEIPT of the following sealed documents, signed on behalf of Frederick L. Cottrell, III : D.I. # 102, 103, 129, 132, 144, 181, 208, 210, 211, 213, 226, 227, 231, 257, 258, 268. (nmb) (Entered: 07/15/2015) |
| 07/17/2015 | 594 | ACKNOWLEDGMENT OF RECEIPT of the following sealed documents, signed on behalf of Stephen B. Brauerman : D.I. # 101, 214. (nmb) (Entered: 07/17/2015) |