# Exhibit 54

☆ 35829505    Visible to Public   **Make the street view transition effect optional**   🏳

Public Trackers    Google Maps Platform    JavaScript API                9 years +   ⋮

| | |
|---|---|
| SLO Status | ⊘ No assignment SLO |
| | ⊘ No response SLO |
| | ⊘ No closure SLO |
| | SLO definition: Google Maps Platform Public Issue Tracker SLO |
| Team | ZRH Mentoring Intergroup 🔗 |
| Reporter | ro...@gmail.com |
| Type | Feature Request |
| Priority | P4 |
| Severity | S4 |
| Status | Assigned |
| Assignee | pyszkiewicz@google.com |
| Verifier | |
| CC | maps-api-web-team+pub... |
| | wolfb@google.com |
| Changelists | -- |
| Pending Changelists | -- |
| FixedIn | -- |
| IncidentType | -- |
| QueryType | -- |
| ShowMessaging | -- |
| StackOverflow status | -- |
| Triaged | NeatIdea |
| Found In | -- |
| Targeted To | -- |
| Verified In | -- |
| In Prod | |

---

**ro...@gmail.com**    <ro...@gmail.com> #1                Aug 30, 2016 11:11AM   ⋮

Created issue.

Can an option be added for the street view control to disable the transition animation effect when moving from one panorama to an adjacent panorama ?
The transition effect can be useful but for some applications (such as where a sequence of panoramas are displayed during a trip) it would be better if the panoramas could be displayed without this effect.

---

**bo...@gmail.com**    <bo...@gmail.com> #2                Oct 6, 2016 06:23AM   ⋮

I would like the same option, or option to select old / new renderer. Transition animation effect killed my app which lets users 'ride' street view panorama.
thanks.
Michal

---

**andriyk@google.com**    <andriyk@google.com>              Apr 17, 2017 07:18AM

Assigned to  sunray@google.com.

---

**ki...@gmail.com**    <ki...@gmail.com> #4                May 2, 2017 05:53PM   ⋮

I and many others would like to have this option as well. Ability to disable the smooth transition is crucial for many applications. Thanks.

---

**al...@gmail.com**    <al...@gmail.com> #5                May 2, 2017 06:19PM   ⋮

In my opinion the movement which was not so smooth but showing the surroundings while moving was much more useful. Would be great to have a choice between the two.

---

**ha...@gmail.com**    <ha...@gmail.com> #6                May 2, 2017 06:22PM   ⋮

Please allow the option to disable the transition animation. Its recent introduction has limited the playability of games such as Geoguessr.

---

**br...@gmail.com**    <br...@gmail.com> #7                May 2, 2017 06:32PM   ⋮

I would also like to echo my desire for the "smooth" transition to be a toggle at the least. People walking around business view will not get as good an experience with the constant blurs and "jumps" that appear through the motion. It was much easier to navigate and actually see the whole store before this change was made.

---

**ni...@gmail.com**    <ni...@gmail.com> #8                May 2, 2017 06:44PM   ⋮

I cannot agree more to my fellow posters above. If there's not a chance to change Street View to the old API, where you haven't encountered the blurry frame-skipping motion, then pleast make it at least an optional change.
For people like me, with slow internet connection, it also needs a lot longer to load the pictures with that blurry movement option. With the old API that was not the case. Another thing is that it makes you really dizzy when xou are spending a longer time in Street View.
And if you are really reading this, Google, then please, please disable that rectangle in Street View that just turns you around for no reason. It's only purpose is obviously to annoy and distract people.

---

**la...@gmail.com**    <la...@gmail.com> #9                May 2, 2017 07:24PM   ⋮

I agree as well. Playing GeoGuessr is just annoying now when you have to move, and exploring maps in general is no longer as fun.

---

**he...@gmail.com**    <he...@gmail.com> #10                May 2, 2017 08:21PM   ⋮

I fully support this. The new transition makes the whole Street View experience extremely unpleasant for people like me who don't have the fastest internet connection out there, especially while panning the map around and having to experience blurriness for the first few seconds following transitions.

---

**sa...@gmail.com**  <sa...@gmail.com> #11     May 2, 2017 08:43PM

Likewise, I do not like the "fluid motion". Often times I look at street view before going on trips so I am better prepared and know what exit signage there is and so forth. The blurry motion makes it hard to "drive" along without getting dizzy or sick, the previous street view versions were better.

---

**ch...@gmail.com**  <ch...@gmail.com> #12     May 2, 2017 11:16PM

Please eliminate or make optional the streetview transition effect. It makes travel look *less* real, and is harder to process visually.

---

**go...@gmail.com**  <go...@gmail.com> #13     May 3, 2017 12:41AM

It is simply easier for my internet to load the old transition style. The newer fluid motion style occasionally makes me nauseous, and makes it much harder to use wonderful streetview applications such as geoguessr.

---

**sy...@gmail.com**  <sy...@gmail.com> #14     May 3, 2017 02:33AM

My internet connection is often too slow to display correctly new motion ; pictures take more than 5 seconds to be displayed correctly and it makes me nauseous when I want to explore towns & landscapes.

---

**vo...@gmail.com**  <vo...@gmail.com> #15     May 3, 2017 04:47AM

I support making the smooth transition feature optional. It causes performance issues on older computers as well as occasional disorientation.

---

**de...@gmail.com**  <de...@gmail.com> #16     May 3, 2017 05:48AM

Indeed, back with the old or a toggle please.

---

**le...@gmail.com**  <le...@gmail.com> #17     May 3, 2017 06:13AM

I am in favour of this. Please allow us to toggle between transition types.

---

**ta...@gmail.com**  <ta...@gmail.com> #18     May 3, 2017 07:46AM

Completely agree. Street view with this fluid motion is so much slower for me.

---

**ma...@gmail.com**  <ma...@gmail.com> #19     May 3, 2017 08:07AM

I agree with the posters above. I have encountered the same problem while using third-party applications but it hinders the "regular" uses of Street View too, like planning trips, especially on a slow internet connection like mine.
Hopefully, if the old transition can't be restored, a different solution can be found to make the transition faster!

---

**ka...@gmail.com**  <ka...@gmail.com> #20     May 3, 2017 10:20AM

I agree!

---

**jo...@gmail.com**  <jo...@gmail.com> #21     May 3, 2017 05:20PM

Agreed. It really really sucks when playing GeoGuessr!!

---

**ki...@gmail.com**  <ki...@gmail.com> #22     May 4, 2017 01:07PM

+1

---

**em...@gmail.com**  <em...@gmail.com> #23     May 5, 2017 01:40PM

I find this feature nauseating, so an option to disable would be great.

---

**el...@gmail.com**  <el...@gmail.com> #24     May 6, 2017 03:11PM

I agree with all above. It would be really nice to have the option in the API to pick transition style. Thanks for looking into this, guys, and thanks for a great product!

**er...@gmail.com**  <er...@gmail.com> #25                     May 8, 2017 05:18AM

Please look into this.

**bu...@gmail.com**  <bu...@gmail.com> #26                     May 9, 2017 11:02AM

we need this

**19...@jcpstudents.org**  <19...@jcpstudents.org> #27         May 11, 2017 01:43AM

Please add an option in the API. Thank you

**ha...@gmail.com**  <ha...@gmail.com> #28                     May 11, 2017 07:07AM

Would be amazing with an option!

**2c...@gmail.com**  <2c...@gmail.com> #29                     May 11, 2017 01:01PM

I second the request for bringing back the non-smooth transition option in the Street View API. A lot of web-apps such as Geoguessr depend heavily on it, and it makes the movement in Street View much more intuitive. You have always had the option for it, so I hope bringing it back is not too difficult.

**ti...@ashock.org**  <ti...@ashock.org> #30                   May 19, 2017 03:39AM

I feel the same.

**na...@gmail.com**  <na...@gmail.com> #31                     May 22, 2017 12:04PM

I find the smooth transition to be extremely annoying and detrimental to the usefulness of street view across a variety of devices.  There should be an option to disable it.

**ch...@gmail.com**  <ch...@gmail.com> #32                     May 25, 2017 10:14AM

I find the transition to be counter-intuitive. It makes Street View moving less fluid and less natural since you don't magically transition to another frame.

**ab...@gmail.com**  <ab...@gmail.com> #33                     May 26, 2017 10:32AM

I agree with this completely, an option would be easy to add and would keep everyone happy

**de...@gmail.com**  <de...@gmail.com> #34                     May 29, 2017 10:05AM

agree

**vl...@glowbyteconsulting.com**  <vl...@glowbyteconsulting.com> #35    May 30, 2017 04:39PM

agree!

**vl...@gmail.com**  <vl...@gmail.com> #36                     May 30, 2017 04:41PM

I also find this feature nauseating, would love an option to turn it off.

**as...@gmail.com**  <as...@gmail.com> #37                     May 30, 2017 10:32PM

I agree with this! The new transition makes Geoguessr virtually unplayable and it's definitely one of my favorites.

**ko...@gmail.com**  <ko...@gmail.com> #38                     May 31, 2017 02:59AM

agree!

**la...@glowbyteconsulting.com**  <la...@glowbyteconsulting.com> #39    May 31, 2017 03:22AM

agree

**al...@glowbyteconsulting.com** <al...@glowbyteconsulting.com> #40  May 31, 2017 04:35AM

agree

---

**dm...@glowbyteconsulting.com** <dm...@glowbyteconsulting.com> #41  May 31, 2017 04:46AM

agree

---

**el...@glowbyteconsulting.com** <el...@glowbyteconsulting.com> #42  May 31, 2017 08:55AM

agree!

---

**ja...@web.de** <ja...@web.de> #43  Jun 2, 2017 12:29PM

Geoguessr is unplayable with smooth transition, please make it optional!

---

**ol...@gmail.com** <ol...@gmail.com> #44  Jun 4, 2017 10:36PM

It is actually still perfectly possible to play without smooth transition, look at my code at streetviewplayer.org

---

**bo...@gmail.com** <bo...@gmail.com> #45  Jun 5, 2017 09:53AM

Hey, just looked your app, haven't played it because it seems you need to enter your own API key? Anyway it has minimum distance between panoramas 150m, if you need to play panoramas that are next from one to another you will have that blurry effect. If you skip panoramas between requested positions than depending on how many panorama you skip you won't have transition effect. I'm facing this transitions problem with my Android app (Street View Player Sightseeing) also (reported it here already in October :( and my users preferred the old renderer too.

---

**ol...@gmail.com** <ol...@gmail.com> #46  Jun 5, 2017 10:14AM

You need the API key only if want more than 8 waypoints. If you stick with
less than that, you can play a route just fine. Look at the code on github,
I use actually 4 panoramas, they are loaded while hidden. I only move the
one finished on top. There is then absolutely no blurring effect this way.

On Mon, Jun 5, 2017 at 9:53 AM, <buganizer-system@google.com> wrote:

- Show quoted text -

---

**bo...@gmail.com** <bo...@gmail.com> #47  Jun 5, 2017 10:26AM

OK cool! I'll look the code on github, the app doesn't play (tried both Safari and Chrome OSX), the panorama is black.
BTW. I tried in my app using hidden panorama (just one) in my app, 1. but it was using too much memory (not feasible solution in mobile app) and 2. there were still transitions when panoramas were close to each other so I gave up that solution.
But I never tried with more than 2 panorama objects. Does your app have no blur if you set the min distance to for example 10meters?

Thanks!

---

**bo...@gmail.com** <bo...@gmail.com> #48  Jun 5, 2017 10:31AM

OK http://streetviewplayer.org/VirtualRide/ mobile version works, and it does have blurry effect. Just tested it!

---

**ol...@gmail.com** <ol...@gmail.com> #49  Jun 5, 2017 10:36AM

The mobile version uses a different code, and yes it has the blurry effect.
I did not changed it, and I do not intend to. The desktop version has not
the blurry effect.

On Mon, Jun 5, 2017 at 10:31 AM, <buganizer-system@google.com> wrote:

- Show quoted text -

---

**bo...@gmail.com** <bo...@gmail.com> #50  Jun 5, 2017 10:37AM

OK, a pity the desktop version doesn't work. I used the same route for both mob and desktop versions.

GOOG-KZGA-00006222

ol...@gmail.com  <ol...@gmail.com> #51                              Jun 5, 2017 10:39AM

The least I tried was 50 meters, and there was no blurry. The orientation
of each view was often not right though, so I will need to fix that at some
point...

On Mon, Jun 5, 2017 at 10:26 AM, <buganizer-system@google.com> wrote:

- Show quoted text -

---

**ol...@gmail.com**  <ol...@gmail.com> #52                          Jun 5, 2017 10:40AM

Which browser did you used ? I have tried successfully both Firefox and
Chrome on Linux.

On Mon, Jun 5, 2017 at 10:38 AM, <buganizer-system@google.com> wrote:

- Show quoted text -

---

**bo...@gmail.com**  <bo...@gmail.com> #53                          Jun 5, 2017 10:41AM

Anyway the old panorama renderer was better and if they can add option to select new / old render that would
be awesome.

---

**bo...@gmail.com**  <bo...@gmail.com> #54                          Jun 5, 2017 10:44AM

I tried Safari / Chrome and Firefox on OSX 10.11.6 , as I mentioned mobile version (also OSX and the same
route) works fine.
Also no console errors
Also I guess we should delete our off topic conversation?

Message last modified on Jun 5, 2017 10:45AM Show History

---

**sunray@google.com**  <sunray@google.com> #55                       Jun 5, 2017 08:24PM

#54 - please do :)

Others - can you please provide more specific details on *why* you find the transition has negative effects? For
example, I can play Geoguessr just fine. What is the problem, exactly?

---

**ki...@gmail.com**  <ki...@gmail.com> #56                           Jun 6, 2017 03:50AM

#55:

First, thanks for contacting us.

Some users reported not being able to play anymore as it was becoming too slow for their computers.They
usually resize the browser window to try gaining performance. The instant moving was less heavier as the
computer doesn't need to render the "3D effect" when moving, and the blur effect.
The instant moving was also very nice for Geoguessr players as it allowed to travel more distance in less time,
which is crucial during timed challenge. Lot of players (including myself) stopped playing the game (or
drastically reduced the playing time), not counting the loss for Geoguessr devs with people dropping their
support with Pro accounts.
The blurry transition is also bad for my eyes and my brain (and many users experience the same) since you
often see a blurry screen while waiting the transition to be done. Some people even get nausea at some point.

Geoguessr isn't the only service getting affected by this. Even with regular Streetview, this can be annoying. I
know the trend nowadays is to get things "fancy" but it can sometimes harm the practical side of the service. I
would like to know what are the advantages of the smooth transition system for Google, other than a "visual
overhaul".

Of course, we're not asking to remove the transition. Just having a setting somewhere and a way to disable it in
the API will do it.

Thanks for reading us.

---

**bo...@gmail.com**  <bo...@gmail.com> #57                          Jun 6, 2017 09:30AM

#54:
I guess I'm others because I don't use Geoguessr I developed Android app
https://play.google.com/store/apps/details?id=co.borama.streetviewrider&hl=en it lets you play panoramas
and when users contact me 90% of them request faster panorama transitions.
Also as many here pointed out those transitions make me feel dizzy and I myself stopped using my own app
because of that. The same applies to all apps using Street View API.
Allowing users/developers to choose between old and new rendering engine would be awesome.

PS. Maybe I you have super fast device than the blurry effect looks nice? But on all my devices I'll just worsen user experience of Street View.
Thanks

---

**al...@gmail.com**   <al...@gmail.com> #58                                  Jun 6, 2017 05:54PM  :

#55 Thank you for hearing us on this issue.

Let me explain the difference it makes for the Geoguessr users with two videos on hand.

1:
https://youtu.be/RBKmf6Hqkqw?t=16s
This first video is with the old movement. As the broadcaster is looking for clues in a rural area he is moving quite fast however during moving he can still see the surroundings and eventually important road signs or landscape hints.
2:
https://youtu.be/oDsF2eMr7mU?t=16m31s
A new movement video. As the broadcaster is moving for about half the time his screen is blurry. So he might miss some signs, get nauseous when playing for some time and it's far less enjoyable not seeing the surroundings at all times.

Not sure whether this is the best possible explanation but the difference should be visible. Maybe others can describe what they see as the problem in these videos.

Please note that this is the issue that I think every Geoguessr user is unhappy about. I do not have any videos from the people with low-end connections that say the frames taking much longer to load with the new smooth movement.

---

**mo...@gmail.com**   <mo...@gmail.com> #59                                  Jun 10, 2017 10:00AM  :

Please fix it. Geoguessr is unplayable

---

**ho...@ualberta.ca**   <ho...@ualberta.ca> #60                              Jun 11, 2017 01:37AM  :

Please address

---

**na...@gmail.com**   <na...@gmail.com> #61                                  Jun 15, 2017 11:25AM  :

#55: regarding Geoguessr

THE most common and recurring complaint from Geoguessr players (based on frequenting their user forums for the better part of two years) is that they don't like being dropped in the middle of nowhere or in areas with blurry pictures because it takes so long to find useful clues that the game becomes frustrating.

Traveling quickly while not missing clues is critical to enjoying the game and not becoming frustrated.  The blur transition further increases travel time required to find clues, and in addition makes that travel time physically painful.

The Main Problem: Screen blur is physically painful.
The nature of the Geoguessr game (outside of city maps) requires a LOT of movement.  As it was, one could travel great distances while catching clear (if brief) glimpses of one's surroundings.  Currently, it's still possible to move quickly, but now one sees a blurred screen for the vast majority of this movement time which causes eye strain, headaches and nausea.  With a slow device and/or connection, the problem compounds.  With players already complaining about travel time required to find clues, they must now additionally endure physical discomfort during that travel time.  The developers should have the option to not cause their players physical discomfort.

The Lesser Problem: Being sure not to miss clues is now more time consuming:
Since the screen is now blurry for a significant portion of play time, players are effectively given less ability per unit time to spot clues.  Certain objects seem to vanish completely during the blurred transition, including small to medium sized road signs, road mirrors, people, telephone poles and other small yet important things.  To take the most obvious/extreme example, Russia is very big, and also uses very small road markers – hardly larger than US mile markers.  Finding a tiny blue sign that reads 'M8' on a long stretch of road is crucially important and was already difficult / taxing of patience without the blur – since these signs are now completely invisible during blur, one must now choose to spend more time waiting for each transition to complete before continuing to move.  The blur exacerbates the main problem that the developers are trying to solve, and should therefore be optional.

One other minor issue that might not be real but relates to the issue of travel time:
It seems to be more difficult for me to find the correct spot to click on in order to take a long 'leap' forward – I used to be able to 'leap' many times in a row very easily and repeatably, but it's very difficult now.  The grey highlighted circle indicating where you're pointing seems to lag more than it used to, and also seems to completely vanish during the transition, which may be a cause or symptom of this issue.

VR

I don't know what Google is currently offering in VR, but it is obvious that Street View Part 4 VR is coming (maybe already has come?). This blur transition will drown a VR app in vomit, and is destined for the waste bin.

**po...@gmail.com** <po...@gmail.com> #62    Jun 18, 2017 08:55PM

Please make it optional

**ge...@gmail.com** <ge...@gmail.com> #63    Jun 25, 2017 07:25PM

Please make the blur optional! thanks!

**po...@gmail.com** <po...@gmail.com> #64    Jul 22, 2017 11:18AM

I find the new streetview to be much worse. I don't play geoguessr but after reading all this, I tried it and can see how it has totally ruined their game. Too bad. It looks fun and maybe I would have enjoyed spending some time with it. But I have to plan lots of road trips and it helps to know exactly where I'm going. I use streetview to help me load waypoints into my GPS. The process takes longer now, and it's worse if I am in a hotel with slow wifi. Cannot fathom the reason for this change...I've been dealing with it for a long time now and can see no positives.

**da...@gmail.com** <da...@gmail.com> #65    Aug 8, 2017 08:01PM

It would be nice if google can clean up the transitions from images.. Is there any new updates I should be aware of for the app we are designing would
be excellent for our users.

dave

**al...@gmail.com** <al...@gmail.com> #66    Aug 19, 2017 01:05PM

What's the status on this issue?
I am starting to get the headaches and nausea in the recent weeks and it's always when I use street view intensively.
Please will you fix it?

**sunray@google.com** <sunray@google.com>    Oct 18, 2017 03:05AM

*Reassigned to foxworth@google.com.*

**ki...@gmail.com** <ki...@gmail.com> #67    Nov 3, 2017 05:28PM

Hello,

Anything new about this request? I see a new people got assigned to it. What happened since?

Thank you for your answer.

**ol...@gmail.com** <ol...@gmail.com> #68    Jan 15, 2018 01:19PM

Any update regarding how to disable this feature?

**ki...@gmail.com** <ki...@gmail.com> #69    Feb 1, 2018 06:00AM

It would be nice to have some news... This issue got reassigned but no word from him / her yet since 3 months now.

**Fontaine Foxworth** <foxworth@google.com>    Feb 1, 2018 05:30PM

*Status: New*

**al...@gmail.com** <al...@gmail.com> #70    Feb 24, 2018 02:00PM

On February 13 the API got updated.
Why is there still no update nor an answer to this issue?

**Roberto Farina** <farinar@google.com>    Mar 19, 2018 08:22AM

*Assigned to andriyk@google.com.*

**ki...@gmail.com**   <ki...@gmail.com> #71                               Jul 6, 2018 01:51PM

Almost 2 years since this request exists, still nothing. Is Google even listening to its userbase? We could have no transition before, why is that still forced now? We're not asking for something incredible, just a simple setting to do something that was working nicely before...

---

**andriyk@google.com**   <andriyk@google.com>                             Aug 6, 2018 10:57AM

*Reassigned to bernalj@google.com.*

---

**ra...@gmail.com**   <ra...@gmail.com> #72                               Aug 10, 2018 05:50PM

Now that you raised the API cost so much you could really be doing something about this!

---

**Javier Bernal**   <bernalj@google.com>                                  Oct 30, 2018 10:53AM

*Reassigned to pyszkiewicz@google.com.*

---

**ki...@gmail.com**   <ki...@gmail.com> #73                               Jan 12, 2019 02:08PM

So after 2 years and half and many reassignments we still have no return about at least a possibility or not to have this request done. I can't understand why this is still not resolved, as the fast movement was already here at start so how that can be hard to do? Now that you filled yourselves with more money with that scandalous API price rise, made the maps less readable with the new super bright default theme and ruined many Streetview coverage all around the world after deciding to remove blue lines that went too far from the road on map (very bad idea you had since your maps are often inaccurate and you don't even pay attention to the reports we do to help), will you at one do something in the good direction? Especially for just a setting to disable the blurry transition?

Very disappointing for a big company like Google to see many bad moves and no return to the userbase. Guess that's what happens when you get too big and powerful on a market.

---

**ha...@gmail.com**   <ha...@gmail.com> #74                               Sep 30, 2019 03:30PM

Happy 37 months birthday to this bug

GOOG-KZGA-00006226