# Exhibit 59

**USPTO — UNITED STATES PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 09283413

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| NAVIGABLE TELEPRESENCE METHOD AND SYSTEM UTILIZING AN ARRAY OF CAMERAS<br>SCOTT SOROKIN, DAVID C. WORLEY, ANDREW H. WEBER | 6535226<br>Mar 18, 2003 | | 09283413<br>Apr 01, 1999 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 045312/0689 | Jan 31, 2018 | Feb 13, 2018 | 2 | 5 |

**Conveyance**
RELEASE

**Assignors**
RICK HORROW (D/B/A HORROW SPORTS VENTURES)
HORROW SPORTS VENTURES, LLC, AS ASSIGNEE OF AND SUCCESSOR-IN-INTEREST TO RICK HORROW (D/B/A HORROW SPORTS VENTURES)
RICK MERCER

**Correspondent**
S. KAREFF C/O SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
19TH FLOOR
NEW YORK, NY 10022

**Assignee**
KEWAZINGA CORP.
PO BOX 322
WILTON, CONNECTICUT 06897

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044800/0770 | Jan 10, 2018 | Jan 12, 2018 | 5 | 18 |

**Conveyance**
SECURITY AGREEMENT

**Assignors**
KEWAZINGA CORP.
K LICENSING LLC

**Correspondent**
S. KAREFF C/O SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
19TH FLOOR
NEW YORK, NY 10022

**Assignee**
WOOSTER FUNDING I, LLC
9 WEST 57TH STREET
NEW YORK, NEW YORK 10022

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037543/0583 | Jan 15, 2016 | Jan 15, 2016 | 5 | 3 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors**<br>KEWAZINGA CORP.<br>K LICENSING LLC | **Correspondent**<br>STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>IAN G. DIBERNARDO<br>NEW YORK, NY 10038 |

**Assignee**
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
IAN G. DIBERNARDO
NEW YORK, NEW YORK 10038

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 019617/0898 | Apr 13, 2006 | Jul 31, 2007 | 2 | 3 |

**Conveyance**
LIEN (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors**<br>KEWAZINGA CORP. | **Correspondent**<br>JOEL S. STUTTMAN, P.C.<br>303 OLD TARRYTOWN RD<br>WHITE PLAINS, NEW YORK 10603 |

**Assignee**
HORROW, RICK DBA HORROW SPORTS VENTURES
303 OLD TARRYTOWN RD
C/O JOEL S. STUTTMAN, P.C.
WHITE PLAINS, NEW YORK 10603

HORROW SPORTS VENTURES, LLC
303 OLD TARRYTOWN ROAD
C/O JOEL S. STUTTMAN, P.C.
WHITE PLAINS, NEW YORK 10603

MERCER, RICK
303 OLD TARRYTOWN ROAD
C/O JOEL S. STUTTMAN, P.C.
WHITE PLAINS, NEW YORK 10603

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 011126/0825 | May 12, 2000 | Sep 06, 2000 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors**<br>SOROKIN, SCOTT<br>WEBER, ANDREW H.<br>WORLEY, DAVID C. | **Correspondent**<br>STROOCK & STROOCK & LAVAN LLP<br>IAN G. DIBERNARDO<br>180 MAIDEN LANE<br>NEW YORK, NEW YORK 10038 |

**Assignee**
KEWAZINGA CORP.

191 POST ROAD WEST
WESTPORT, CONNECTICUT 06880