# Exhibit 60


UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 14505208

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| NAVIGABLE TELEPRESENCE METHOD AND SYSTEM | 9055234 | 20150015660 | 14505208 | | |
| Andrew H. Weber, Scott Sorokin, David C. Worley | Jun 09, 2015 | Jan 15, 2015 | Oct 02, 2014 | | |

## Assignments (3 of 3 total)

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044800/0770 | Jan 10, 2018 | Jan 12, 2018 | 5 | 18 |

**Conveyance**
SECURITY AGREEMENT

**Assignors**
KEWAZINGA CORP.
K LICENSING LLC

**Correspondent**
S. KAREFF C/O SCHULTE ROTH &
ZABEL LLP
919 THIRD AVENUE
19TH FLOOR
NEW YORK, NY 10022

**Assignee**
WOOSTER FUNDING I, LLC
9 WEST 57TH STREET
NEW YORK, NEW YORK 10022

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037543/0583 | Jan 15, 2016 | Jan 15, 2016 | 5 | 3 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
KEWAZINGA CORP.
K LICENSING LLC

**Correspondent**
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
IAN G. DIBERNARDO
NEW YORK, NY 10038

**Assignee**
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
IAN G. DIBERNARDO
NEW YORK, NEW YORK 10038

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 045524/0708 | May 12, 2000 | Apr 12, 2018 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SOROKIN, SCOTT

**Correspondent**
STROOCK & STROOCK & LAVAN LLP

KEWAZINGA-G-0000156

WEBER, ANDREW H.
WORLEY, DAVID C.

180 MAIDEN LANE
NEW YORK, NY 10038

**Assignee**
KEWAZINGA CORP.
191 POST ROAD WEST
WESTPORT, CONNECTICUT 06880

KEWAZINGA-G-0000157