# Exhibit 61



US009055234B2

## (12) United States Patent
### Weber et al.

(10) Patent No.: **US 9,055,234 B2**
(45) Date of Patent: *Jun. 9, 2015

(54) **NAVIGABLE TELEPRESENCE METHOD AND SYSTEM**

(71) Applicant: **Kewazinga Corp.**, Wilton, CT (US)

(72) Inventors: **Andrew H. Weber**, New York, NY (US); **Scott Sorokin**, New York, NY (US); **David C. Worley**, Wilton, CT (US)

(73) Assignee: **KEWAZINGA CORP.**, Wilton, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/505,208**

(22) Filed: **Oct. 2, 2014**

(65) **Prior Publication Data**
US 2015/0015660 A1    Jan. 15, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/949,132, filed on Jul. 23, 2013, which is a continuation of application No. 12/610,188, filed on Oct. 30, 2009, now abandoned, which is a continuation of application No.

(Continued)

(51) **Int. Cl.**
*G06F 3/048* (2013.01)
*H04N 5/265* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ *H04N 5/265* (2013.01); *G06F 3/04815* (2013.01); *G03B 37/04* (2013.01); *H04N 5/2259* (2013.01); *H04N 5/2627* (2013.01); *H04N 7/181* (2013.01); *H04N 7/185* (2013.01); *H04N 13/0051* (2013.01); *H04N 13/0055* (2013.01); *H04N 13/0059* (2013.01); *H04N 13/0239* (2013.01); *H04N 13/0242* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... G06F 3/04815; G06F 3/011; H04N 5/2259; H04N 7/181; H04N 13/0059; H04N 5/262
USPC ................................. 715/850–852; 348/14.03
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,559,707 A   9/1996  DeLorme et al.
5,802,492 A   9/1998  DeLorme et al.
(Continued)

OTHER PUBLICATIONS

Declaration of Marilyn McSweeney and Exhibits, from *Walker Digital LLC vs. Google, Inc., et al.*, Civil Action No. 11-cv-309-SLR (D. Mass.), Docket Entry 330.

(Continued)

*Primary Examiner* — Tadeese Hailu
(74) *Attorney, Agent, or Firm* — Stroock & Stroock & Lavan LLP

(57) **ABSTRACT**

Methods and systems permit one or more users to navigate through imagery of an environment. The system may include a first user interface device having first user inputs associated with first movement through the environment and a second user interface device having second user inputs associated with a second movement through the environment. Thus, a first user and a second user are able to navigate simultaneously and independently. In certain embodiments the system processes imagery of the environment to smooth user navigation through the environment.

**30 Claims, 13 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 10-04-2018

US 9,055,234 B2

Page 2

### Related U.S. Application Data

11/359,233, filed on Feb. 21, 2006, now Pat. No. 7,613,999, which is a continuation of application No. 10/308,230, filed on Dec. 2, 2002, now abandoned, which is a continuation of application No. 09/419,274, filed on Oct. 15, 1999, now Pat. No. 6,522,325, which is a continuation-in-part of application No. 09/283,413, filed on Apr. 1, 1999, now Pat. No. 6,535,226.

(60) Provisional application No. 60/080,413, filed on Apr. 2, 1998.

(51) Int. Cl.

| | |
|---|---|
| G06F 3/0481 | (2013.01) |
| G03B 37/04 | (2006.01) |
| H04N 5/225 | (2006.01) |
| H04N 5/262 | (2006.01) |
| H04N 7/18 | (2006.01) |
| H04N 13/00 | (2006.01) |
| H04N 13/02 | (2006.01) |
| G06F 3/01 | (2006.01) |
| H04N 7/14 | (2006.01) |
| H04N 7/15 | (2006.01) |

(52) U.S. Cl.
CPC ........ *H04N13/0246* (2013.01); *H04N 13/0296* (2013.01); *G06F 3/011* (2013.01); *H04N 5/262* (2013.01); *H04N 7/142* (2013.01); *H04N 5/2624* (2013.01); *H04N 7/15* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,926,118 A | 7/1999 | Hayashida et al. |
| 6,195,122 B1 | 2/2001 | Vincent |
| 6,282,362 B1 | 8/2001 | Murphy et al. |

OTHER PUBLICATIONS

Excerpts from the Deposition of Michael Naimark from *Walker Digital LLC vs. Google, Inc., et al.*, Civil Action No. 11-cv-309-SLR (D. Mass.), Docket Entry 330.

The Rand McNally Photo-Auto Guide, Chicago to Milwaukee, Milwaukee to Chicago, Rand McNally & Company (1909).

Robert Mohl, "Cognitive Space in the Interactive Movie Map: An Investigation of Spatial Learning in Virtual Environments," pp. 1-226, Massachusetts Institute of Technology, Cambridge, MA.

Andrew Lippmann, "Movie-Maps: An application of the Optical Videodisc to Computer Graphics", pp. 32-42, Massachusetts Institute of Technology, Cambridge, MA.

Steven Yelick, Anamorphic Image Processing, Massachusetts Institute of Technology, Cambridge, MA.

The Interactive Movie Map, A Surrogate Travel System, Massachusetts Institute of Technology, Cambridge, MA; Video available at http://www.youtube.com/watch?v=Hf6LkqgXPMU.

The Interactive Movie Map, A Surrogate Travel System, Massachusetts Institute of Technology, Cambridge, MA; Video available at http://www.youtube.com/watch?v=w18MyqszlYc.

Video available at https://www.youtube.com/watch?v=X50j4S_x2Cc.

Copy provided by USPTO from the PIRS Image Database on 10-04-2018

KEWAZINGA-G-0000059