# Exhibit 62



# Google backs street-imaging project



TECHNOLOGY  10 June 2005

By **Will Knight**

Having mapped the farthest corners of the internet, search-engine giant Google appears to be turning its attention to the "real world", funding a project to scan the streets of San Francisco.

Researchers behind Stanford University's CityBlock Project have developed a technique for creating realistic and panoramic street-level images using a combination of vehicle-mounted laser range-finding equipment and video cameras.

"We have been building technology for digitising commercial city blocks from sideways-looking video taken from a vehicle driving down the street," writes Stanford researcher Marc Levoy on the project's homepage. "Possible applications include in-car navigation, online route visualisation, and web-based tourism."

Google declined requests to comment on the project, but some experts see it as a natural extension of the company's existing services.

Advertisement

For example, Google already lets users search by geographical criteria and provides searchable maps of North America and the UK, as well as satellite imagery. Danny Sullivan, editor of SearchEngineWatch.com, says street-level photography could fit nicely into this location-based search strategy. "There's a lot of interest in mapping," he says. "And a lot of information can be more easily visualised in maps."

In January 2005, a search engine called A9 owned by Amazon launched a similar service, combining street-level still images with search results.

The Google-funded project could potentially capture continuous images of a neighbourhood. However, Sullivan points out that the Stanford project is still at a very early stage of development. "Google might not even know what it wants to do with the technology yet," he told **New Scientist**.

| TRENDING | LATEST | VIDEO | FREE |
|---|---|---|---|
| Coronavirus vaccine hope rises after a flurry of positive results | | | 1 |
| Coronavirus: Second wave hits Asia as global cases continue to soar | | | 2 |
| Watch a beam of light bounce off mirrors in ultra-slow motion | | | 3 |
| Is running or walking better for you? Here's what the science says | | | 4 |
| Birdwatching AI can recognise individual birds from behind | | | 5 |





SUBSCRIBE

VIEW IN THE APP

BUY IN PRINT





PROMOTED STORIES



**The Cost of Storage Units in Ashburn Might Surprise You! Research Affordable Self Storage**
Yahoo! Search



**Read This Before You Renew Amazon Prime Again**
Wikibuy



**[It's True] Man Who Predicted Trump Win Makes Surprising New Prediction**
betterlyfe.news



**[Pics] Wrap A Rubber Band Around Your Door Handles, Watch What Happens**
Livestly

Recommended by Outbrain

## Sign up to our newsletters

Enter your email address to get started

Your email

**SIGN UP**

Contact us | Coronavirus: customer update | Help | About us | Privacy & cookies | Cookie preferences | Terms & conditions

Advertise | Write for us | Events | Science jobs | Syndication | RSS feeds

Gift subscriptions | Student subscriptions | Educational subscriptions | Corporate subscriptions

**GET THE APP**　　　　　　　　　　　　**FOLLOW US**

 



© Copyright New Scientist Ltd.



Back to top