# Exhibit 63

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____10/1/2018_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SEUGNE BOTHA,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :
         -v-                                              :
                                                          :
                                                          :      **ORDER**
                                                          :
APPLE INC, AMAZON, INC., SPOTIFY, INC.,                   :
GOOGLE INC, MICROSOFT, INC., DEEZER,                      :      18-CV-6840 (GBD) (JLC)
INC., SHAZAM MEDIA SERVICES, INC.,                        :
MEDIANET, INC., CD UNIVERSE, INC.,                        :
SAAVN, LLC, MUSIXMATCH US                                 :
CORPORATION, ALIBABA GROUP (U.S.) INC., :
and ORCHARD ENTERPRISES NY, INC.,                         :
                                                          :
                              Defendants.                 :
--------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a settlement conference on September 28, 2018 at which plaintiff reached

a settlement with all defendants except for defendant Musixmatch US Corporation, which is

currently in default.  Plaintiff is directed to submit a letter to the Court by **October 31, 2018**

reporting on the status of her claims against Musixmatch US Corporation, and how she wishes to

proceed as to these remaining claims.

         **SO ORDERED.**

Dated: October 1, 2018
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge