# Exhibit 64



Kewazinga / Visage HD – Confidential

# Strategic Plan

January 2006

**kewazinga**

## Patents

Kewazinga / Visage HD

- **Foundational Patent**
  - Capture, Processing and Playback
  - Multiple simultaneously-running video cameras
  - Navigation
  - Progressively different perspectives of the "environment"

- **Tweening Patent**
  - Tweening and other in-between methods

- **Patent and Continuation Claims Priority date in April 1998**

Confidential – Not for dissemination

CONFIDENTIAL

KEWAZINGA-G-0003002