# Exhibit 66

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEWAZINGA CORP. & K LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GOOGLE, INC., ) <br> ) <br> Defendants. ) | C.A. No. 13-938-GMS |

## ORDER

WHEREAS, Defendant Google Inc. having moved to dismiss this action pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure because Plaintiffs Kewazinga Corp. and K Licensing LLC have failed to effect service within 120 days of filing the complaint; and

WHEREAS, the Court having considered the motion, the arguments in support, and there being no opposition thereto;

NOW, THEREFORE, this 14th day of Nov., 2013, it is hereby ordered that the motion is GRANTED. This action is hereby DISMISSED.

THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT CHIEF JUDGE

RLF1 9279700v.1

KEWAZINGA-G-0003542