Message

| | |
|---|---|
| **From:** | Andy Weber [ahweber@bellatlantic.net] |
| **Sent:** | 7/24/2008 2:23:10 PM |
| **To:** | David C. Worley [david.worley@mindspring.com]; Len Smalheiser [blabla123@usa.net] |
| **Subject:** | Fwd: Vision for Internet Advertising |
| **Attachments:** | Vision for Internet Advertising.pdf; ATT00547.htm; Kewazinga bckgd for Google Advertising.pdf; ATT00550.htm; _AVG certification_.txt |

Dave and Lenny,

FYI, sent this out to Tim Armstrong at Google this morning

andy

Begin forwarded message:

**From:** Andy Weber <ahweber@bellatlantic.net>
**Date:** July 24, 2008 10:16:21 AM EDT
**To:** Tim Armstrong <tim@google.com>, Tim Armstrong <tarmstrong@google.com>
**Subject: Vision for Internet Advertising**

To Tim Armstrong
President, Google Advertising and Commerce, North America

Dear Tim,

I wanted to put a new vision of Internet video and advertising in front of you, one that pivots around a patented video technology, **Navigable Video,** that our company, **Kewazinga**, is developing. It should be of interest to you on many levels, since it can address some of the problems that both conventional video and video advertising are encountering on the Web � specifically, of being a linear medium in a non-linear environment. This is particularly debilitating in the context of social networking, where users can only reference and talk about video streams from the outside and advertisers are relegated to the sidelines or must impose annoying pre-roll toll gates on users.

What our tech will do is enable users to step inside the video to move around, controlling their own spatial paths (in tandem with their friends) as the action unfolds; and advertisers will be able to spatially extend that video space in ways that enrich it and provide natural transitions to entertaining, advertising-based user experiences along the whole content time-line, thereby obviating pre-rolls. Thus, it will help fuse social-networking, entertainment, advertising and commerce into compelling, dynamic and immersive user experiences that will extend through and beyond the content experience. And it will change the way users interact with each other and the world at large, delivering a kind of Internet video environment that will be far more engaging.�

After very successfully proving a subset of our system in high-profile commercial broadcast venues between 1998 and 2002, our company closed its doors to wait for maturing technologies and the general infrastructure to catch up.��We feel that time has come.�Our immediate purpose now is to build a coalition of interest that would provide the basis for our next generation funding and, perhaps, set the stage for mutually beneficial strategic relationships. Our aim is to solidify a long-term relationship with a strategic partner in the near term, and to effect a paradigm change in the largest possible arena.

Please note:�our website has not been updated for a number of years (we have been in submarine mode) and the enormously oversized analog prototype system evidenced on those pages does not at all represent our current vision, nor will it point you to the radically miniaturized, snap-together Ethernet topology we expect to deploy. Assuming you do access Kewazinga.com with its numerous dead links, it�s important that you know we�re in a very different place now.�

Attached are two pdf documents: The short one is a vision piece and overview, the larger doc is a background piece with more information about who we are and where we've been.

Google�s need to grow its advertising base in ways that yield increasing fulfillment, as well as its move into the video space with *YouTube*, its recent venture into the virtual world/social networking realm with *Lively*, and its continued expansion of *GoogleEarth* features and mashups, could all intersect profitably with our technology as it develops.

If this is of interest, I�d love to start a dialogue with you:)

�

Warmest regards,

Andy Weber

Vice Chairman, Kewazinga Corp

CONFIDENTIAL
KEWAZINGA-G-0002938