# Exhibit 9

## CHRIS SACCA, THE GOOGLE VISIONARY WHO LEFT EVERYTHING BEHIND



Chris Sacca, one of the most successful businesspeople in the United States. Photo: Getty Images.

*Chris Sacca has a nose for successful businesses, and his name and money are behind many of the startups dominating Silicon Valley today: he drove Google Maps, and was the first to bet on Twitter and Uber... without even knowing the first thing about programming. Now as one of the most important financial gurus in the United States, he has decided to leave everything behind.*

By: VÍCTOR GODED

A few days before the worst attack in the history of the United States, the universally televised attack on the Twin Towers in New York, **Chris Sacca** found himself dealing with

another piece of **bad news:** a call from the human resources department of his company informed him that **he was being let go.** The **year 2001** was in full swing, and he had **lost his job as an attorney** at the law firm Fenwick & West.

Sacca left the firm like one who had not been planning to leave his job: he was sad and the door had closed behind him, without a single promise for a future call, and not even a "let's have coffee when you're in the area." The truth was, he didn't actually miss it. Over the previous year at the law firm **he had sowed the seeds of relationships with interesting companies** thanks to his work as the head of licensing transactions for **technology** clients. And now was the time to explore them.

Chris Sacca (New York, 1975) **was an attorney, yes. And a good one.** But he wasn't your run-of-the-mill attorney: he saw beyond the rules, paperwork, articles, and jurisprudence. Being let go opened his eyes, and in **the months following 9-11 he turned things around by going to every *networking* event possible**, drafting contracts not even worth 50 dollars, and performing the most diverse roles as a freelancer.

He always had his telephone in his hand and **had no compunction about dialing the telephone number of any higher-up** who appeared on the **Forbes list** so that they could talk. It was when the **dotcom bubble had burst**, and no one answered his calls. Eventually **he landed at one of the largest digital media distribution** companies on the planet, **Speedera Networks.** And he had the privilege of being the head of its legal and operating development before it was acquired by it largest competitor, Akamai Technologies.

All of this drive that led him to put his head down at Speedera Networks, and the value of hard work, he had learned at home, where his parents had taught him that life isn't a bed of roses. During his youth, **his parents organized a sweet and sour summer**, which consisted of passing **half** of his summer vacation doing **fun activities**, and the other **half** doing **arduous tasks**, without a moment of free time.

Additionally, **his family invested heavily in his education.** Chris remembers the days when his parents would come to his elementary school before the school day was even over so they could take him to a science museum, or to a book reading. All of this paternal attention bore fruit during his university days, when **he graduated *cum laude* from Georgetown Law**, after a few semesters of trotting around the world, going to Universidad Católica del Ecuador, University College Cork (Ireland), and Universidad Complutense de Madrid.

## A visionary at Google

The real change to the script of his career came in **2003**, when **Larry Page hired him on at Google**, which at that time was already the most important company in Silicon Valley. His

job was to **find places with low taxes** and cheap electricity rates, where it would be profitable for the multinational to build new data centers. It was as if he were scouting out locations for a Hollywood production.

**The film was his rise up through the company.** He didn't waste a moment, and turned the opportunity into a launching pad, until he became the **Director of Special Initiatives**, from where he **managed the brand's most innovative and visionary** projects, such as Google Earth, Google VoIP, and Google Maps. Susan Wojcicki, currently the executive director of *YouTube* and his boss at the time, defined him like this: "He is always moving towards new and interesting ideas, focusing on the next big challenge." These arguments were good enough to help him win the *Founders Award*, which is the highest honor a Google employee can receive.

However, **Sacca sought to use his genius to his own benefit.** In December **2007, he left Google** – this time through the front door – to set up shop for himself. His undertaking was called Lowercase Capital, and its purpose was **to finance startups** with venture capital. The only thing he had were funds, so he felt obligated to get involved in the businesses to make sure that he would recover his investment.

**A call from a kid named Evan Williams launched him into the stratosphere.** Williams contacted Sacca because he wanted financing for a *microblogging* **idea.** Sacca wrote him a check for 25,000 dollars. Intrigued by how this **new social network** functioned, he wrote about an automobile accident, sure that it was a private message. His innocent gesture is considered to be one of the first public errors on **Twitter.**

Against the backdrop of the worst economic crisis in history, Sacca emerged as the lifeboat for small, adventurous entrepreneurs. His reputation in the sector took on mythical status when he kept the faith in his friends Garrett Camp and Travis Kalanick. **During a brainstorming session** they told him about the **possibility** of creating **an app to reserve black cars** that would take users all over the city of San Francisco. Among the laughter of those at the meeting, he made his own statement: **"You can count on me." Uber now operates in 507 cities** all over the world.

## Chris Sacca: "I've grown quickly because I've never had to protect a large company."

*Instagram, Omnity, MakeSpace, and Gumroad* followed… and it was Chris Sacca who got them going. That got him excited to participate first as a guest, and later as a regular

collaborator, on the American television reality show *Shark Tank.* However, **it seems that the spotlights ended up blinding him.**

At the pinnacle, **considered** by *The Wall Street Journal* as **"possibly the most important businessman in America,"** and in the number two position on *Forbes'* Midas List in technology, he has finally said "enough." **"It is difficult to leave all this when things are going so well."**

His **withdrawal from the top** is the last chapter in a story of unparalleled success. He has never studied business administration or engineering. His **trick** is to **choose his traveling companions well**, to console them when they are down, and to convince them if they are worried about the risks: **"I have never had to protect a large institution.** That has made me grow more quickly than other large investors."

Now **he can spend more time with his family**, get his adrenaline fix in the snow, sea, and air, train for an *Ironman*, **or look for another, riskier challenge.** Riding across the United States on a bicycle, like he did in 2009, no longer holds any interest for him.

### *YES, HE CAN*

To get to the White House in 2008, former President Barack Obama surrounded himself with a highly qualified team. And Chris Sacca headed his digital media plan. The formula worked so well that they joined forces again for the 2012 elections. At that time, Sacca was a member of the campaign's National Finance Committee, and co-president of Obama's tech group. A dedicated Democrat, he also supported the candidature of Hillary Clinton, and he does not hide his anti-Trump sentiments. He is also involved in humanitarian causes, such as access to water, the creation of public parks in low-income neighborhoods, and gender and race equality.

### *KOBE BRYANT AND THE HEAVENS*

When Kobe Bryant retired from the NBA he wanted to get involved in the world of finance. So he contacted Chris Sacca. In the beginning the financial guru wasn't interested, but the former player kept calling him at all hours of the day, to the point where Sacca's wife asked him if he was having an affair. In the end, they collaborated on a project. "What should we call it? Mamba or something like that?" Sacca asked Bryant. "No. I want to call it '13.' Do you know why? Because I haven't forgotten that during the NBA draft, there were two assholes who were selected before I was."

**1.1 billion dollars** is, according to Forbes, the estimated fortune of Chris Sacca, which places him second on the Midas list of the richest in technology.

**92 startups** in which Sacca still has investments. Along the way he has sold his stakes in 45, among them *Twitter* and *Instagram.*

**4% is the percentage** that Lowercase Capital owns in *Uber*. Keeping this percentage has cost him his friendship with Travis Kalanick.



## Certification of Accuracy of Translation

**Sun IP Project # 20-1934**

**Spanish to English translation of "Chris Sacca Article.pdf"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

July 29, 2020

*Alex Dockery*

**PROJECT MANAGER**

(HTTPS://WWW.CODIGOUNICO.COM)

Inicio (https://www.codigounico.com) » Business Class (https://www.codigounico.com/business-class) » Chris Sacca, el visionario de Google que lo dejó todo

# CHRIS SACCA, EL VISIONARIO DE GOOGLE QUE LO DEJÓ TODO



1 de 5    Chris Sacca, uno de los empresarios de mayor éxito de Estados Unidos. Foto: Getty Images.

 [(mailto:?subject=Desde Código Único: Chris Sacca, el visionario de Google que](http://www.codigounico.com/share?text=Chris+Sacca%2C+el+visionario+de+Google+que+lo+dej%C3%B3+todo&url=https%3A%2F%2Fwww.codigounico.com%2Fbusiness-class%2Fchris-sacca-visionario-google.html%3Butm_campaign%3Drss-induccion%26utm_medium%3Dsocial%26utm_source%3Drss%26utm_term%3Dnoticia%26ns_fee%3D0)

[(https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.codigounico.com%2Fbusiness-class%2Fchris-sacca-visionario-google.html%3Butm_campaign%3Drss-induccion%26utm_medium%3Dsocial%26utm_source%3Drss%26utm_term%3Dnoticia%26ns_fee%3D0)

[(https://twitter.com/share?text=Chris+Sacca%2C+el+visionario+de+Google+que+lo+dej%C3%B3+todo&url=https%3A%2F%2Fwww.codigounico.com%2Fbusiness-class%2Fchris-sacca-visionario-google.html%3Butm_campaign%3Drss-induccion%26utm_medium%3Dsocial%26utm_source%3Dlinkedin%26utm_term%3Dnoticia%26ns_fee%3D0)

> Chris Sacca tiene olfato para los negocios de éxito, y su nombre y su dinero están detrás de muchas de las startups que hoy dominan Silicon Valley: impulsó Google Maps y fue el primero que apostó por Twitter o Uber… y eso sin saber nada de programación. Ahora, convertido en uno de los mayores gurús financieros de EE.UU., ha decidido dejarlo todo.

Por **VÍCTOR GODED** [(https://twitter.com/goded19?lang=es)](https://twitter.com/goded19?lang=es)

Pocos días antes del mayor atentado que los Estados Unidos han sufrido en su historia, el universalmente televisado ataque a las Torres Gemelas de Nueva York, **Chris Sacca** se encontró con otra **mala noticia**: una llamada del departamento de recursos humanos de su empresa le anunciaba que **estaba despedido**. Corría el **año 2001** y había **perdido su trabajo como abogado** en el bufete Fenwick & West.

Sacca se marchó de allí como salen quienes no anhelan dejar su puesto, triste y por la puerta de atrás, sin una sola promesa de una futura llamada ni un «tomamos un café cuando estés por la zona». En realidad, tampoco le hacía falta. Durante el último año, en el bufete, **había sembrado relaciones con interesantes empresas** gracias a su trabajo como encargado de transacciones de licenciamiento para clientes de **tecnología**. Y era el momento de exprimirlas.

Chris Sacca (Nueva York, 1975) **era abogado, sí. Y de los buenos**. Pero no era un letrado al uso: él veía más allá de normas, papeleos, artículos, jurisprudencia. El despido le abrió los ojos y **los meses posteriores al 11-S los invirtió asistiendo a todos los eventos de _networking_ [(https://www.codigounico.com/business-class/cipri-quintas-importante-dar-sin-esperar.html)](https://www.codigounico.com/business-class/cipri-quintas-importante-dar-sin-esperar.html) posibles**, redactando borradores de contratos que no alcanzaban los 50 dólares y desempeñando las tareas más diversas como _freelance_.

Siempre estaba con el teléfono en la mano y **no tenía reparo en marcar el número de cualquier alto cargo** que saliese en la **lista Forbes** para que le fichara. Era la época del **estallido de las _puntocom_** y nadie contestaba a sus llamadas. Finalmente **aterrizó en una de las compañías de distribución** de medios digitales **más grandes** del planeta, **Speedera Networks**. Y tuvo el privilegio de ser el último responsable de su desarrollo legal y operativo antes de ser adquirida por su máximo competidor, Akamai Technologies.

Todo ese ímpetu que le sirvió para meter la cabeza en Speedera Networks y el valor del esfuerzo los aprendió en casa, donde sus padres le inculcaron que la vida no es un camino de rosas. Durante su juventud, **sus padres le organizaban unos veranos _sweet and sour_**, que consistían en pasar la **mitad** de las vacaciones con **actividades divertidas** y la otra **mitad** dedicada a **arduas tareas** sin una pizca de ocio.

Ademas, **su familia se aplicó a fondo en su educación**. Chris guarda en su recuerdo los días en que sus progenitores se presentaban en el colegio sin que hubiera acabado aún la jornada escolar para llevarle a un museo de ciencias o para acudir a una presentación de un libro. Toda esa siembra paterna dio sus frutos en la época universitaria, cuando **se licenció _cum laude_ en Derecho en Georgetown** después de unos semestres de trotamundos

por la Universidad Católica de Ecuador, la University College Cork (Irlanda) y la Universidad Complutense de Madrid.

## Un visionario en Google

El giro de guión definitivo a su carrera aconteció **en 2003**, cuando **Larry Page le incorporó a** *Google*, que por aquel entonces ya era la empresa más importante de Silicon Valley. Su función consistía en **buscar zonas con bajos impuestos** y un coste eléctrico barato donde fuera rentable levantar los nuevos centros de datos de la multinacional. Es decir, como si buscara localizaciones para una producción de Hollywood.

**De película fue su ascenso dentro de la firma**. No desperdició el momento y convirtió la oportunidad en una rampa de lanzamiento hasta enfundarse el traje de **director de Iniciativas Especiales**, desde donde **manejó los proyectos más innovadores** y visionarios de la marca, como Google Earth, Google VoIP y Google Maps. Susan Wojcicki, actual directora ejecutiva de *YouTube* y en su época su jefa, le definió así: «Se mueve siempre hacia nuevas ideas interesantes, fijando el próximo gran reto». Unos argumentos que le valieron para auparse con el *Founders Award*, el honor más alto que puede recibir un empleado de Google.

Sin embargo, **Sacca buscó utilizar su genio en beneficio propio**. En diciembre de **2007 se fue de Google** —esta vez, por la puerta grande— para montárselo por su cuenta. Su órdago se llamó Lowercase Capital y **buscaba financiar** *startups* con capital de riesgo. Apenas tenía fondos, por lo que se veía obligado a involucrarse en los negocios para asegurarse de que recuperaría su inversión.

**La llamada de un chaval, Evan Williams, le lanzó al estrellato**. Contactó con él porque quería financiación para **una idea de** *microblogging*. Sacca le extendió un cheque de 25.000 dólares. Intrigado por cómo funcionaba esa **nueva red social**, escribió sobre un accidente automovilístico convencido de que se trataba de un mensaje privado. Su inocente gesto se considera uno de los primeros errores públicos en **Twitter**.

Ante la mayor crisis económica de la historia, Sacca se alzó como el bote salvavidas para las pequeñas aventuras empresariales. Su reputación en el sector pasó al estatus de mito cuando mantuvo la fe en sus amigos Garrett Camp y Travis Kalanick. **Durante una lluvia de ideas** le contaron la **posibilidad** de montar **una aplicación para reservar coches negros** que llevaran a los usuarios por la ciudad de San Francisco. Entre las risas del resto de presentes se impuso su determinación: **«Contad conmigo». En la actualidad, Uber funciona en 507 ciudades** de todo el mundo.

> *Chris Sacca: «He crecido rápido porque nunca he tenido que proteger una gran empresa»*

Le siguieron *Instagram*, *Omnity*, *MakeSpace*, *Gumroad*... A Chris Sacca le iba la marcha. Por eso se animó a participar primero como invitado y luego como colaborador habitual en el reality de la televisión americana *Shark Tank*. No obstante, **parece que los focos han terminado por cegarle**.

En la cima, **considerado** por *The Wall Street Journal* como **«posiblemente el hombre de negocios más importante de América»** y posicionado como número dos en la Lista Midas de *Forbes* en tecnología, acaba de decir «basta» en alto: **«Es difícil dejar todo esto cuando las cosas van tan bien»**.

Su **retirada de la primera línea** es el último capítulo de una historia de éxito inédita. Nunca ha estudiado empresariales ni ingeniería. Su **truco** radica en **escoger bien a sus compañeros de viaje**, consolarlos cuando están decaídos y convencerles si desconfían de los riesgos: **«Nunca he sentido que tenga que proteger una gran institución**. Eso me ha hecho crecer más rápido que otros grandes inversores».

Ahora **podrá dedicarle más tiempo a su familia**, descargar adrenalina en nieve, mar y aire, prepararse el *ironman* **o buscar otro desafío** más arriesgado. Recorrer Estados Unidos en bicicleta, como hizo en 2009, se le ha quedado obsoleto.

### YES, HE CAN

Para llegar a la Casa Blanca en 2008, el expresidente Barack Obama se rodeó de un equipo altamente cualificado. Y al frente de su plan de medios digitales estaba Chris Sacca. La fórmula funcionó tan bien que volvieron a juntarse para las elecciones de 2012. En esa ocasión, Sacca fue miembro del Comité Nacional de Finanzas de la campaña y copresidente del grupo Tech for Obama. Demócrata convencido, también apoyó la candidatura de Hillary Clinton y no oculta su sentimiento antiTrump. También está involucrado en causas humanitarias como el acceso al agua, la creación de parques públicos en barrios con bajos ingresos o la igualdad de género y razas.

### KOBE BRYANT Y LOS CELOS

Cuando Kobe Bryant se retiró de la NBA quiso meterse en el mundo de las finanzas. Para eso contactó con Chris Sacca. Al principio, el gurú no estaba por la labor, pero el exjugador le llamaba a todas horas, hasta el punto de que la mujer de Sacca llegó a preguntarle si tenían un affaire. Al final colaboraron en un proyecto. «¿Cómo deberíamos llamarlo? ¿Mamba o algo similar?», preguntó Sacca a Bryant. «No. Quiero llamarlo '13'. ¿Sabes por qué? Porque no he olvidado que en su momento seleccionaron a doce cabrones antes que a mí en el draft de la NBA».

**millones de dólares** es, según Forbes, la fortuna estimada de Chris Sacca, lo que le coloca en la segunda posición en la lista Midas de los más ricos en tecnología.

# 1.100

# 92

son las *startups* en las que aún tiene inversiones Sacca. Por el camino ha vendido sus participaciones en 45, entre ellas *Twitter* e *Instagram*.

# 4 %

**es el porcentaje** que Lowercase Capital posee de *Uber*. Mantener este porcentaje le ha costado la amistad con Travis Kalanick.

[Nasser Al Khelaifi, el jeque de los fichajes de oro (https://www.codigounico.com/business-class/nasser-al-khelaifi-fortuna-catar-psg.html)](https://www.codigounico.com/business-class/nasser-al-khelaifi-fortuna-catar-psg.html)

ALTA GAMA (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/ALTA-GAMA)

CHRIS SACCA (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/CHRIS-SACCA)

EMPRESA (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/EMPRESA)

GOOGLE (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/GOOGLE)

MILLONARIOS (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/MILLONARIOS)

NEGOCIOS (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/NEGOCIOS)

NETWORKING (HTTPS://WWW.CODIGOUNICO.COM/TOPICS/NETWORKING)

✉ (mailto:?subject=Desde Código Único: Chris Sacca, el visionario de Google que lo dejó todo)

que (https://twitter.com/share?...) (https://www.facebook.com/sharer/sharer.php?...)

ARTÍCULO ANTERIOR (HTTPS://WWW.CODIGOUNICO.COM/BUSINESS-CLASS/ABU-DHABI-LUJO-ARABE-UNA-METROPOLIS.HTML)
**ABU DHABI: TODO EL LUJO ÁRABE EN UNA METRÓPOLIS (HTTPS://WWW.CODIGOUNICO.COM/BUSINESS-CLASS/ABU-DHABI-LUJO-ARABE-UNA-METROPOLIS.HTML)**

ARTÍCULO SIGUIENTE (HTTPS://WWW.CODIGOUNICO.COM/ESTILO/COMPLEMENTOS/COMPLEMENTOS-EN-BANDEJA.HTML)
**COMPLEMENTOS EN BANDEJA (HTTPS://WWW.CODIGOUNICO.COM/ESTILO/COMPLEMENTOS/COMPLEMENTOS-EN-BANDEJA.HTML)**

## ARTÍCULOS RELACIONADOS



**TAGOMAGO, LA ISLA PRIVADA DE JUSTIN BIEBER Y LAS 'CELEBRITIES'**
(HTTPS://WWW.CODIGOUNICO.COM/BUSINESS-CLASS/TAGOMAGO-LA-ISLA-PRIVADA-JUSTIN-BIEBER-LAS-CELEBRITIES.HTML)



**¿CUÁLES SON LOS 10 MUSEOS MÁS ESPECTACULARES DE EUROPA?**
(HTTPS://WWW.CODIGOUNICO.COM/PLACERES/VIAJES/10-MUSEOS-DE-EUROPA.HTML)



**8 GASTOS RIDÍCULOS DE MILLONARIOS QUE NO TE CREERÍAS**
(HTTPS://WWW.CODIGOUNICO.COM/CLASE-VIP/GASTOS-RIDICULOS-MILLONARIOS.HTML)



**12 CURIOSIDADES DE MILLONARIOS NO SABÍAS**
(HTTPS://WWW.CODIGOUNICO.COM/BUSINESS-CLASS/12-CURIOSIDADES-DE-MILLONARIOS-NO-SABIAS.HTML)

## LO MÁS VISTO



(HTTPS://WWW.CODIGOUNICO.COM/VIAJES-GASTRO/VIAJAR/LAS-PLAYAS-MAS-LARGAS-DE-ESPANA.HTML)
**LAS 4 PLAYAS MÁS LARGAS DE ESPAÑA** (HTTPS://WWW.CODIGOUNICO.COM/VIAJES-GASTRO/VIAJAR/LAS-PLAYAS-MAS-LARGAS-DE-ESPANA.HTML)



(HTTPS://WWW.CODIGOUNICO.COM/MOTOR/FOTOS-COCHES-DESGUACES-LA-TORRE-COLECCION-SUBASTA.HTML)
**A SUBASTA LA IMPRESIONANTE COLECCIÓN DE COCHES DE DESGUACES LA TORRE** (HTTPS://WWW.CODIGOUNICO.COM/MOTOR/FOTOS-COCHES-DESGUACES-LA-TORRE-COLECCION-SUBASTA.HTML)



(HTTPS://WWW.CODIGOUNICO.COM/PLACERES/GASTRONOMIA/COCINEROS-CON-MAS-ESTRELLAS-MICHELIN.HTML)
**LOS 8 COCINEROS DEL MUNDO CON MÁS ESTRELLAS MICHELIN** (HTTPS://WWW.CODIGOUNICO.COM/PLACERES/GASTRONOMIA/COCINEROS-CON-MAS-ESTRELLAS-MICHELIN.HTML)



(HTTPS://WWW.CODIGOUNICO.COM/CLASE-VIP/LISTA-FORBES-2020-LOS-MAS-RICOS-DEL-MUNDO.HTML)
**LISTA FORBES 2020: ESTOS SON LOS MÁS RICOS DEL MUNDO** (HTTPS://WWW.CODIGOUNICO.COM/CLASE-VIP/LISTA-FORBES-2020-LOS-MAS-RICOS-DEL-MUNDO.HTML)



(HTTPS://WWW.CODIGOUNICO.COM/ESTILO/CLINT-EASTWOOD-13-MEJORES-FRASES-CINE.HTML)
**CLINT EASTWOOD: SUS 13 MEJORES FRASES EN EL CINE** (HTTPS://WWW.CODIGOUNICO.COM/ESTILO/CLINT-EASTWOOD-13-MEJORES-FRASES-CINE.HTML)

## EN OTROS MEDIOS



**DE MICHAEL FASSBENDER A JASON MOMOA (JUEGO DE TRONOS): TODOS LOS FAMOSOS A LOS QUE SE HA MEDIDO POR SU TAMAÑO (EJEM)**
(https://www.mujerhoy.com/celebrities/202006/29/famosos-tamano-pene-michael-fassbener-fotos-110649946855-ga.html)



**"… QUEDO A LA ESPERA DE UNA RESPUESTA"**
(https://www.xlsemanal.com/firmas/20200628/perez-reverte-carta-quedo-la-espera-una-respuesta.html)

(https://www.womennow.es/es/podcast/hattie-mcdaniel-lo-que-el-viento-se-llevo-racismo-actriz-afroamericana/)

## NUESTRAS REDES

(https://www.facebook.com/revistacodigounico/) (https://twitter.com/codigounico) (https://instagram.com/revistacodigounico/)

## LO ÚLTIMO



**MASCARILLAS REUTILIZABLES: ¿SON SEGURAS TRAS MÁS DE 100 USOS? (HTTPS://WWW.CODIGOUNICO.COM/SALUD-DEPORTE/SALUD/MASCARILLAS-REUTILIZABLES-100-LAVADOS-USOS-SEGURAS-COMPRAR.HTML)**



**7 LUGARES INCREÍBLES QUE LA CIENCIA NO PUEDE EXPLICAR (HTTPS://WWW.CODIGOUNICO.COM/VIAJES-GASTRO/VIAJAR/7-LUGARES-INCREIBLES-QUE-LA-CIENCIA-NO-PUEDE-EXPLICAR.HTML)**

## ⚓ ENLACES DE INTERÉS

**EJERCICIOS PARA PERDER PESO Y BARRIGA (HTTPS://WWW.CODIGOUNICO.COM/SALUD-DEPORTE/CUATRO-EJERCICIOS-PARA-PERDER-PESO-Y-BARRIGA-CUARENTENA-CORONAVIRUS.HTML)** /
**20 DESTINOS INCREÍBLES PARA VIAJAR TRAS LA CUARENTENA (HTTPS://WWW.CODIGOUNICO.COM/PLACERES/VIAJES/LUGARES-MAS-INCREIBLES-PLANETA-MARAVILLAS-NATURALES.HTML)** /
**¿CÓMO NO CONTAGIARTE DEL COVID-19 EN EL SUPERMERCADO? (HTTPS://WWW.CODIGOUNICO.COM/SALUD-DEPORTE/CORONAVIRUS-EN-SUPERMERCADO-MERCADONA-MASCARILLA-EVITAR-CONTAGIO.HTML)** /
**¿QUIÉNES SON LOS MÁS RICOS DEL MUNDO EN 2020? (HTTPS://WWW.CODIGOUNICO.COM/CLASE-VIP/LISTA-FORBES-2020-LOS-MAS-RICOS-DEL-MUNDO.HTML)** /
**BOTIQUÍN BÁSICO PARA SOBREVIVIR AL CONFINAMIENTO (HTTPS://WWW.CODIGOUNICO.COM/SALUD-DEPORTE/KIT-DE-EMERGENCIA-CUARENTENA-CORONAVIRUS-AMAZON.HTML)**

(HTTPS://WWW.CODIGOUNICO.COM)

QUIÉNES SOMOS (//WWW.CODIGOUNICO.COM/QUIENES-SOMOS) / PUBLICIDAD (//WWW.CODIGOUNICO.COM/PUBLICIDAD) / AVISO LEGAL (//WWW.CODIGOUNICO.COM/AVISO-LEGAL) / CONDICIONES DE USO (//WWW.CODIGOUNICO.COM/CONDICIONES-DE-USO) / POLÍTICA DE COOKIES () / POLÍTICA DE PRIVACIDAD (//WWW.VOCENTO.COM/POLITICA-PRIVACIDAD)