# Exhibit 21

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY