# Exhibit 22

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**