# Exhibit 41

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**