# Exhibit 45

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**