# Exhibit 55

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY