# Exhibit 56

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**