# Exhibit 57

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY