

www.desmaraisllp.com

| 230 Park Avenue | John M. Desmarais | 101 California Street |
|---|---|---|
| New York, NY 10169 | New York | San Francisco, CA 94111 |
| P: 212-351-3400 | Direct: 212-351-3420 | P: 415-573-1900 |
| F: 212-351-3401 | jdesmarais@desmaraisllp.com | F: 415-573-1901 |

August 31, 2020

**Via CM/ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
            Request for Oral Argument

Dear Judge Schofield:

    Pursuant to Your Honor's Individual Rules and Procedures § III.B.6, defendant Google LLC respectfully requests oral argument on its Motion for Summary Judgment of Equitable Estoppel (Dkt. No. 51) and plaintiff Kewazinga Corp.'s Cross-Motion for Summary Judgment of No Equitable Estoppel (Dkt. No. 75) on a date that is convenient for the Court.

    Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    */s/ John M. Desmarais*

                                    John M. Desmarais
                                    *Counsel for Google LLC*

cc:  Counsel of record (via ECF)