UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEWAZINGA CORP.,
                               Plaintiff, :   20 Civ. 1106 (LGS)

          -against-                 :       <u>ORDER</u>

GOOGLE LLC,
                             Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Patent Case Management Plan and Scheduling Order (the "Case Management Plan"), a case management conference was scheduled for December 3, 2020, at 10:40 a.m. Dkt. No. 32.

    WHEREAS, pursuant to the Court's April 16, 2020, Order, all discovery is stayed but for discovery relating to Defendant's affirmative defense of equitable estoppel and claim construction discovery as provided in paragraph 7 of the Case Management Plan. Dkt. No. 33.

    WHEREAS, pursuant to the Court's June 25, 2020, Order, discovery remains stayed but for claim discovery, pending resolution of the parties' cross-motions for summary judgment, and within one week of the Court's ruling on the cross-motions for summary judgment, the parties shall file a proposed amended case management plan and scheduling order. Dkt. No. 49. In light of the Court's stay of discovery, it is hereby

    **ORDERED** that the case management conference scheduled for December 3, 2020, is **CANCELLED**. A new case management conference will be scheduled after the resolution of the parties' cross-motions for summary judgment and after the parties have filed a proposed amended case management plan and scheduling order.

Dated: November 30, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**