IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 1:20-cv-01106-LGS |
| vs. | ) |
| | ) |
| GOOGLE LLC, | ) |
|       Defendant. | ) |

**DECLARATION OF SAUNAK K. DESAI IN SUPPORT OF
KEWAZINGA'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Saunak K. Desai, declare as follows:

1. I am an attorney in the law firm of Stroock & Stroock & Lavan LLP, attorneys for Plaintiff Kewazinga Corp. ("Kewazinga").

2. I submit this declaration in support of Kewazinga's Opening Claim Construction Brief.

3. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 9,055,234 ("the '234 patent").

4. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 6,522,325 ("the '325 patent").

5. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 6,535,226 ("the '226 patent").

6. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 5,649,032 ("the '032 patent").

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the November 16, 2020 deposition of Dr. Jeffrey Lubin.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Random House Webster's College Dictionary (1991).

9. Attached hereto as **Exhibit G** is a true and correct copy of Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 9,055,234, *Microsoft Corp. v. Kewazinga Corp.*, IPR2019-00872, Paper 8 (PTAB September 23, 2019).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2020

                                           *s/ Saunak K. Desai*
                                           Saunak K. Desai