# Exhibit F



# Random House Webster's College Dictionary

RANDOM HOUSE · NEW YORK

Copyright © 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Random House Living Dictionary Project is a trademark of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
   p.     cm.
   ISBN 0-679-40110-5; ISBN 0-679-40100-8
   1. English language—Dictionaries.
   PE1628.W55185  1990    423—dc20    90-21963

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Random House Publications are available at special discounts for corporate use, in bulk purchases of 100 copies or more for promotions or premiums. Special editions, including personalized covers and corporate imprints, can be created in large quantities for special needs. For more information, write to the Director of Special Markets, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Manufactured in the United States of America

r.o/sr

**army-navy store** to **arroba**  16

rylinae, traveling in vast swarms and preying mainly on other insects. Also called **driver ant.**

**ar′my-na′vy store′,** *n.* a retail store that sells surplus military goods.

**ar·my·worm** (är′mē wûrm′), *n.* any of the larvae of several noctuid moths, esp. *Pseudaletia unipuncta,* that often travel in large numbers over a region destroying crops. [1735–45; *Amer.*]

**Arne** (ärn), *n.* **Thomas Augustine,** 1710–78, English composer of operas.

**Arn·hem** (ärn′hem, är′nəm), *n.* a city in the central Netherlands, on the Rhine River: World War II battle 1944. 128,717.

**Arn′hem Land′** or **Arn′hem·land′,** *n.* a region in N Northern Territory, Australia: site of Aborigine reservation.

**ar·ni·ca** (är′ni kə), *n., pl.* **-cas.** any composite plant of the genus *Arnica,* having opposite leaves and yellow flower heads. [1745–55; < NL; of uncert. orig.]

**Ar·no** (är′nō), *n.* a river flowing W from central Italy to the Ligurian Sea. 140 mi. (225 km) long.

**Ar·nold** (är′nld), *n.* **1. Benedict,** 1741–1801, American general in the Revolutionary War who became a traitor. **2. Matthew,** 1822–88, English poet and literary critic. **3.** his father, **Thomas,** 1795–1842, English clergyman, educator, and historian.

**ar·oid** (ar′oid, âr′-), *adj.* **1.** belonging to the arum family. **—***n.* **2.** any plant of the arum family. [1875–80; < NL *Ar(um)* (see ARUM FAMILY) + -OID]

**a·roint** (ə roint′), *imperative verb. Obs.* begone: *Aroint thee, varlet!* [1595–1605; of uncert. orig.]

**a·ro·ma** (ə rō′mə), *n., pl.* **-mas. 1.** a distinctive, usu. agreeable odor; fragrance: *the aroma of freshly brewed coffee.* **2.** the bouquet of a wine. **3.** a pervasive characteristic or quality: *an aroma of mystery.* [1175–1225; ME *aromat* < OF < L *arōmat-,* s. of *arōma* aromatic substance < Gk *árōma*] **—Syn.** See PERFUME.

**Ar·o·ma·ni·an** or **Ar·u·ma·ni·an** (ar′ə mä′nē ən, -män′yən), *n.* a Balkan Romance language spoken in scattered communities in N Greece, S Albania, and adjacent areas of Yugoslavia and Bulgaria.

**a·ro·ma·ther·a·py** (ə rō′mə ther′ə pē), *n.* **1.** the use of fragrances to affect or alter a person's mood or behavior. **2.** treatment of facial skin by the application of fragrant floral and herbal substances. [1980–85]

**ar·o·mat·ic** (ar′ə mat′ik), *adj.* **1.** having an aroma; fragrant or sweet-scented; odoriferous. **2.** of or pertaining to an aromatic compound. **—***n.* **3.** a plant, drug, or medicine yielding a fragrant aroma. [1325–75; ME (< MF) < LL < Gk] —**ar′o·mat′i·cal·ly,** *adv.* —**ar′o·mat′ic·ness,** *n.*

**ar′omat′ic com′pound,** *n.* an organic compound that contains one or more benzene or equivalent heterocyclic rings: many such compounds have an agreeable odor. [1865–70]

**a·ro·ma·tize** (ə rō′mə tīz′), *v.t.,* **-tized, -tiz·ing.** to make aromatic. [1400–50; late ME (< MF) < LL < Gk] —**a·ro′ma·ti·za′tion,** *n.* —**a·ro′ma·tiz′er,** *n.*

**A·roos·took** (ə rōōs′tŏŏk, -tik), *n.* a river flowing NE from N Maine to the St. John River. 140 mi. (225 km) long.

**a·rose** (ə rōz′), *v.* pt. of ARISE.

**a·round** (ə round′), *adv.* **1.** in a circle, ring, or the like; so as to surround: *The crowd gathered around.* **2.** on all sides; about: *fenced in all around.* **3.** in all directions from a center or point of reference: *They own the land for miles around.* **4.** in a region about a place: *all the country around.* **5.** in circumference: *The tree was 40 inches around.* **6.** in a circular or rounded course: *to drive around the block.* **7.** through a sequence or series, as of places or persons: *to show someone around.* **8.** through a recurring period, as of time: *Lunchtime rolled around.* **9.** by a circuitous or roundabout course: *The lane goes around past the stables.* **10.** with a rotating course or movement: *The wheels turned around.* **11.** in or to another or opposite direction, course, opinion, etc.: *Sit still and don't turn around. After our arguments, she finally came around.* **12.** back into consciousness: *The smelling salts brought her around.* **13.** in circulation, action, etc.; nearby; about: *He hasn't been around lately.* **14.** somewhere near or about; nearby: *I'll be around till noon.* **15.** to a specific place: *Come around to see me.* **—***prep.* **16.** about; on all sides; encircling: *a halo around his head.* **17.** so as to encircle, surround, or envelop: *to tie paper around a package.* **18.** on the edge, border, or outer part of: *a skirt with fringe around the bottom.* **19.** from place to place in; about: *to get around town.* **20.** in all or various directions from: *to look around one.* **21.** in the vicinity of: *the country around Boston.* **22.** approximately; about: *around five o'clock.* **23.** here and there in: *people around the city.* **24.** somewhere in or near: *to stay around the house.* **25.** to all or various parts of: *to wander around the park.* **26.** so as to make a circuit about or partial circuit to the other side of: *to sail around a cape.* **27.** reached by making a turn or partial circuit about: *the church around the corner.* **28.** so as to revolve or rotate about a center or axis: *the earth's motion around its axis.* **29.** personally close to: *all the advisers around the king.* **30.** so as to overcome a difficulty: *They got around the lack of chairs by sitting on the floor.* —**Idiom. 31. to have been around,** to have had much worldly experience. [1250–1300; ME *around(e);* see A-¹, ROUND¹]

**around′-the-clock′,** *adj.* all day and all night; constant. [1940–45]

**a·rouse** (ə rouz′), *v.,* **a·roused, a·rous·ing.** **—***v.t.* **1.** to stir to action or strong response; excite: *to arouse a crowd; to arouse suspicion.* **2.** to stimulate sexually. **3.** to awaken; wake up. **—***v.i.* **4.** to become awake or aroused. [1585–95; A-³ + ROUSE¹, on the model of ARISE] —**a·rous′a·bil′i·ty,** *n.* —**a·rous′a·ble,** *adj.* —**a·rous′al,** *n.* —**a·rous′er,** *n.*

**Arp** (ärp), *n.* **Hans** or **Jean** (zhäN), 1888?–1966, French painter and sculptor; one of the founders of dadaism.

**Ár·pád** (är′päd), *n.* died A.D. 907, Hungarian national hero.

**ar·peg·gi·o** (är pej′ē ō′, -pej′ō), *n., pl.* **-gi·os. 1.** the sounding of the notes of a chord in rapid succession instead of simultaneously. **2.** a chord thus sounded. [1735–45; < It, n. der. of *arpeggiare* orig., to play the harp, der. of *arpa* HARP]

**ar·pent** (är′pənt; *Fr.* AR päN′), *n., pl.* **-pents** (-pənts; *Fr.* -päN′). an old French unit of area equal to about one acre (0.4 hectare), still used in the province of Quebec and in parts of Louisiana. [1570–80; < MF < L *arepennis* half-acre < Gaulish; akin to MIr *airchenn* unit of area]

**ar·que·bus** (är′kwə bəs), *n., pl.* **-bus·es.** HARQUEBUS.

**arr., 1.** arranged. **2.** arrangement. **3.** arrival. **4.** arrive.

**ar·rack** or **ar·ak** (ar′ək, ə rak′), *n.* a distilled beverage, sp. of the Middle East, made from fermented grain, rice, or dates. [1555–1605; < Ar *'araq* lit., sweat, juice]

**ar·raign** (ə rān′), *v.t.* **-raigned, -raign·ing. 1.** to bring before a court to answer an indictment. **2.** to accuse or charge in general; criticize adversely; censure. [1275–1325; ME *arainen* < AF *arainer,* OF *araisnier* = *a-* A-⁵ + *raisnier* < VL *\*rationāre* to talk, reason, der. of L *ratio;* see RATIO] —**ar·raign′er,** *n.* —**ar·raign′ment,** *n.*

**Ar·ran** (ar′ən), *n.* an island in SW Scotland, in the Firth of Clyde. 3705; 166 sq. mi. (430 sq. km).

**ar·range** (ə rānj′), *v.,* **-ranged, -rang·ing. —***v.t.* **1.** to place in proper, desired, or convenient order. **2.** to come to an agreement or understanding regarding. **3.** to prepare or plan. **4. a.** to adapt (a musical work) for particular instrumentation. **b.** ORCHESTRATE. **—***v.i.* **5.** to make plans or preparations: *They arranged for a conference on Wednesday.* **6.** to make a settlement; come to an agreement: *to arrange for regular service.* [1325–75; ME *arayngen* < MF *arangier* = *a-* A-⁵ + *rangier* to RANGE] —**ar·range′a·ble,** *adj.* —**ar·rang′er,** *n.*

**ar·range·ment** (ə rānj′mənt), *n.* **1.** an act of arranging; state of being arranged. **2.** the manner or way in which things are arranged. **3.** an adjustment by agreement; settlement. **4.** Usu., **arrangements.** preparatory measures; plans; preparations: *Final arrangements have been made for the funeral.* **5.** something arranged in a particular way: *a floral arrangement.* **6.** a rescoring of a musical composition. [1720–30; < F]

**ar·rant** (ar′ənt), *adj.* **1.** downright; thorough; unmitigated: *an arrant fool.* **2.** wandering; errant. [1350–1400; ME, var. of ERRANT] —**ar′rant·ly,** *adv.*

**ar·ras** (ar′əs), *n.* **1.** a rich tapestry. **2.** a wall hanging, as a tapestry or similar object. **3.** a sturdy bobbin lace with a simple pattern. [1375–1425; late ME, after *Arras,* city in N France] —**ar′rased,** *adj.*

**ar·ray** (ə rā′), *v.,* **-rayed, -ray·ing. —***v.t.* **1.** to place in proper or desired order; marshal: *to array troops for battle.* **2.** to clothe with garments, esp. of an ornamental kind. **—***n.* **3.** order or arrangement, as of troops drawn up for battle. **4.** military force, esp. a body of troops. **5.** a large and impressive grouping or organization: *an array of facts.* **6.** regular order or arrangement: *an array of figures.* **7.** a large group, number, or quantity of people or things. **8.** attire; dress: *in fine array.* **9.** a functional arrangement of interrelated objects or items of equipment: *an array of solar cells.* **10.** *Math., Statistics.* **a.** an arrangement of a series of terms according to value, as from largest to smallest. **b.** an arrangement of a series of terms in some geometric pattern, as in a matrix. [1250–1300; ME < AF *arayer,* OF *are(y)er* < VL *\*arrēdāre* to prepare = L *ar-* AR- + VL *\*-rēdāre* < Gmc; see CORODY] —**ar·ray′er,** *n.*

**ar·ray·al** (ə rā′əl), *n.* **1.** an act of arraying. **2.** something that is arrayed. [1810–20]

**ar·rear** (ə rēr′), *n.* **1.** Usu., **arrears.** the state of being late in repaying a debt: *to be in arrears with mortgage payments.* **2.** Often, **arrears.** a debt that remains unpaid. [1300–50; n. use of *arrear* (adv., now obs.), ME *arere* behind < MF << L *ad retrō.* See AD-, RETRO-]

**ar·rear·age** (ə rēr′ij), *n.* **1.** the condition of being in arrears. **2.** Usu., **arrearages.** the amount or amounts overdue. **3.** *Archaic.* a thing or part kept in reserve. [1275–1325; ME < OF]

**ar·rest** (ə rest′), *v.,* **-rest·ed, -rest·ing. —***v.t.* **1.** to seize (a person) by legal authority; take into custody. **2.** to catch and hold; engage: *A noise arrested our attention.* **3.** to check the course of; stop: *to arrest a disease.* **—***n.* **4.** the taking of a person into legal custody, as by the police. **5.** any seizure or taking by force. **6.** an act of stopping or the state of being stopped. **—Idiom. 7. under arrest,** in custody of the police or other legal authorities. [1275–1325; ME *aresten* < AF, MF *arester* < VL *\*arrestāre* to stop (see AR-, REST²)] —**ar·rest′a·ble,** *adj.* —**ar·rest·ee′,** *n.* —**ar·res′tive,** *adj.* —**ar·rest′ment,** *n.* **—Syn.** See STOP.

**ar·rest·ant** (ə res′tənt), *n.* a substance that interrupts the normal development of an insect. [1960–65]

**ar·rest·ing** (ə res′ting), *adj.* **1.** attracting or capable of attracting attention or interest; striking. **2.** making or having made an arrest: *the arresting officer.* [1840–50] —**ar·rest′ing·ly,** *adv.*

**arrgt.,** arrangement.

**Ar·rhe·ni·us** (ä rā′nē əs), *n.* **Svante August,** 1859–1927, Swedish physicist and chemist.

**ar·rhyth·mi·a** (ə rith′mē ə, ā rith′-), *n.* any disturbance in the rhythm of the heartbeat. [1885–90; < Gk *arrhythmía.* See A-⁶, RHYTHM, -IA] —**ar·rhyth′mic, ar·rhyth′mi·cal,** *adj.* —**ar·rhyth′mi·cal·ly,** *adv.*

**ar·ri·ère-ban** (ar′ē er ban′, -bän′), *n.* **1.** the summoning of the king's vassals for military service in medieval France. **2.** the vassals summoned. [1515–25; < F, alter. (by assoc. with *arrière* behind, rear; see ARREAR) of OF *arban, herban* < Gmc; cf. OHG *hari* army, *ban* BAN²]

**ar·riè·re-pen·sée** (A RYER päN sā′) *n., pl.* **-pen·sées** (-päN sā′). *French.* a mental reservation; hidden motive.

**ar·ris** (ar′is), *n.* **1.** a sharp ridge, as between adjoining channels of a Doric column. **2.** the line, ridge, or hip formed by the meeting of two surfaces at an exterior angle. [1670–80; < MF *areste;* see ARÊTE]

**ar·ri·val** (ə rī′vəl), *n.* **1.** an act of arriving; a coming: *Their arrival was delayed by traffic.* **2.** the reaching or attainment of any object or condition: *arrival at a peace treaty.* **3.** the person or thing that arrives or has arrived. [1350–1400]

**ar·rive** (ə rīv′), *v.i.,* **-rived, -riv·ing. 1.** to come to a certain point in the course of travel; reach one's destination: *We finally arrived in Rome.* **2.** to come to be present: *The moment to act has arrived.* **3.** to attain a position of success in the world. **4.** *Archaic.* to happen. **5. arrive at,** to reach or attain; come to. [1175–1225; ME < OF *a(r)river* < VL *\*arripāre* to come to land, v. der. of L *ad ripam* to the riverbank] —**ar·riv′er,** *n.*

**ar·ri·ve·der·ci** (är′RĒ ve deR′chē), *interj. Italian.* until we see each other again.

**ar·ri·vism** (ar′ə viz′əm), *n.* the conduct or condition of an arriviste. [1935–40; < F *arrivisme*]

**ar·ri·viste** (ar′ē vēst′), *n.* a person who has recently acquired unaccustomed status or wealth; upstart. [1900–05; < F; see ARRIVE, -IST]

**ar·ro·ba** (ə rō′bə), *n., pl.* **-bas. 1.** a unit of weight of varying value, equal to 25.37 pounds avoirdupois (9.5 kilograms) in Mexico and to 32.38 pounds avoirdupois (12 kilograms) in Brazil. **2.** a unit of liquid