# EXHIBIT A

# kewazinga VISAGE-HD
HIGH-DEFINITION SURROUND VIDEO



Visage-HD's proof of concept system @ The Summer X Games, 2001

While Kewazinga's prototype system protruded from the end of a crane (left), future systems will fit in the hand (concept board below, left) and weave unobtrusively through all kinds of spaces, allowing viewers at home or, perhaps, from expandable-screen MIMO cell phones (concept board below), to create their own visual pathways through the action, at their own pace, and in their own ways.

The rapid transformation of the digital media marketplace is setting the stage for the next level of experience, which will put the viewer in the driver's seat to spatially navigate through live events.



Kewazinga Corp ©2006



CONFIDENTIAL                                                                 GOOG-KZGA-00000021