# EXHIBIT E

Page 1

1

2   UNITED STATES DISTRICT COURT

3   FOR THE SOUTHERN DISTRICT OF NEW YORK

4   -------------------------------)

5   KEWAZINGA CORP,

6                Plaintiff,

7         vs.                    No. 18-CV-4500

8   MICROSOFT CORPORATION,

9                Defendant.

10  -------------------------------)

11

12

13

14      DEPOSITION OF ROBERT L. STEVENSON

15              New York, New York

16                March 12, 2019

17

18

19

20

21

22

23

24   Reported by:

     Linda Salzman

25   JOB NO. 156164

```
                                                    Page 2
 1
 2              March 12, 2019
 3              9:05 a.m.
 4
 5        Deposition of ROBERT L.
 6   STEVENSON, the witness herein, held
 7   at the offices of Fish & Richardson,
 8   601 Lexington, 52nd Floor, New York,
 9   New York, pursuant to Notice, before
10   Linda Salzman, a Notary Public of
11   the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 3
 1
 2    A P P E A R A N C E S:
 3
 4        STROOCK & STROOCK & LAVAN
 5        Attorneys for Plaintiff
 6            180 Maiden Lane
 7            New York, New York 10038
 8        BY:   KENNETH STEIN, ESQ.
 9              IAN DIBERNARDO, ESQ.
10
11        KLARQUIST SPARKMAN
12        Attorneys for Defendant
13            One World Trade Center
14            121 SW Salmon Street
15            Portland, Oregon 97204
16        BY:   J. CHRISTOPHER CARRAWAY, ESQ.
17              JAMES DEROUIN, ESQ.
18              TODD SIEGEL, ESQ.
19
20
21    Also Present:
22            KEITH HANNA, CEO, IPRD Group
23            STACY QUAN, ESQ, Assistant
24            General Counsel, Microsoft
25
```

1          Robert L. Stevenson
2    data that's discussed in the embodiments
3    of the '226.
4         Q.   And what specific data are you
5    referring to that's discussed in the '226?
6         A.   Well, in the '226, because you
7    have this fixed array of cameras, you have
8    the geometric relationship between new
9    cameras known.  That's a data that is
10   stored in the node that is used in
11   mosaicing or tweening.
12             In the hypothetical system you
13   have built, I don't know that geometrical
14   relationship.  It wasn't designed into my
15   system.  I walked between the two things,
16   and so I have to do something different.
17        Q.   And where does the '226 patent
18   disclose using that geometrical
19   relationship to do the mosaicing?
20        A.   Well, like I said before, the --
21   excuse me.
22             The '226, maybe, is the wrong
23   one to talk about it.  We should be
24   talking about the '325.  So sorry if
25   that's your point.  I should have said