IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No.  1:20-cv-01106-LGS |
| vs. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF SAUNAK K. DESAI IN SUPPORT OF
<u>KEWAZINGA CORP.'S REPLY BRIEF REGARDING CLAIM CONSTRUCTION</u>**

I, Saunak K. Desai, declare as follows:

    1.    I am an attorney in the law firm of Stroock & Stroock & Lavan LLP, attorneys for Plaintiff Kewazinga Corp. ("Kewazinga").

    2.    I submit this declaration in support of Kewazinga Corp.'s Reply Brief Regarding Claim Construction.

    3.    Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of the November 16, 2020 deposition of Dr. Jeffrey Lubin.

    4.    Attached hereto as **Exhibit I** is a true and correct copy of Defendant Google LLC's Patent Rule 4-2 Preliminary Claim Constructions and Identification of Extrinsic Evidence, dated September 11, 2020.

    5.    Attached hereto as **Exhibit J** is a true and correct copy of Kewazinga Corp.'s Preliminary Proposed Claim Constructions and Extrinsic Evidence, dated September 11, 2020.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NY 78362322

Dated: January 29, 2021

                                        *s/ Saunak K. Desai*
                                        Saunak K. Desai