# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KEWAZINGA CORP., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:20-cv-01106-LGS |
| v. | ) ) ) | |
| GOOGLE LLC, | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT GOOGLE LLC'S PATENT RULE 4-2
PRELIMINARY CLAIM CONSTRUCTIONS AND
IDENTIFICATION OF EXTRINSIC EVIDENCE**

Pursuant to E.D. Tex. Local Patent Rule 4-2 and this Court's Scheduling Order (Dkt. No. 32), Defendant Google LLC hereby provides its preliminary proposed claim constructions and preliminary identification of extrinsic evidence for U.S. Patent Nos. 6,522,325 (the "'325 Patent"); 6,535,226 (the "'226 Patent"); and 9,055,324 (the "'234 Patent," collectively, the "Asserted Patents"), as set forth in Appendix A.

As contemplated by the Local Patent Rules, the constructions set out herein are preliminary in nature and do not prejudice Google's right to later modify or adopt different positions with respect to claim construction, or to cite different or additional extrinsic evidence in support thereof. Google expressly reserves the right to amend and/or supplement these disclosures with alternative constructions and/or extrinsic evidence to address Kewazinga Corp.'s ("Kewazinga") proposals.

Pursuant to Patent Rule 4-2(b), Google preliminarily identifies the testimony of expert witness Dr. Anselmo A. Lastra, who may be asked to offer his expert opinion in the form of expert declarations regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Patents would have construed certain terms proposed for construction, depending

1

upon whether such terms are, in fact, disputed following review of the parties' Patent Rule 4-2 disclosures. Dr. Lastra may also be asked to provide background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. In opining about the meaning of disputed terms of the Asserted Patents, Dr. Lastra may be asked to explain how Google's proposed constructions are supported by intrinsic evidence, extrinsic evidence, and/or the education and experience of a person of ordinary skill in the art relevant to the Asserted Patents. Dr. Lastra may also be asked to provide testimony in response to Kewazinga's proposed constructions and supporting evidence, including any expert testimony that Kewazinga may offer.

      Google will be in a position to provide more detail regarding Dr. Lastra's possible expert testimony on claim construction issues after reviewing Kewazinga's proposals. Google reserves the right to ask Dr. Lastra to opine on any claim construction issue for which Google may provide expert testimony. Google further reserves the right to call Dr. Lastra as a live witness at the Claim Construction Hearing should the Court permit live testimony at the Claim Construction Hearing.

Dated: September 11, 2020

Respectfully submitted,

<u>/s/ Ameet A. Modi</u>
John M. Desmarais
DESMARAIS LLP
John M. Desmarais
jdesmarais@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Elizabeth Weyl
eweyl@desmaraisllp.com
David A. Frey
dfrey@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
amodi@desmaraisllp.com
Emily Chen (*pro hac vice*)
echen@desmaraisllp.com
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant Google LLC*

## PROOF OF SERVICE

The undersigned hereby certifies that on September 11, 2020, a true and correct copy of the above and foregoing document was served on the following counsel via electronic mail at the addresses detailed below:

Ian G. DiBernardo
Timothy K. Gilman
Kenneth L. Stein
Saunak K. Desai
Gregory R. Springsted

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email:idibernardo@stroock.com
Email:tgilman@stroock.com
Email:kstein@stroock.com
Email:sdesai@stroock.com
Email:gspringsted@stroock.com

*Counsel for Plaintiff Kewazinga Corp.*


Dated: September 11, 2020

                */s/ Emily H. Chen*
                Emily H. Chen

# APPENDIX A

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| **MOSAIC TERMS** | | | |
| "mosaicing" | '325 patent, claims 1, 5, 6 | Creating imagery assembled from a plurality of camera outputs, or portions thereof, including an alignment process and a composition process to achieve a seamless combination of the camera outputs | • *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-cv-4500-GHW, 2019 WL 3423352 (S.D.N.Y. July 29, 2019) ("*Microsoft* Claim Construction Opinion") <br> • Relevant filings and documents in *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-cv-4500-GHW (S.D.N.Y.) ("*Microsoft* Relevant Filings"), including, but not limited to: <br>   ○ Joint Claim Construction Statement (Dkt. No. 38) <br>   ○ Kewazinga's Opening Claim Construction Brief (Dkt. No. 42) and Hanna Declaration (Dkt. No. 43) <br>   ○ Microsoft's Claim Construction Brief (Dkt. No. 46) and supporting evidence <br>   ○ Kewazinga Reply Claim Construction Brief (Dkt. No. 47) and Hanna Declaration (Dkt. No. 48) <br>   ○ Kewazinga Letter re Claim Construction (Dkt. No. 51) and supporting exhibits/testimony <br>   ○ Microsoft Letter re Claim Construction (Dkt. No. 52) and supporting exhibits/testimony <br>   ○ Claim Construction Hearing Transcript (Dkt. No. 54) <br>   ○ Summary Judgment Briefing <br>   ○ Infringement Expert Reports and Noninfringement Rebuttal Expert Reports <br>   ○ Any subsequent orders or opinions relating to |

6

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | claim construction<br>• Google may rely on the testimony (past or future) of the named inventors of the Asserted Patents.<br>• Google may rely on the testimony (past or future) of Sarnoff employees who Kewazinga retained to develop and prototype the alleged invention.<br>• Google may rely on the expert testimony of Dr. Anselmo Lastra in connection with this claim term.<br>• U.S. Pat. No. 5,649,032, entitled "System For Automatically Aligning Images To Form A Mosaic Image," to Peter J. Burt et al., which each Asserted Patent incorporates by reference. |
| "mosaic imagery" | '234 patent, claims [1][1], 3, 5-7, 10, 11, [13], 16, 18-21, 24, 28, 29 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "generate mosaic imagery" | '234 patent, claims [1], 3, 5-7, 10, 11 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "mosaic images" | '325 patent, claim 6 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "mosaic imagery along the [first] [second] view" | '234 patent, claims [1], 3, 5-7, 10, 11 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |

[1] Brackets "[ ]" indicate independent, non-asserted claim(s) from which asserted claims depend.

7

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "mosaic imagery of progressively different locations along the [first] [second] view" | '234 patent, claims [13], [14], 16, 18-21, 24, 28, 29 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "mosaicing the selected outputs of cameras in the [first] [second] path" | '325 patent, claim 1 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "sequentially mosaicing the selected outputs of cameras in the [first] [second] path" | '325 patent, claim 1 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "mosaicing the image of a current camera in the sequence to the image of a next camera in the sequence" | '325 patent, claim 5 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |
| "mosaicing the first image with the second image and then mosaicing the second image with the third image" | '325 patent, claim 6 | See proposed construction of "mosaicing," above. | See extrinsic evidence cited for "mosaicing," above. |

8

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| **TWEEN TERMS** | | | |
| "tweening" | '234 patent, claims 7, 19, 20; and '325 patent, claims 10, 14, 15, | Generating synthetic imagery from acquired imagery, and utilizing that synthetic imagery between the acquired imagery, in order to show movement and transition between the acquired imagery | <ul><li>*Microsoft* Claim Construction Opinion</li><li>*Microsoft* Relevant Filings</li><li>Google may rely on the testimony (past or future) of the named inventors of the Asserted Patents.</li><li>Google may rely on the testimony (past or future) of Sarnoff employees who Kewazinga retained to develop and prototype the alleged invention.</li><li>Google may rely on the expert testimony of Dr. Anselmo Lastra in connection with this claim term.</li><li>U.S. Pat. No. 5,259,040, entitled "Method for Determining Sensor Motion and Scene Structure and Image processing System," to Hanna, which each Asserted Patent incorporates by reference.</li></ul> |
| "tweened imagery" | '234 patent, claims 6, 7, 19, 20 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "tweened image" | '325 patent, claim 15 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "tweened" | '234 patent, claims 6, 7, 19, 20; and '325 patent, claim 14 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "tweening the selected outputs of cameras in the [first] [second] path" | '325 patent, claim 10 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "tweening the image of a current camera in the sequence to the image of a next camera in the sequence" | '325 patent, claim 14 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "cause imagery of two or more different perspectives along the first view to be tweened" | '234 patent, claims 6, 7 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "tweening imagery of two or more different perspectives along the first view" | '234 patent, claims 19, 20 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |
| "tweening the first image with the second image to obtain a first tweened image and then tweening the second image with the third image to obtain a second tweened image" | '325 patent, claim 15 | See proposed construction of "tweening," above. | See extrinsic evidence cited for "tweening," above. |

10

| Term | Asserted Claim(s) | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| **ARRAY TERM** | | | |
| "array of cameras" | '325 patent, claims 1, 5, 6, 10, 14, 15, 29; and '226 patent, claims [54], 55, 119 | A set of multiple cameras, each fixed in relation to each other | <ul><li>*Microsoft* Claim Construction Opinion</li><li>*Microsoft* Relevant Filings</li><li>Google may rely on the testimony (past or future) of the named inventors of the Asserted Patents.</li><li>Google may rely on the testimony (past or future) of Sarnoff employees who Kewazinga retained to develop and prototype the alleged invention.</li></ul> |
| **VIEW TERM** | | | |
| "[first] [second] view of the environment" | '234 patent, claims [1], 3, 5-7, 10, 11, [13], [14], 16, 18-21, 24, 28, 29 | [first] [second] view of multiple locations through a remote environment | <ul><li>*Microsoft* Relevant Filings</li><li>Google may rely on the expert testimony of Dr. Anselmo Lastra in connection with this claim term.</li><li>Google may rely on the testimony (past or future) of the named inventors of the Asserted Patents.</li><li>Google may rely on the testimony (past or future) of Sarnoff employees who Kewazinga retained to develop and prototype the alleged invention.</li></ul> |

11