

www.desmaraisllp.com

| 230 Park Avenue | Ameet A. Modi | 101 California Street |
| --- | --- | --- |
| New York, NY 10169 | San Francisco | San Francisco, CA 94111 |
| P: 212-351-3400 | Direct: 415-573-1905 | P: 415-573-1900 |
| F: 212-351-3401 | amodi@desmaraisllp.com | F: 415-573-1901 |

February 5, 2021

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Kewazinga Corp. v. Google LLC*, Case No. 20-cv-1106 (LGS)
           Claim Construction Hearing Status

Dear Judge Schofield:

    The parties write jointly to confirm the date and time of the claim construction hearing in this case. Per the Court's order, all discovery is stayed pending resolution of the parties' cross-motions for summary judgment, except for claim construction proceedings. (Dkt. No. 33.) Those summary judgment motions are now fully briefed.

    The Court's scheduling order (Dkt. No. 32, filed April 16, 2020) set the claim construction hearing for February 16, 20**20** at 10 a.m. The parties understood the Court's order to mean February 16, 20**21**. However, the claim construction hearing does not appear on the court's CM/ECF hearing schedule for February 16, 2021. The parties wish to confirm whether the hearing is set for February 16, 2021 at 10 a.m., or whether the Court would prefer to reschedule the hearing to another date.

    The parties would also welcome further direction from the Court regarding any specific procedures for the hearing, for example whether the Court would like courtesy copies of the claim construction briefing and statements, whether the Court would welcome slide presentations, and the conferencing platform (e.g., Zoom) for the hearing.

Respectfully submitted,

| */s/ Saunak K. Desai* | */s/ Ameet A. Modi* |
| --- | --- |
| Ian G. DiBernardo | John M. Desmarais |
| Timothy K. Gilman | Steven M. Balcof |
| Kenneth L. Stein | Elizabeth Weyl |
| Saunak K. Desai | David A. Frey |
| Gregory R. Springsted | **DESMARAIS LLP** |
| **STROOCK & STROOCK & LAVAN LLP** | 230 Park Avenue |
| 180 Maiden Lane | New York, New York 10169 |

DESMARAIS LLP

Hon. Lorna G. Schofield
February 5, 2021
Page 2

New York, NY 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email:idibernardo@stroock.com
Email:tgilman@stroock.com
Email:kstein@stroock.com
Email:sdesai@stroock.com
Email:gspringsted@stroock.com

*Counsel for Plaintiff Kewazinga Corp.*

T: 212-351-3400
F: 212-351-3401
jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com
dfrey@desmaraisllp.com

Ameet A. Modi
Emily H. Chen (*pro hac vice*)
**DESMARAIS LLP**
101 California Street, Suite 3070
San Francisco, California 94111
T: (415) 573-1900
F: (415) 573-1901
amodi@desmaraisllp.com
echen@desmaraisllp.com

*Counsel for Defendant Google LLC*