# DESMARAIS LLP

> The claim construction hearing scheduled for February 16, 2021, at 10:00 a.m. is **ADJOURNED to February 16, 2021, at 10:30 a.m.** By **February 11, 2021**, the parties shall contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the technology the parties have arranged and intend to use to hold the hearing virtually. Zoom is fine, so long as the the parties have the ability simultaneously to display both any necessary documents and the speaker. By **February 13, 2021**, the parties shall file a letter providing the internet link for the hearing.
>
> In light of the COVID-19 pandemic, the parties should not submit any paper courtesy copies. The Court welcomes the use of slides and the presentation of any exhibits at the hearing, which the parties shall file by **February 18, 2021**, with courtesy copies sent by e-mail to Chambers immediately after the hearing.
>
> So Ordered.
> Dated: February 8, 2021
>    New York, New York
>
> *LORNA G. SCHOFIELD*
> *UNITED STATES DISTRICT JUDGE*

230 Park Avenue
New York, NY 10169
P: 212-351-3400
F: 212-351-3401

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Kewazinga Corp. v. Google LLC*, Case No. 20-cv-1106 (LGS)

<u>Claim Construction Hearing Status</u>

Dear Judge Schofield:

The parties write jointly to confirm the date and time of the claim construction hearing in this case. Per the Court's order, all discovery is stayed pending resolution of the parties' cross-motions for summary judgment, except for claim construction proceedings. (Dkt. No. 33.) Those summary judgment motions are now fully briefed.

The Court's scheduling order (Dkt. No. 32, filed April 16, 2020) set the claim construction hearing for February 16, 20**20** at 10 a.m. The parties understood the Court's order to mean February 16, 20**21**. However, the claim construction hearing does not appear on the court's CM/ECF hearing schedule for February 16, 2021. The parties wish to confirm whether the hearing is set for February 16, 2021 at 10 a.m., or whether the Court would prefer to reschedule the hearing to another date.

The parties would also welcome further direction from the Court regarding any specific procedures for the hearing, for example whether the Court would like courtesy copies of the claim construction briefing and statements, whether the Court would welcome slide presentations, and the conferencing platform (e.g., Zoom) for the hearing.

Respectfully submitted,

| | |
|---|---|
| */s/ Saunak K. Desai* | */s/ Ameet A. Modi* |
| Ian G. DiBernardo | John M. Desmarais |
| Timothy K. Gilman | Steven M. Balcof |
| Kenneth L. Stein | Elizabeth Weyl |
| Saunak K. Desai | David A. Frey |
| Gregory R. Springsted | **DESMARAIS LLP** |
| **STROOCK & STROOCK & LAVAN LLP** | 230 Park Avenue |
| 180 Maiden Lane | New York, New York 10169 |

**DESMARAIS**LLP

Hon. Lorna G. Schofield
February 5, 2021
Page 2

New York, NY 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email:idibernardo@stroock.com
Email:tgilman@stroock.com
Email:kstein@stroock.com
Email:sdesai@stroock.com
Email:gspringsted@stroock.com

*Counsel for Plaintiff Kewazinga Corp.*

T: 212-351-3400
F: 212-351-3401
jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com
dfrey@desmaraisllp.com

Ameet A. Modi
Emily H. Chen (*pro hac vice*)
**DESMARAIS LLP**
101 California Street, Suite 3070
San Francisco, California 94111
T: (415) 573-1900
F: (415) 573-1901
amodi@desmaraisllp.com
echen@desmaraisllp.com


*Counsel for Defendant Google LLC*