
www.desmaraisllp.com

| 230 Park Avenue<br>New York, NY 10169<br>P: 212-351-3400<br>F: 212-351-3401 | Ameet A. Modi<br>San Francisco<br>Direct: 415-573-1905<br>amodi@desmaraisllp.com | 101 California Street<br>San Francisco, CA 94111<br>P: 415-573-1900<br>F: 415-573-1901 |
|---|---|---|

February 16, 2021

**<u>Via ECF</u>**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)

Dear Judge Schofield:

    Counsel for the Defendant Google LLC in the above captioned matter hereby submits the slide presentation from the February 16, 2021 claim construction hearing, pursuant to the Court's February 8, 2021 Order, ECF No. 116.

    Respectfully submitted,

    */s/ Ameet A. Modi*
    Ameet A. Modi
    *Counsel for Google LLC*

cc: Counsel of record (*via* ECF)