

February 16, 2021                                                                 Saunak K. Desai
Direct Dial: 212.806.5867
Fax:  212.806.6006
sdesai@stroock.com

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS

Dear Honorable Judge Schofield:

Pursuant to the Court's February 8, 2021 Order (D.I. 116), counsel for Plaintiff Kewazinga Corp. in the above captioned matter hereby submits its slide presentation from the February 16, 2021 claim construction hearing.

Respectfully submitted,

*/s/ Saunak K. Desai*

Saunak K. Desai

cc:     All Counsel (by ECF filing)