UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Kewazinga Corp.

                    Plaintiff,

Case No. 20-cv-01106-LGS

-against-

Google LLC

                    Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Ian G. DiBernardo
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ID8562    My State Bar Number is: 2780989

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Stroock & Stroock & Lavan LLP
                        FIRM ADDRESS: 180 Maiden Lane
                        FIRM TELEPHONE NUMBER: (212) 806-5400
                        FIRM FAX NUMBER: (212) 606-6006

NEW FIRM:    FIRM NAME: Brown Rudnick LLP
                        FIRM ADDRESS: Seven Times Square
                        FIRM TELEPHONE NUMBER: (212) 209-4800
                        FIRM FAX NUMBER: (212) 209-4801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 7, 2021                                  /s/ Ian G. DiBernardo
                                                          ATTORNEY'S SIGNATURE