John M. Desmarais
jdesmarais@desmaraisllp.com
Elizabeth Weyl
eweyl@desmaraisllp.com
Steven Balcof
sbalcof@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tuhin Ganguly (*pro hac vice pending*)
tganguly@desmaraisllp.com
DESMARAIS LLP
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEWAZINGA CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | Case No. 1:20-cv-1106-LGS <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tuhin Ganguly hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Google LLC, in the above- captioned action.

I am in good standing of the bar of Washington DC, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I

have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  May 14, 2021

                                            Respectfully submitted,

                                            /s/*Tuhin Ganguly*

John M. Desmarais
jdesmarais@desmaraisllp.com
Elizabeth Weyl
eweyl@desmaraisllp.com
Steven Balcof
sbalcof@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tuhin Ganguly (*pro hac vice pending*)
tganguly@desmaraisllp.com
DESMARAIS LLP
1701 Pennsylvania Avenue NW Suite 200
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2021, a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to Local Rule 5.2, the Court's Procedures for Electronic Filing, this constitutes service on the following counsel:

    Ian G. DiBernardo
    BROWN RUDNICK LLP
    Seven Times Square
    New York, NY 10036
    Tel:  (212) 209-4800
    Fax: (212) 209-4801
    Email:IDiBernardo@brownrudnick.com

    Kenneth L. Stein
    Saunak K. Desai
    Gregory R. Springsted
    STROOCK & STROOCK & LAVAN LLP
    180 Maiden Lane New York, NY 10038
    Tel: (212) 806-5400
    Fax: (212) 806-6006
    Email: kstein@stroock.com
    Email: sdesai@stroock.com
    Email: gspringsted@stroock.com

                                                                     */s/ Tuhin Ganguly*

                                        John M. Desmarais
                                        jdesmarais@desmaraisllp.com
                                        Elizabeth Weyl
                                        eweyl@desmaraisllp.com
                                        Steven Balcof
                                        sbalcof@desmaraisllp.com
                                        DESMARAIS LLP
                                        230 Park Avenue
                                        New York, New York 10169
                                        Tel: (212) 351-3400
                                        Fax: (212) 351-3401

                                        Ameet A. Modi
                                        DESMARAIS LLP
                                        101 California Street
                                        San Francisco, California 94111
                                        Tel: (415) 573-1900
                                        Fax: (415) 573-1901

        Tuhin Ganguly (pro hac vice pending)
        tganguly@desmaraisllp.com
        DESMARAIS LLP
        1701 Pennsylvania Avenue NW Suite 200
        Washington, D.C. 200
        Tel: (202) 451-4900
        Fax: (202) 451-4901

        *Counsel for Defendant Google LLC*

John M. Desmarais
jdesmarais@desmaraisllp.com
Elizabeth Weyl
eweyl@desmaraisllp.com
Steven Balcof
sbalcof@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tuhin Ganguly (*pro hac vice pending*)
tganguly@desmaraisllp.com
DESMARAIS LLP
1701 Pennsylvania Avenue NW
Washington, D.C. 20006, Suite 200
Tel: (202) 451-1900
Fax: (202) 451-1901

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KEWAZINGA CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Case No. 1:20-cv-1106-LGS<br><br>**AFFIDAVIT OF TUHIN GANGULY IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Tuhin Ganguly, being duly sworn, hereby depose and say as follows:

      1.    I am a partner with the law firm of Desmarais, LLP.

      2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

      3.    As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of Washington DC.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant Google LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of May, 2021.

Tuhin Ganguly (*pro hac vice pending*)
1701 Pennsylvania Avenue NW Suite 200
Washington, D.C. 20006
tganguly@desmaraisllp.com
P: (202) 451-1900
F: (202) 451-1901

Sworn to before me this 14th day of May, 2021.

**LAURETTA JOY POPE**
**Notary Public-State of New York**
No. 01PO6282556
Qualified in Queens County
My Commission Expires May 28, 2021

NOTARY _Lauretta Joy Pope_
Notary Public for _State of New York_
My Commission Expires: _May 28, 2021_

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Tuhin Ganguly*

was duly qualified and admitted on October 5, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 13, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEWAZINGA CORP.**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | Case No. 1:20-cv-1106-LGS <br><br> **ORDER FOR ADMISSION** *PRO HAC* **VICE** |

The motion of Tuhin Ganguly, for admission to practice *pro hac vice* in the above-captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of Washington, D.C. and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Tuhin Ganguly |
| Firm Name: | Desmarais LLP |
| Address: | 1701 Pennsylvania Avenue NW Suite 200 |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 451-1900 |
| Fax Number: | (202) 451-1901 |
| E-Mail: | tganguly@desmaraisllp.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Google LLC, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
Honorable Lorna G. Schofield