November 22, 2021

> Application **GRANTED**. The deadline for fact discovery is extended to **February 25, 2022**, and the deadline for expert discovery is extended to **May 27, 2022**. A Third Amended Civil Case Management Plan and Scheduling Order will issue separately.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 146.
>
> Dated: November 24, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

VIA ELECTRONIC FILING

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>*Joint Letter Regarding Extension*</u>

Dear Honorable Judge Schofield:

In response to the Court's November 16 Order (D.I. 148), Plaintiff Kewazinga Corp. ("Kewazinga") and Defendant Google LLC ("Google") write to clarify why the parties' jointly requested extension of time to complete fact discovery (D.I. 146) is justified.

The parties have worked diligently, collaboratively, and without burdening the Court to efficiently conduct and complete fact discovery. (*See* D.I. 147, November 12, 2021 Joint Status Letter.) Through those efforts, the parties have exchanged significant amounts of information related to the issues in this case. Google has made a significant amount of its highly sensitive source code available for review. (*See id*. at 7–9.) This source code review is ongoing, including additional source code that Google made available for inspection last Wednesday, November 17. Kewazinga anticipates that motion practice may be necessary to resolve disputes between the parties regarding the production of additional source code. The parties are otherwise now nearing the substantial completion of document discovery and preparing for depositions. (The parties previously agreed in August not to serve further requests for production, interrogatories, or requests for admission.)

Fact discovery is currently scheduled to close on December 17, 2021. The parties respectfully request a brief, approximately two-month extension to the fact discovery period (as set forth in D.I. 146) for two reasons. ***First***, in the past month, the parties have produced approximately 2,500 additional documents, while Google has produced additional source code and source code printouts to Kewazinga. (*See id*. at 7–9.) Third parties with documents concerning alleged prior art to the patents-in-suit have also produced hundreds of documents to the parties within the last two weeks. The parties respectfully submit that the additional time will permit the parties to complete meaningful review of these document productions before depositions begin— thereby potentially avoiding the prospect of deposing witnesses multiple times in light of substantial new document productions.

***Second***, as set forth below, the parties currently expect to conduct at least ten fact depositions. Google expects to designate at least six witnesses in response to 49 topics identified in Kewazinga's Rule 30(b)(6) notice of deposition to Google. Kewazinga intends to offer at least

two fact witnesses for deposition. And the parties expect to depose at least two third parties. In light of the Thanksgiving, Christmas, and other end-of-year holidays, as well as other personal and professional obligations of the deponents, the parties do not believe they will be able to complete those depositions under the current schedule.

In view of those concerns, the parties conferred and agreed to request the little over two month extension set forth in their November 12 letter (D.I. 146). No trial date has been set in this case. Under the current schedule, expert discovery is set to close on March 17, 2022; under the parties' proposal, expert discovery would close in May 2022. For these reasons, the parties respectfully request that the Court grant the extensions set forth in D.I. 146.

**Depositions**

In the November 16 Order, the Court also instructed the parties to set forth the names of each individual—including experts if known—to be deposed in this litigation, a brief description of their role or relevant position, and a date certain for their deposition. The parties provide that information below and have agreed to continue working collaboratively to schedule depositions within the parties' proposed new deadlines in the event that witness or counsel availability requires modification of any of the dates set forth below. The parties anticipate that at least the depositions of Kewazinga and Google fact witnesses will be conducted remotely.

### **Fact Witness Depositions**

| Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| Jim Maccoun | Mr. Maccoun is Patent Counsel at Google.<br><br>Google currently expects that Mr. Maccoun will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | January 21, 2022 |
| Shere Saidon | Mr. Saidon works in a financial analyst role at Google.<br><br>Google currently expects that Mr. Saidon will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | February 1, 2022 |

| Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| Steven Silverman | Mr. Silverman is a Senior Technical Program Manager for the accused product, Google Street View.<br><br>Google currently expects that Mr. Silverman will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | February 4, 2022 |
| Stafford Marquardt | Mr. Marquardt is the Product Manager for the accused product, Google Street View.<br><br>Google currently expects that Mr. Marquardt will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | February 8, 2022 |
| Daniel Filip | Mr. Filip is an Area Tech Lead of Maps and Augmented Reality at Google.<br><br>Google currently expects that Mr. Filip will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | February 11, 2022 |
| Dan Thomasset | Mr. Thomasset is a Software Engineer team lead manager for the accused product, Google Street View.<br><br>Google currently expects that Mr. Thomasset will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | February 15, 2022 |

| Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| Joe Data | Mr. Data is a Program Manager for the accused product, Google Street View.<br><br>Google currently expects that Mr. Data will testify in his personal capacity and as Google's corporate representative in response to certain topics of Kewazinga's 30(b)(6) notice. | January 28, 2022 |
| Leonard Smalheiser | Mr. Smalheiser is Kewazinga's President and has knowledge of the technology relating to the Patents-in-Suit and Kewazinga's products, commercialization efforts, and communications with Google and others.<br><br>Kewazinga currently expects that Mr. Smalheiser will testify in his personal capacity. | February 2, 2022 |
| David Worley | Mr. Worley is Kewazinga's Chairman, CEO, and General Counsel, a named inventors of the Patents-in-Suit, and has knowledge of the conception and development of the technology of the Patents-in-Suit and Kewazinga's technology, commercialization efforts, and communications with Google and others.<br><br>Kewazinga currently expects that Mr. Worley will testify in his personal capacity and as Kewazinga's corporate representative in response to Google's 30(b)(6) notice. | February 7, 2022 |

**Third Party Depositions**

| Third Party Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| William Johnston | Mr. Johnston has knowledge regarding the prior art system TerraVision. | January 27, 2022 |

| Third Party Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| Eric Zarakov | Mr. Zarakov has knowledge regarding the prior art system QuickTime VR. | January 14, 2022 |

### Expert Depositions

| Expert Deponent | Role/Relevant Position | Date of Deposition |
|---|---|---|
| Paul Meyer | Google currently expects Mr. Meyer to testify as an expert witnesses concerning damages-related issues. | May 24, 2022 |
| Dr. Anselmo Lastra | Google currently expects Dr. Lastra to testify as an expert witness concerning non-infringement and invalidity of the patents-in-suit. | May 25, 2022 |
| Jeffrey Lubin | Kewazinga currently expects Dr. Lubin to testify as an expert witness concerning the technology of the Patents-in-Suit, infringement, and validity. | May 19, 2022 |
| Kenneth Amron | Kewazinga currently expects that Dr. Amron will testify regarding the source code for the Accused Products. | May 27, 2022 |
| Michelle Riley | Kewazinga currently expects Ms. Riley to testify as an expert witness concerning damages. | May 18, 2022 |


Dated: November 22, 2021

*/s/ Ian G. DiBernardo*

Ian G. DiBernardo
Kenneth L. Stein
Timothy J. Rousseau
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
idibernardo@brownrudnick.com
kstein@brownrudnick.com
trousseau@brownrudnick.com

Timothy K. Gilman
Saunak K. Desai
Gregory R. Springsted
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
tgilman@stroock.com
sdesai@stroock.com
gspringsted@stroock.com

*Counsel for Plaintiff
Kewazinga Corp.*

Respectfully submitted,

*/s/ Steven M. Balcof*

John M. Desmarais
jdesmarais@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Elizabeth Weyl
eweyl@desmaraisllp.com
Ryan Dowell
rdowell@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
amodi@desmaraisllp.com
Yong Wang (*pro hac vice*)
lwang@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tuhin Ganguly (*pro hac vice pending*)
tganguly@desmaraisllp.com
**DESMARAIS LLP**
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*Counsel for
Defendant Google LLC*