**brownrudnick**

IAN G. DIBERNARDO
IDiBernardo@brownrudnick.com

February 18, 2022

> By **February 25, 2022**, Defendant shall file a response to Plaintiff's Discovery Dispute Letter at Docket No. 172, and state whether any portion of that letter requires confidential treatment. The conference scheduled for February 23, 2022, is **adjourned** to **March 2, 2022** at **11:00 a.m.** The Clerk of Court is respectfully directed to close the motion at Docket No. 171.
>
> SO ORDERED.
>
> Dated: February 22, 2022
> New York, New York
>
> */s/ Lorna G. Schofield*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ELECTRONIC FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Kewazinga Corp. v. Google LLC***, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>*Request for Permission to Redact Kewazinga's Discovery Dispute Letter*</u>

Dear Honorable Judge Schofield:

   Plaintiff Kewazinga Corp. ("Kewazinga") respectfully requests permission to file a redacted version of its concurrently filed Discovery Dispute Letter ("Letter"), with an unredacted version to be filed under seal. Kewazinga makes this request pursuant to the Local Rules of the Southern District of New York, The Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files of the Southern District of New York, and Your Honor's Individual Rule I(D)(3). Kewazinga understands that the Letter includes information which Defendant Google, LLC ("Google") has designated as confidential, and that Google may seek to redact. Although Kewazinga cannot demonstrate that the material designated by Google should be kept under seal, Kewazinga does not oppose Google's position as to those designations. As such, Kewazinga anticipates that Google will file a letter in support of this motion to seal.

   Specifically, Kewazinga requests an order granting leave to file under seal the portions as listed and identified below:

| Portion to Be Filed Under Seal | Designating Party |
| --- | --- |
| Highlighted portions in yellow of the Letter at pgs. 2-3. | Google |

Respectfully submitted,

*/s/ Ian G. DiBernardo*

Ian G. DiBernardo

cc: All Counsel (by ECF Filing)

Brown Rudnick LLP | brownrudnick.com | 7 Times Square, New York, NY, 10036 | 1.212.209.4800