UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEWAZINGA CORP.,                                            :
                                      Plaintiff.            :
                                                            :        20 Civ. 1106 (LGS)
                        -against-                           :
                                                            :               ORDER
GOOGLE LLC,                                                 :
                                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 18, 2022, Plaintiff filed a motion for a Rule 37.2 conference to

discuss discovery disputes that had arisen in this action.

    WHEREAS, Defendant filed a letter in response on February 25, 2022.

    WHEREAS, a conference was held on March 2, 2022.  For the reasons discussed at the

conference, it is hereby

    **ORDERED** that the parties are directed to meet and confer in person or by video or audio

conference in a sincere effort to clarify their positions and resolve their disputes, and by **March

8, 2022**, raise with the Court any remaining disputes by filing a joint letter.  It is further

    **ORDERED** that by **March 8, 2022**, Defendant shall file a letter stating whether it is able

to provide Plaintiff with a list of user metrics for Google Maps and Street View that Defendant

tracks in the ordinary course.  It is further

    **ORDERED** that prior to seeking the court's intervention with respect to any future

discovery disputes, the parties shall meet and confer by phone or in person in an attempt to

resolve any issues.  It is further

**ORDERED** that the parties shall work diligently to comply with the discovery deadlines set forth in the Fifth Amended Patent Case Management Plan and Scheduling Order.

Dated: March 3, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE