**brownrudnick**

IAN G. DIBERNARDO
IDiBernardo@brownrudnick.com

September 14, 2022

> The motion to seal is **GRANTED**. The confidential business information is of the type previously approved for redactions and the redactions are narrowly tailored. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The Clerk of Court is respectfully directed to maintain Dkt. No. 219 under seal, with access limited to the parties listed in the Appendix at Dkt. No. 223, and to close the motion at Dkt. No. 217.
>
> Dated: September 20, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ELECTRONIC FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>Request for Permission to Redact Kewazinga's Opposition to Google's Letter on Proposed Summary Judgment</u>

Dear Honorable Judge Schofield:

Plaintiff Kewazinga Corp. ("Kewazinga") respectfully requests permission to file a redacted version of its concurrently filed Opposition to Defendant Google LLC's ("Google") Letter on Proposed Summary Judgment ("Letter"), with an unredacted version to be filed under seal. Kewazinga makes this request pursuant to the Local Rules of the Southern District of New York, The Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files of the Southern District of New York, and Your Honor's Individual Rule I(D)(3). Kewazinga understands that the Letter may include information which Google has designated as confidential, and that Google may seek to redact. Although Kewazinga cannot demonstrate that the material designated by Google should be kept under seal, Kewazinga does not oppose Google's position as to those designations. As such, Kewazinga anticipates that Google will file a letter in support of this motion to seal.

Specifically, Kewazinga requests an order granting leave to file under seal the portions as listed and identified below:

| Portion to Be Filed Under Seal | Designating Party |
|---|---|
| Highlighted portions in yellow of the Letter at pgs. 1 and 2. | Google |


Dated: September 14, 2022

*/s/* Ian G. DiBernardo
Ian G. DiBernardo
Jason M. Sobel
Timothy J. Rousseau
Haroon N. Mian
Harold S. Laidlaw
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
idibernardo@brownrudnick.com
jsobel@brownrudnick.com
kstein@brownrudnick.com
trousseau @brownrudnick.com
hmian@brownrudnick.com
hlaidlaw@brownrudnick.com

Timothy K. Gilman
Saunak K. Desai
Gregory R. Springsted
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
tgilman@stroock.com
sdesai@stroock.com
gspringsted@stroock.com

*Counsel for Plaintiff*
*Kewazinga Corp.*

cc: All Counsel (by ECF Filing)