UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KEWAZINGA CORP.,
                Plaintiff,

-against-                           20 Civ. 1106

GOOGLE LLC, et al.,               ORDER
                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was on September 21, 2022, regarding the parties' proposed motions for summary judgment and a discovery dispute. For the reasons stated at the conference, it is hereby

      **ORDERED** that Defendants shall produce to Plaintiff's expert Mr. Gregory Kohs (or otherwise grant him access to), all materials relied upon or mentioned in the body of the expert reports of Defendants' expert, Dr. Carol Scott, but Defendants need not produce or grant access to materials designated "Highly Confidential – Attorneys' Eyes Only" that appear only in the portion of her reports listing materials she considered. It is further

      **ORDERED** that Plaintiff's request to preclude trial testimony from Dr. Scott regarding these documents is **DENIED** without prejudice and can be addressed in a motion in limine. It is further

      **ORDERED** that Plaintiff's request to strike portions of Dr. Scott's reports is **DENIED**. It is further

      **ORDERED** that Plaintiff's request that Defendants be precluded from using deposition testimony of Mr. Kohs regarding this material is **GRANTED**. It is further

      **ORDERED** that by September 28, 2022, the parties shall file a joint letter state whether the parties would like a referral to the assigned Magistrate Judge for settlement discussions, or

would prefer to retain their own private mediator.  The parties shall wait to file motions for summary judgment until after settlement discussions have been concluded.

Dated: September 22, 2022
      New York, New York

                                             LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE