

NEW YORK
SAN FRANCISCO
WASHINGTON, DC

www.desmaraisllp.com

September 28, 2022

Ameet A. Modi
San Francisco
Direct: (415) 573-1905
AModi@desmaraisllp.com

**Via Electronic Filing**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED**. An order referring the parties to the assigned Magistrate Judge for settlement discussions will issue separately. Once settlement discussions have concluded, the parties shall file a joint status letter regarding any settlement or, if a settlement is not reached, proposing next steps.
>
> Dated: September 29, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Kewazinga Corp. v. Google LLC*, No. 1:20-cv-1106-LGS (S.D.N.Y.)

Dear Honorable Judge Schofield,

Pursuant to the Court's September 22, 2022 order (Dkt. 226), the parties have conferred and hereby request referral to a Magistrate Judge for settlement discussions.

Kewazinga makes this request under the assumption that proceeding with a Court-appointed magistrate judge will allow mediation to proceed more expeditiously than with a private mediator. Accordingly, Kewazinga is amenable to the appointment of any magistrate judge with near-term availability.

Dated: September 28, 2022

Respectfully submitted,

/s/ Ian DiBernardo
Ian G. DiBernardo
Kenneth L. Stein
Jason M. Sobel
Timothy J. Rousseau
Haroon N. Mian
Harold S. Laidlaw
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
idibernardo@brownrudnick.com
jsobel@brownrudnick.com
kstein@brownrudnick.com
trousseau@brownrudnick.com
hmian@brownrudnick.com
hlaidlaw@brownrudnick.com

/s/ Ameet Modi
John M. Desmarais
jdesmarais@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Ryan Dowell
rdowell@desmaraisllp.com
Lee Matalon
lmatalon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Ameet A. Modi
amodi@desmaraisllp.com
Yong Wang (*pro hac vice*)
lwang@desmaraisllp.com
**DESMARAIS LLP**
101 California Street

Timothy K. Gilman
Saunak K. Desai
Gregory R. Springsted
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
tgilman@stroock.com
sdesai@stroock.com
gspringsted@stroock.com

*Counsel for Plaintiff*
*Kewazinga Corp.*

San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Tuhin Ganguly (*pro hac vice*)
tganguly@desmaraisllp.com
**DESMARAIS LLP**
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*Counsel for*
*Defendant Google LLC*