UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-1106-LGS <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Defendant Google LLC will move before the Honorable Lorna G. Schofield, U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of an order granting summary judgment of noninfringement in favor of Defendant Google LLC and against Plaintiff Kewazinga Corp. on all of Plaintiff Kewazinga Corp.'s claims.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendant Google LLC will rely upon the accompanying Memorandum of Law, Declaration of Ryan Dowell with exhibits, Local Rule 56.1 Statement of Undisputed Material Facts, and the Claim Construction Joint Statement and Order.

Dated: December 22, 2022               Respectfully Submitted,

/s/ *Karim Z. Oussayef*

John M. Desmarais
jdesmarais@desmaraisllp.com
Karim Z. Oussayef
koussayef@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Ryan Dowell
rdowell@desmaraisllp.com
Lee J. Matalon
lmatalon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel:    (212) 351-3400
Fax:    (212) 351-3401

Ameet A. Modi
amodi@desmaraisllp.com
Yong Wang (pro hac vice)
lwang@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, California 94111
Tel:    (415) 573-1900
Fax:    (415) 573-1901

Tuhin Ganguly (pro hac vice)
tganguly@desmaraisllp.com
**DESMARAIS LLP**
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Tel:    (202) 451-4900
Fax:    (202) 451-4901

*Attorneys for Defendant Google LLC*