# **EXHIBIT 41**



# United States Patent [19]
## Taylor

[11] Patent Number: 5,659,323
[45] Date of Patent: Aug. 19, 1997

[54] **SYSTEM FOR PRODUCING TIME-INDEPENDENT VIRTUAL CAMERA MOVEMENT IN MOTION PICTURES AND OTHER MEDIA**

[75] Inventor: **Dayton V. Taylor**, New York, N.Y.

[73] Assignee: **Digital Air, Inc.**, New York, N.Y.

[21] Appl. No.: **362,653**

[22] Filed: **Dec. 21, 1994**

[51] Int. Cl.$^6$ ........................................................ **H04N 7/18**
[52] U.S. Cl. ............................................. **348/159**; 352/133
[58] Field of Search .................................... 348/578, 579, 348/584, 38, 159, 157, 36, 42, 47, 48, 50, 64; 352/98, 121, 133, 38, 39, 44, 48, 53, 69, 70, 72, 85, 88, 242; 354/113, 110, 94, 99, 118, 174, 291, 293

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,225,651 | 12/1965 | Clay . |
| 3,482,913 | 12/1969 | Glenn, Jr. . |
| 3,508,920 | 4/1970 | Glenn, Jr. . |
| 3,518,929 | 7/1970 | Glenn, Jr. . |
| 3,682,064 | 8/1972 | Matsunaga et al. . |
| 4,037,950 | 7/1977 | Lo et al. . |
| 4,062,045 | 12/1977 | Iwane . |
| 4,158,487 | 6/1979 | Collender . |
| 4,239,359 | 12/1980 | Morioka . |
| 4,333,715 | 6/1982 | Brooks . |
| 5,004,335 | 4/1991 | Montes . |
| 5,013,147 | 5/1991 | Montes . |
| 5,049,987 | 9/1991 | Hoppenstein . |
| 5,223,925 | 6/1993 | Hattori . |
| 5,237,353 | 8/1993 | Montes . |
| 5,359,363 | 10/1994 | Kuban et al. . |

*Primary Examiner*—Amelia Au
*Attorney, Agent, or Firm*—Dorr, Carson, Sloan & Birney, P.C.

[57] **ABSTRACT**

A system for producing virtual camera motion in a motion picture medium in which an array of cameras is deployed along a preselected path with each camera focused on a common scene. Each camera is triggered simultaneously to record a still image of the common scene, and the images are transferred from the cameras in a preselected order along the path onto a sequence of frames in the motion picture medium such as motion picture film or video tape. Because each frame shows the common scene from a different viewpoint, placing the frames in sequence gives the illusion that one camera has moved around a frozen scene (i.e., virtual camera motion). In another embodiment, a two-dimensional array of video cameras is employed. Each camera synchronously captures a series of images in rapid succession over time. The resulting array of images can be combined in any order to create motion pictures having a combination of virtual camera motion and time-sequence images.

**4 Claims, 10 Drawing Sheets**



GOOG-KZGA-00016903

Fig. 11



Fig. 12



GOOG-KZGA-00016912