**brown**rudnick

HAROLD S. LAIDLAW
hlaidlaw@brownrudnick.com

March 16, 2023

**VIA ELECTRONIC FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>*Request for Oral Argument*</u>

Dear Honorable Judge Schofield:

   Plaintiff Kewazinga Corp. ("Kewazinga") respectfully requests oral argument on the summary judgment and *Daubert* motions presently pending before the Court and referenced in the letter motion of counsel for Google LLC of March 16, 2023 (Dkt. 293 at 1).

   Kewazinga joins Google's request for a joint oral hearing on the pending motions for *Daubert* and summary judgment.

   Although Kewazinga has yet to decide which counsel will argue the motions at issue, it anticipates multiple counsel will be arguing the motions presently pending.

        Respectfully submitted,

        */s/ Harold S. Laidlaw*
        Ian G. DiBernardo
        Jason M. Sobel
        Haroon N. Mian
        Harold S. Laidlaw
        **BROWN RUDNICK LLP**
        7 Times Square
        New York, New York 10036
        Tel:  (212) 209-4800
        Fax:  (212) 209-4801
        idibernardo@brownrudnick.com
        jsobel@brownrudnick.com
        hmian@brownrudnick.com
        hlaidlaw@brownrudnick.com

        Timothy K. Gilman
        Saunak K. Desai
        Gregory R. Springsted

...



Honorable Lorna G. Schofield  
March 16, 2023  
Page 2

**STROOCK & STROOCK & LAVAN LLP**  
180 Maiden Lane  
New York, New York 10038  
Tel:  (212) 806-5400  
Fax:  (212) 806-6006  
tgilman@stroock.com  
sdesai@stroock.com  
gspringsted@stroock.com

*Counsel for Plaintiff*  
*Kewazinga Corp.*

cc: All Counsel (by ECF Filing)