**DESMARAIS** LLP

www.desmaraisllp.com

NEW YORK
SAN FRANCISCO
WASHINGTON, DC

Lee J. Matalon
New York
Direct: 212-808-2918
LMatalon@desmaraisllp.com

March 24, 2023

**Via Electronic Filing**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Defendant's application for oral argument is DENIED. The pending motions shall be decided on the submitted papers. So Ordered.**

**Dated: March 27, 2023**
**New York, New York**

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Re: *Kewazinga Corp. v. Google LLC*, No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>Joint Letter Regarding Request for Oral Argument</u>

Dear Honorable Judge Schofield:

Pursuant to the Court's March 20, 2023 order (*see* D.I. 293, 297, 305), Google identifies below the junior attorneys, by name and year of law school graduation, who will argue the pending motions.[1] Kewazinga withdraws its request for oral argument for the reasons below.

**Google's Position:** Google maintains its request for oral argument and, pursuant to the conditions identified in the Court's March 20, 2023 order (D.I. 305), identifies the following junior attorneys who would argue all of the pending motions should the Court grant a hearing under those conditions:

- Deborah J. Mariottini (2019) (*pro hac vice* pending)
- Lee J. Matalon (2020)

Google also respectfully requests that the Court provide ample notice of the hearing date to give the junior attorneys the opportunity to prepare for oral argument and practice their presentations.

With respect to Kewazinga's staffing issues (see below), Google notes that it just added a new junior attorney to the team, Deborah J. Mariottini, so that she can have the opportunity to argue at the hearing. Google believes that Kewazinga should be able to respond in kind. Nevertheless, to the extent the Court is inclined to grant oral argument without seniority limitations, Google remains committed to having the above junior attorneys argue a substantial subset of the pending motions.

**Kewazinga's Withdrawal of Its Request for Oral Argument:**

Kewazinga withdraws its request for oral argument and requests that the Court decide the pending motions on the submitted papers. Only one attorney of record for Kewazinga is a junior

---

[1] Google's Motion for Summary Judgment of Noninfringement (Dkt. 249, 253); Kewazinga's Motions for Summary Judgment (Dkt. 267, 270); and Google's *Daubert* Motion to Exclude Certain Portions of the Opinions of Ms. Michele Riley (Dkt. 281, 284).

DESMARAIS LLP

Honorable Judge Schofield
March 24, 2023
Page 2

attorney.[2] However, that attorney has been largely unavailable since November 14, 2022 and on family leave since December 25, 2022 (with a scheduled return of March 27). In view of this and the Court's order that each party should identify only junior attorneys to argue the pending motions or otherwise withdraw its request for oral argument, Kewazinga respectfully withdraws its request.

---

[2] While both Brown Rudnick LLP and Stroock & Stroock & Lavan LLP remain counsel of record for Kewazinga in this case, the matter was transitioned to Brown Rudnick in 2021, and Stroock's involvement since then has been minimal, and they did not work on any of the motions pending before the Court. Also, the remaining attorneys from Stroock that are still of record are not junior attorneys.

Honorable Judge Schofield
March 24, 2023
Page 3

| Dated: March 24, 2023 | Respectfully submitted, |
|---|---|
| /s/ Ian G. DiBernardo | /s/ Lee J. Matalon |

| | |
|---|---|
| Ian G. DiBernardo<br>Jason M. Sobel<br>Harold S. Laidlaw<br>Haroon N. Mian<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>idibernardo@brownrudnick.com<br>jsobel@brownrudnick.com<br>hlaidlaw@brownrudnick.com<br>hmian@brownrudnick.com<br><br>Timothy K. Gilman<br>Saunak K. Desai<br>Gregory R. Springsted<br>**STROOCK & STROOCK & LAVAN LLP**<br>180 Maiden Lane<br>New York, New York 10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006<br>tgilman@stroock.com<br>sdesai@stroock.com<br>gspringsted@stroock.com<br><br>*Attorneys for*<br>*Plaintiff Kewazinga Corp.* | John M. Desmarais<br>jdesmarais@desmaraisllp.com<br>Karim Z. Oussayef<br>koussayef@desmaraisllp.com<br>Steven M. Balcof<br>sbalcof@desmaraisllp.com<br>Ryan Dowell<br>rdowell@desmaraisllp.com<br>Deborah J. Mariottini (*pro hac vice pending*)<br>dmariottini@desmaraisllp.com<br>Lee J. Matalon<br>lmatalon@desmaraisllp.com<br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, New York 10169<br>Tel:  (212) 351-3400<br>Fax:  (212) 351-3401<br><br>Yong Wang (*pro hac vice*)<br>lwang@desmaraisllp.com<br>**DESMARAIS LLP**<br>101 California Street<br>San Francisco, California 94111<br>Tel:  (415) 573-1900<br>Fax:  (415) 573-1901<br><br>Tuhin Ganguly (*pro hac vice*)<br>tganguly@desmaraisllp.com<br>**DESMARAIS LLP**<br>1701 Pennsylvania Avenue NW, Suite 200<br>Washington, D.C. 20006<br>Tel:  (202) 451-4900<br>Fax:  (202) 451-4901<br><br>*Attorneys for*<br>*Defendant Google LLC* |