UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, <br><br> Defendant. | Case No. 1:20-cv-1106-LGS <br><br> JURY TRIAL DEMANDED |

**KEWAZINGA CORP.'S NOTICE OF MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER REGARDING TESTIMONY OF MICHELE RILEY [D.E. 322]**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Plaintiff Kewazinga Corp. ("Kewazinga") will move before the Honorable Lorna G. Schofield, U.S.D.J, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, pursuant to Local Rule 6.3, for entry of an order: (1) reconsidering the Court's Opinion and Order dated September 29, 2023 regarding Defendant Google's Motion to Exclude Certain Portions of the Opinions of Ms. Michele Riley [D.E. 322], (2) upon reconsideration denying Defendant Google's Motion to Exclude Certain Portions of the Opinions of Ms. Michele Riley, (3) in the alternative, if the Court declines reconsideration or affirms its ruling, permitting Ms. Riley to supplement her Expert Report based on evidence of record to account for the Court's ruling, and (4) granting such other and further relief as the Court deems just and proper.

Defendant shall file a response, not to exceed the length of Plaintiff's motion, by **October 20, 2023**. So Ordered.

Dated: October 16, 2023
   New York, New York

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**