**brown**rudnick

HAROLD S. LAIDLAW
HLaidlaw@brownrudnick.com

November 2, 2023

**VIA ELECTRONIC FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED.** Plaintiff shall refile
correctly redacted versions by **November 7, 2023.**

Dated: November 3, 2023
New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)

Dear Honorable Judge Schofield:

We write to request leave to re-file further-redacted versions of

(1) Kewazinga's *Memorandum of Law in Support of Motion in Limine No. 7 to Exclude Defendant's Alleged Pre-Litigation Beliefs* (Dkt. No. 360); and

*(2)* Kewazinga's *Memorandum of Law in Support of* Daubert *Motion to Exclude the Opinions of Paul K. Meyer that Rely on a Certain License Agreement* (Dkt. No. 374).

This morning, counsel for Google contacted us to request additional redaction of one sentence each in each of the above-captioned memoranda of law, and to seal access to the publicly-filed versions of Dkt Nos. 360 and 374 pending the filing of such further redactions. We immediately contacted the ECF Clerk who has temporarily restricted access to the documents pending this request to file a correctly redacted document.

We have no objection to Google's request, which is narrowly tailored and minimal in scope, and any under-redaction in these submissions by Kewazinga was inadvertent.

We apologize for this inconvenience.

Respectfully submitted,

*/s/ Harold S. Laidlaw*

Harold S. Laidlaw

cc: All Counsel (by ECF Filing)