```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    KEWAZINGA CORP.,                                         :
                            Plaintiff,                       :
                                                             :      20 Civ. 1106
    -against-                                                :
                                                             :          ORDER
    GOOGLE LLC, et al.,                                      :
                            Defendants.                      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the trial date in this action is May 14, 2024. Due to a conflict on the Court's calendar, it is hereby

ORDERED that the trial date is **ADJOURNED** from May 14, 2024, to **July 8, 2024, at 9:45 A.M.** This action is in first place on the Court's July trial calendar. It is further

ORDERED that the final pretrial order, joint requests to charge, *voir dire*, verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **June 3, 2024.** It is further

ORDERED that the final pretrial conference will be scheduled at a date closer to trial.

Dated: March 18, 2024
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE