UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                    :
KEWAZINGA CORP.,                                    :
                          Plaintiff,                :
                                                    :              20 Civ. 1106
                                                    :
-against-                                           :
                                                    :                ORDER
GOOGLE LLC, et al.,                                 :
                          Defendants.               :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the trial date in this action is July 8, 2024.  It is hereby

  **ORDERED** that the trial date is **ADJOURNED** from July 8, 2024, to **November 12,**

**2024, at 9:45 A.M.**  This action is in first place on the Court's November trial calendar.  It is

further

  **ORDERED** that the final pretrial order, joint requests to charge, *voir dire*, verdict form

and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by

**October 11, 2024.**  It is further

  **ORDERED** that the final pretrial conference will be scheduled at a date closer to trial.

Dated: April 30, 2024
   New York, New York


LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE