**brown**rudnick

IAN G. DIBERNARDO
idibernardo@brownrudnick.com

May 2, 2024

**VIA ELECTRONIC FILING**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
        <u>Joint Letter re Mediation Position</u>

Dear Honorable Judge Schofield:

Further to the Court's Order dated April 18, 2024 (Dkt. 454) ("the Order"), the parties jointly inform the Court of the parties' position on mediation.

The parties have an interest in conducting mediation before trial but believe that unresolved issues concerning damages need to be resolved before a productive mediation can occur. Specifically, the issues are Google's anticipated *Daubert* motion directed to Michele Riley's supplemental expert opinion (Dkt. 440 at 5) (for which the Order set a briefing schedule), and Google's Motion *in Limine* relating to the admissibility of Google's advertising revenue (Dkt. 343). Consistent with the parties' prior joint letter (Dkt. 453), the parties are amenable to conducting mediation once such motions are decided.

Respectfully submitted,

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
Jason M. Sobel
Harold S. Laidlaw
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Tel:  (212) 209-4800
Fax:  (212) 209-4801
idibernardo@brownrudnick.com
jsobel@brownrudnick.com
hlaidlaw@brownrudnick.com



Honorable Lorna G. Schofield
May 2, 2024
Page 2

Rebecca M. Lecaroz (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
Tel:  (617) 856-8200
Fax:  (617) 856-8201

*Counsel for Plaintiff*
*Kewazinga Corp.*

*/s/ Karim Z. Oussayef*
John M. Desmarais
Karim Z. Oussayef
Steven M. Balcof
Leslie M. Spencer
Alyssa B. Monsen
Caitrianne Feddeler
Allan E. Carlsen
**DESMARAIS LLP**
230 Park Avenue
New York, NY  10169
Tel:      (212) 351-3400
Fax:     (212) 351-3401
jdesmarais@desmaraisllp.com
koussayef@desmaraisllp.com
sbalcof@desmaraisllp.com
lspencer@desmaraisllp.com
amonsen@desmaraisllp.com
cfeddeler@desmaraisllp.com
acarlsen@desmaraisllp.com

Tuhin Ganguly (*pro hac vice*)
Paxton Lewis (*pro hac vice*)
Rebecca Lindhorst (*pro hac vice*)
**DESMARAIS LLP**
1899701 Pennsylvania Avenue NW, Suite 4200
Washington, D.C. 20006
Tel:      (202) 451-4900
Fax:     (202) 451-4901
tganguly@desmaraisllp.com
plewis@desmaraisllp.com
rlindhorst@desmaraisllp.com



Honorable Lorna G. Schofield
May 2, 2024
Page 3

 

Andrew Trask
**WILLIAMS & CONNOLLY LLP**
680 Main Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5023
atrask@wc.com

*Counsel for Defendant
Google LLC*