UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                :
KEWAZINGA CORP,                             :
                                 Plaintiff,   :
                                                        :           20 Civ. 1106 (LGS)
                          -against-                     :
                                                        :           ORDER
GOOGLE LLC,                                      :
                                         Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the parties shall appear for a brief status conference to discuss trial logistics on **October 9, 2024, at 5:00 p.m**.  The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333.

New York, New York
Dated:  October 8, 2024

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE