UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KEWAZINGA CORPORATION,                                       :
                                      Plaintiff,             :      20 Civ. 1106 (LGS)
                                                             :
                 -against-                                   :      ORDER
                                                             :
GOOGLE LLC,                                                  :
                                      Defendant.             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, due to limitations on the number of venirepersons who may be called on any given day, jury selection cannot proceed on November 12, 2024.  It is hereby

**ORDERED** that jury selection will take place on **November 6, 2024, at 9:45 a.m**. or as soon thereafter as venirepersons are available.  It is further

**ORDERED** that the trial will then proceed as previously scheduled on November 12, 2024, beginning with the preliminary charge and the parties' opening statements, followed by Plaintiff's presentation of evidence.  The days on which the Court will sit remain unchanged.

Dated: October 16, 2024
       New York, New York

                                                      _____
                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE