Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION IN LIMINE |
|---|---|---|---|---|---|---|---|---|
| PX-0001 | KEWAZINGA-G-0000030 | KEWAZINGA-G-0000056 | | | Physical Copy of U.S. Patent No. 6,535,226 (certified) | * | ** | |
| PX-0002 | KEWAZINGA-G-0000001 | KEWAZINGA-G-0000029 | | | Physical Copy of U.S. Patent No. 6,522,325 (certified) | * | ** | |
| PX-0003 | KEWAZINGA-G-0000057 | KEWAZINGA-G-0000087 | | | Physical Copy of U.S. Patent No. 9,055,234 (certified) | * | ** | |
| PX-0004 | KEWAZINGA-G-0043460 | KEWAZINGA-G-0043470 | 1997-04-18 | | Sarnoff / Vision: Interactive Vision Applications | | F, H, R, P, I, A | |
| PX-0005 | KEWAZINGA-G-0048777 | KEWAZINGA-G-0048786 | 1998-08-11 | | Sarnoff Corporation Website | * | F, H, R, P, I, C, Q | |
| PX-0006 | KEWAZINGA-G-0046159 | KEWAZINGA-G-0046292 | 1998-11-12 | | Kewazinga Program Documents | | F, H, R, P, C, I, Q, A | |
| PX-0007 | | | | | Exhibit Withdrawn | | | |
| PX-0008 | KEWAZINGA-G-0046046 | KEWAZINGA-G-0046074 | 2000-02-07 | | Development Agreement between Sarnoff Corporation and Kewazinga Corp. | * | ** | |
| PX-0009 | KEWAZINGA-G-0046075 | KEWAZINGA-G-0046104 | 2000-02-07 | | Technology and Patent License Agreement between Sarnoff Corporation and Kewazinga Corp. | | ** | |
| PX-0010 | | | | | Exhibit Withdrawn | | | |
| PX-0011 | SRI-0001679 | SRI-0001690 | 2001-01-10 | | Historical Review of Kewazinga's Relationship with Sarnoff | | F, H, R, P, A, LA, I, Q, | |
| PX-0012 | KEWAZINGA-G-0003185 | KEWAZINGA-G-0003186 | 2005-10-05 | | Email from A. Weber to L. Smalheiser | * | F, H, R, P, LC | |
| PX-0013 | GOOG-KZGA-00002374 | GOOG-KZGA-00002376 | 2005-10-05 | | Email chain between C. Sacca, P. Chane and D. Lee | * | F, H, R, P, LC | |
| PX-0014 | KEWAZINGA-G-0003187 | KEWAZINGA-G-3187 | 2005-11-10 | | Email from A. Weber to :. Smalheiser forwarding Email from D. Lee | * | F, H, R, P, Q | |
| PX-0015 | | | | | Exhibit Withdrawn | | | |
| PX-0016 | | | | | Exhibit Withdrawn | | | |
| PX-0017 | GOOG-KZGA-00004748 | GOOG-KZGA-00004770 | 2006-01-30 | | Email from D. Worley to R MacDonald with attachments | * | F, H, R, P, Q, I | |
| PX-0018 | GOOG-KZGA-00002377 | GOOG-KZGA-00002399 | 2006-01-31 | Sherwood 14 | Email from J. Liebman to D. Lee, P. Chane and R. MacDonald | * | F, H, R, P, Q, C | |
| PX-0019 | | | | | Exhibit Withdrawn | | | |
| PX-0020 | KEWAZINGA-G-0002985 | KEWAZINGA-G-0002985 | 2006-02-15 | | Email from D. Worley to R. MacDonald | * | F, H, R, P, C, Q | |
| PX-0021 | KEWAZINGA-G-0002986 | KEWAZINGA-G-0002995 | 2006-01-00 | | Kewazinga Stategic Plan - January 2006 | * | F, H, R, P | |
| PX-0022 | | | | | Exhibit Withdrawn | | | |
| PX-0023 | | | | | Exhibit Withdrawn | | | |
| PX-0024 | | | | | Exhibit Withdrawn | | | |
| PX-0025 | GOOG-KZGA-00004353 | GOOG-KZGA-00004365 | 2006-04-12 | | Email from D. Worley to J. Feiken with attachment | * | F, H, R, P, Q, C, D, LC | |
| PX-0026 | | | | | Exhibit Withdrawn | | | |
| PX-0027 | | | | | Exhibit Withdrawn | | | |
| PX-0028 | GOOG-KZGA-00002429 | GOOG-KZGA-00002430 | 2006-04-13 | | Email chain between D. Worley and D. Lee | * | F, H, R, P, LC | |
| PX-0029 | GOOG-KZGA-00004795 | GOOG-KZGA-00004796 | 2006-04-13 | | Email chain between D. Worley to R. MacDonald | * | F, H, R, P, C, Q, LC | |
| PX-0030 | KEWAZINGA-G-0002924 | KEWAZINGA-G-0002926 | 2006-04-13 | | Email from D. Lee to D. Worley | * | F, H, R, P, C, I, Q, D, LC | |
| PX-0031 | | | | | Exhibit Withdrawn | | | |
| PX-0032 | | | | | Exhibit Withdrawn | | | |
| PX-0033 | GOOG-KZGA-00002433 | GOOG-KZGA-00002434 | 2006-04-19 | | Email chain between D. Worley and D. Lee | * | F, H, R, P, LC | |
| PX-0034 | GOOG-KZGA-00002435 | GOOG-KZGA-00002436 | 2006-04-28 | | Email chain between D. Worley and D. Lee | * | F, H, R, P, LC | |
| PX-0035 | GOOG-KZGA-00000011 | GOOG-KZGA-00000024 | 2006-06-19 | Meyer 5 | E-mail dated June 19, 2006, Subject: Kewazinga Video on FTP Site & Update Strategic Plan. | * | F, H, R, P, C, Q, D, LC | |
| PX-0036 | | | | | Exhibit Withdrawn | | | |
| PX-0037 | GOOG-KZGA-00004836 | GOOG-KZGA-00004737 | 2006-07-26 | | Email chain between D. Worley to R. MacDonald | * | F, H, R, P, Q | |
| PX-0038 | KEWAZINGA-G-0003090 | KEWAZINGA-G-0003091 | 2006-07-26 | | Email chain between D. Worley to R. MacDonald | * | F, H, R, P, LC | |
| PX-0039 | | | | | Exhibit Withdrawn | | | |
| PX-0040 | | | | | Exhibit Withdrawn | | | |
| PX-0041 | | | | | Exhibit Withdrawn | | | |
| PX-0042 | KEWAZINGA-G-0003151 | KEWAZINGA-G-0003156 | 2006-08-01 | | Email chain between D. Worley to R. MacDonald | * | F, H, R, P, LC | |
| PX-0043 | | | | | Exhibit Withdrawn | | | |
| PX-0044 | | | | | Exhibit Withdrawn | | | |
| PX-0045 | | | | | Exhibit Withdrawn | | | |
| PX-0046 | | | | | Exhibit Withdrawn | | | |
| PX-0047 | | | | | Exhibit Withdrawn | | | |
| PX-0048 | KEWAZINGA-G-0003105 | KEWAZINGA-G-0003110 | 2006-09-26 | | Email chain between D. Worley to R. MacDonald | * | F, H, R, P, LC | |
| PX-0049 | | | | | Exhibit Withdrawn | | | |
| PX-0050 | | | | | Exhibit Withdrawn | | | |
| PX-0051 | | | | | Exhibit Withdrawn | | | |
| PX-0052 | | | | | Exhibit Withdrawn | | | |
| PX-0053 | GOOG-KZGA-00056068 | GOOG-KZGA-00056090 | 2008-07-24 | | Email from A. Weber to J. Feiken | * | F, H, R, P, Q, C, D, LC | |
| PX-0054 | | | | | Exhibit Withdrawn | | | |
| PX-0055 | | | | | Exhibit Withdrawn | | | |
| PX-0056 | KEWAZINGA-G-0056091 | KEWAZINGA-G-0056112 | 2008-07-24 | | Email from A. Weber to T. Armstrong | * | F, H, R, P, Q, LC | |
| PX-0057 | | | | | Exhibit Withdrawn | | | |

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION *IN LIMINE* |
|---|---|---|---|---|---|---|---|---|
| PX-0058 | | | | | **Exhibit Withdrawn** | | | |
| PX-0059 | | | | | **Exhibit Withdrawn** | | | |
| PX-0060 | | | | | **Exhibit Withdrawn** | | | |
| PX-0061 | | | | | **Exhibit Withdrawn** | | | |
| PX-0062 | | | | | **Exhibit Withdrawn** | | | |
| PX-0063 | | | | | **Exhibit Withdrawn** | | | |
| PX-0064 | | | | | **Exhibit Withdrawn** | | | |
| PX-0065 | KEWAZINGA-G-0003273 | KEWAZINGA-G-0003274 | 2013-09-13 | | Email chain between J. Sherwood to I. DiBernardo | * | F, H, R, P, LA, LC, 408 | |
| PX-0066 | | | | | **Exhibit Withdrawn** | | | |
| PX-0067 | KEWAZINGA-G-0045794 | KEWAZINGA-G-0045872 | 2002-01-00 | | Kewazinga Business Plan January 2002 (Redacted) | * | F, H, R, P | |
| PX-0068 | | | | | **Exhibit Withdrawn** | | | |
| PX-0069 | | | | | **Exhibit Withdrawn** | | | |
| PX-0070 | | | | | **Exhibit Withdrawn** | | | |
| PX-0071 | | | | | **Exhibit Withdrawn** | | | |
| PX-0072 | | | | | **Exhibit Withdrawn** | | | |
| PX-0073 | | | | | **Exhibit Withdrawn** | | | |
| PX-0074 | | | | | **Exhibit Withdrawn** | | | |
| PX-0075 | | | | | **Exhibit Withdrawn** | | | |
| PX-0076 | | | | | **Exhibit Withdrawn** | | | |
| PX-0077 | | | | | **Exhibit Withdrawn** | | | |
| PX-0078 | KEWAZINGA-G-087215 | KEWAZINGA-G-087224 | | | EXPN.com - Axis Cam (via archive.org) and related vidoes<br><br>https://web.archive.org/web/20030409193845/http:/expn.go.com/xgames/wxg/2002/archive/axis/index.html | * | ** | |
| PX-0079 | | | | | **Exhibit Withdrawn** | | | |
| PX-0080 | | | | | **Exhibit Withdrawn** | | | |
| PX-0081 | | | | | **Exhibit Withdrawn** | | | |
| PX-0082 | KEWAZINGA-G-0000275 | KEWAZINGA-G-0000280 | 1999-03-30 | | U.S. Patent No. 6,522,325 inventor declaration | * | ** | |
| PX-0083 | KEWAZINGA-G-0000873 | KEWAZINGA-G-0000878 | 1999-03-30 | | U.S. Patent No. 6,535,226 inventor declaration | * | ** | |
| PX-0084 | KEWAZINGA-G-0002186 | KEWAZINGA-G-0002193 | 2015-05-05 | | U.S. Patent No. 9,055,234 inventor declaration | * | ** | |
| PX-0085 | KEWAZINGA-G-0000124 | KEWAZINGA-G-0000126 | 2000-08-31 | | U.S. Patent No. 6,535,226 assignment | * | ** | |
| PX-0086 | KEWAZINGA-G-0000090 | KEWAZINGA-G-0000092 | 2000-08-31 | | U.S. Patent No. 6,522,325 assignment | * | ** | |
| PX-0087 | KEWAZINGA-G-0000158 | KEWAZINGA-G-0000160 | 2018-04-12 | | U.S. Patent No. 9,055,234 assignment | * | ** | |
| PX-0088 | | | | | **Exhibit Withdrawn** | | | |
| PX-0089 | | | | | **Exhibit Withdrawn** | | | |
| PX-0090 | | | 2021-02-13 | | February 13, 2021 PTAB Petition for Inter Partes Review of '234 Patent, Google IPR2021-524 Paper No. 1 | * | F, H, R, P, BRPLE, MIL, LA | MIL |
| PX-0091 | | | 2021-02-16 | | February 16, 2021 PTAB Petition for Inter Partes Review of '325 Patent, Google IPR2021-525 Paper No. 1 | * | F, H, R, P, BRPLE, MIL, LA | MIL |
| PX-0092 | | | 2021-02-15 | | February 15, 2021 PTAB Petition for Inter Partes Review of '226 Patent, Google IPR2021-526 Paper No. 1 | * | F, H, R, P, BRPLE, MIL, LA | MIL |
| PX-0093 | | | 2021-02-16 | | February 16, 2021 PTAB Petition for Inter Partes Review of '234 Patent, Google IPR2021-527 Paper No. 1 | * | F, H, R, P, BRLPE, MIL, LA | MIL |
| PX-0094 | | | | | **Exhibit Withdrawn** | | | |
| PX-0095 | | | | | **Exhibit Withdrawn** | | | |
| PX-0096 | | | | | **Exhibit Withdrawn** | | | |
| PX-0097 | | | | | **Exhibit Withdrawn** | | | |
| PX-0098 | GOOG-KZGA-00002305 | GOOG-KZGA-00002311 | | Filip 4 | Google Street View: Capturing the World at Street Level | * | F, H, R, P, LA | |
| PX-0099 | GOOG-KZGA-00005181 | GOOG-KZGA-00005181 | | Sherwood 12 | Street View Historical Data, Overview. US and Global 2010 to 2020 | * | ** | |
| PX-0100 | GOOG-KZGA-00053523 | GOOG-KZGA-00053531 | n/a | Thomasset 14 | | * | ** | |
| PX-0101 | GOOG-KZGA-00142833 | GOOG-KZGA-00142852 | 2008-10-09 | Thomasset 3 | Street View for Client Developers | * | ** | |
| PX-0102 | GOOG-KZGA-00054150 | GOOG-KZGA-00054167 | 2015-04-24 | | Google, The Future's So Bright, I have to Use Street View | * | ** | |
| PX-0103 | GOOG-KZGA-00054210 | GOOG-KZGA-00054221 | 2015-05-08 | | | * | ** | |
| PX-0104 | | | | | **Exhibit Withdrawn** | | | |
| PX-0105 | KEWAZINGA-G-0006932 | KEWAZINGA-G-0006932 | 2007-05-29 | | Video: Google Maps Street View - launch video<br><br>https://www.youtube.com/watch?v=91wuBqlny50 | * | ** | |

Kewazinga Corp. v. Google LLC, No. 1:20-cv-1106-LGS (S.D.N.Y.)

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION IN LIMINE |
|---|---|---|---|---|---|---|---|---|
| PX-0106 | KEWAZINGA-G-0006951 | KEWAZINGA-G-0006951 | 2008-11-24 | | Video: Street View on Google Maps https://www.youtube.com/watch?v=f0y-q-pI2pQ | * | ** | |
| PX-0107 | KEWAZINGA-JL-00000081 | KEWAZINGA-JL-00000081 | 2014-03-28 | | Video: Here Maps Compared Across Nokia's Platforms https://www.youtube.com/watch?v=Ek0FQ_fqJYQ | * | F, H, R, P | |
| PX-0108 | | | | | Street View: Six New Cities https://www.youtube.com/watch?v=rsKik2Y5r5k | * | ** | |
| PX-0109 | | | | | **Exhibit Withdrawn** | | | |
| PX-0110 | KEWAZINGA-JL-00000013 | KEWAZINGA-JL-00000041 | | | Street View Videos | * | F, H, R, P, DEP | |
| PX-0111 | | | | | **Exhibit Withdrawn** | | | |
| PX-0112 | | | | | **Exhibit Withdrawn** | | | |
| PX-0113 | | | | | **Exhibit Withdrawn** | | | |
| PX-0114 | | | | | **Exhibit Withdrawn** | | | |
| PX-0115 | GOOG-KZGA-SC-000806 | GOOG-KZGA-SC-000810 | | | Source Code | * | ** | |
| PX-0116 | GOOG-KZGA 00114030 | GOOG-KZGA 00114057 | 2014-04-24 | Silverman 9 | | * | ** | |
| PX-0117 | GOOG-KZGA-00146587 | GOOG-KZGA-00146592 | 2017-04-25 | Thomasset 11 | Geometry in Street View VR | * | F, H, R, P | |
| PX-0118 | GOOG-KZGA-00 | GOOG-KZGA-00038761 | n/a | | Google Maps Platform, Geometry Library | * | ** | |
| PX-0119 | GOOG-KZGA-00377971 | GOOG-KZGA-00377971 | | | Street View metadata | * | ** | |
| PX-0120 | GOOG-KZGA-00058627 | GOOG-KZGA-00058652 | 2017-02-00 | | | * | ** | |
| PX-0121 | | | | | U.S. Patent No. 5,649,032 ("Burt") | * | ** | |
| PX-0122 | | | | | U.S. Patent No. 5,259,040 ("Hanna") | * | ** | |
| PX-0123 | | | 2013-07-04 | Marquardt 09 (2020) | Turning Photos into Street View – Google Maps with Street View, Web.archive.org | * | ** | |
| PX-0124 | GOOG-KZGA 00256187 | GOOG-KZGA 00256192 | n/a | Silverman 13 | Street View Optical Flow | * | ** | |
| PX-0125 | KEWAZINGA-GK-00000004 | KEWAZINGA-GK-00000004 | | | Exemplary Street View -Control Video | * | F, H, R, P, LA | |
| PX-0126 | KEWAZINGA-GK-00000005 | KEWAZINGA-GK-00000005 | | | | * | F, H, R, P, LA | |
| PX-0127 | | | | | **Exhibit Withdrawn** | | | |
| PX-0128 | | | | | **Exhibit Withdrawn** | | | |
| PX-0129 | GOOG-KZGA-00022914 | GOOG-KZGA-00023157 | 2015-11-20 | Lubin | | * | ** | |
| PX-0130 | GOOG-KZGA-00351048 | GOOG-KZGA-00351048 | | | | * | F, H, R, P, LA | |
| PX-0131 | GOOG-KZGA-00351049 | GOOG-KZGA-00351049 | | | Mobile Courthouse video with transitions | * | ** | |
| PX-0132 | n/a | n/a | 2011-05-00 | Silverman 16 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |
| PX-0133 | n/a | n/a | 2011-03-00 | Silverman 17 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |
| PX-0134 | n/a | n/a | 2011-03-00 | Silverman 18 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |
| PX-0135 | n/a | n/a | 2011-03-00 | Silverman 19 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |
| PX-0136 | n/a | n/a | 2011-03-00 | Silverman 20 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |
| PX-0137 | n/a | n/a | 2011-03-00 | Silverman 21 | Part of a series of transitions screenshots. | * | F, H, R, P, V, U, BRPLE, Q | |

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION *IN LIMINE* |
|---|---|---|---|---|---|---|---|---|
| PX-0138 | | | | | **Exhibit Withdrawn** | | | |
| PX-0139 | | | | | **Exhibit Withdrawn** | | | |
| PX-0140 | | | | | **Exhibit Withdrawn** | | | |
| PX-0141 | GOOG-KZGA_SC_000169 | GOOG-KZGA_SC_000186 | | | Source Code ‡ | * | ** | |
| PX-0142 | GOOG-KZGA_SC_000463 | GOOG-KZGA_SC_000479 | | | Source Code | * | ** | |
| PX-0143 | GOOG-KZGA_SC_001313 | GOOG-KZGA_SC_001314 | | | Source Code | * | ** | |
| PX-0144 | GOOG-KZGA_SC_001618 | GOOG-KZGA_SC_001620 | | | Source Code | * | ** | |
| PX-0145 | GOOG-KZGA_SC_000187 | GOOG-KZGA_SC_000191 | | | Source Code | * | ** | |
| PX-0146 | GOOG-KZGA_SC_000288 | GOOG-KZGA_SC_000316 | | | Source Code | * | ** | |
| PX-0147 | GOOG-KZGA_SC_000375 | GOOG-KZGA_SC_000387 | | | Source Code | * | ** | |
| PX-0148 | GOOG-KZGA_SC_000407 | GOOG-KZGA_SC_000434 | | | Source Code | * | ** | |
| PX-0149 | GOOG-KZGA_SC_000463 | GOOG-KZGA_SC_000479 | | | Source Code | * | ** | |
| PX-0150 | GOOG-KZGA_SC_000485 | GOOG-KZGA_SC_000489 | | | Source Code | * | ** | |
| PX-0151 | GOOG-KZGA_SC_000490 | GOOG-KZGA_SC_000492 | | | Source Code | * | ** | |
| PX-0152 | GOOG-KZGA_SC_000497 | GOOG-KZGA_SC_000508 | | | Source Code | * | ** | |
| PX-0153 | GOOG-KZGA_SC_000514 | GOOG-KZGA_SC_000527 | | | Source Code | * | ** | |
| PX-0154 | GOOG-KZGA_SC_000534 | GOOG-KZGA_SC_000603 | | | Source Code | * | ** | |
| PX-0155 | GOOG-KZGA_SC_000768 | GOOG-KZGA_SC_000772 | | | Source Code | * | ** | |
| PX-0156 | GOOG-KZGA_SC_000774 | GOOG-KZGA_SC_000778 | | | Source Code | * | ** | |
| PX-0157 | GOOG-KZGA_SC_000783 | GOOG-KZGA_SC_000787 | | | Source Code | * | ** | |
| PX-0158 | GOOG-KZGA_SC_000838 | GOOG-KZGA_SC_000845 | | | Source Code | * | ** | |
| PX-0159 | GOOG-KZGA_SC_000854 | GOOG-KZGA_SC_000862 | | | Source Code | * | ** | |
| PX-0160 | GOOG-KZGA_SC_000863 | GOOG-KZGA_SC_000863 | | | Source Code | * | ** | |
| PX-0161 | GOOG-KZGA_SC_000931 | GOOG-KZGA_SC_000937 | | | Source Code | * | ** | |
| PX-0162 | GOOG-KZGA_SC_000949 | GOOG-KZGA_SC_000953 | | | Source Code | * | ** | |
| PX-0163 | GOOG-KZGA_SC_000975 | GOOG-KZGA_SC_000984 | | | Source Code | * | ** | |
| PX-0164 | GOOG-KZGA_SC_000985 | GOOG-KZGA_SC_000995 | | | Source Code | * | ** | |
| PX-0165 | GOOG-KZGA_SC_001273 | GOOG-KZGA_SC_001277 | | | Source Code | * | ** | |
| PX-0166 | GOOG-KZGA_SC_001289 | GOOG-KZGA_SC_001301 | | | Source Code | * | ** | |
| PX-0167 | GOOG-KZGA_SC_001317 | GOOG-KZGA_SC_001321 | | | Source Code | * | ** | |
| PX-0168 | GOOG-KZGA_SC_001328 | GOOG-KZGA_SC_001331 | | | Source Code | * | ** | |
| PX-0169 | GOOG-KZGA_SC_001352 | GOOG-KZGA_SC_001381 | | | Source Code | * | ** | |
| PX-0170 | GOOG-KZGA_SC_001475 | GOOG-KZGA_SC_001479 | | | Source Code | * | ** | |
| PX-0171 | GOOG-KZGA_SC_001491 | GOOG-KZGA_SC_001494 | | | Source Code | * | ** | |
| PX-0172 | GOOG-KZGA_SC_001528 | GOOG-KZGA_SC_001533 | | | Source Code | * | ** | |
| PX-0173 | GOOG-KZGA_SC_001586 | GOOG-KZGA_SC_001602 | | | Source Code | * | ** | |
| PX-0174 | GOOG-KZGA_SC_001606 | GOOG-KZGA_SC_001614 | | | Source Code | * | ** | |
| PX-0175 | GOOG-KZGA_SC_001615 | GOOG-KZGA_SC_001616 | | | Source Code | * | ** | |
| PX-0176 | GOOG-KZGA_SC_001618 | GOOG-KZGA_SC_001620 | | | Source Code | * | ** | |
| PX-0177 | GOOG-KZGA_SC_001626 | GOOG-KZGA_SC_001633 | | | Source Code | * | ** | |
| PX-0178 | GOOG-KZGA_SC_001635 | GOOG-KZGA_SC_001635 | | | Source Code | * | ** | |
| PX-0179 | GOOG-KZGA_SC_001641 | GOOG-KZGA_SC001672 | | | Source Code | * | ** | |
| PX-0180 | GOOG-KZGA_SC_001712 | GOOG-KZGA_SC_001712 | | | Source Code | * | ** | |
| PX-0181 | GOOG-KZGA_SC_001739 | GOOG-KZGA_SC_001745 | | | Source Code | * | ** | |
| PX-0182 | GOOG-KZGA_SC_001807 | GOOG-KZGA_SC_001817 | | | Source Code | * | ** | |
| PX-0183 | GOOG-KZGA_SC_001826 | GOOG-KZGA_SC_001837 | | | Source Code | * | ** | |
| PX-0184 | GOOG-KZGA_SC_001889 | GOOG-KZGA_SC_001890 | | | Source Code | * | ** | |
| PX-0185 | GOOG-KZGA_SC_000509 | GOOG-KZGA_SC_000513 | | | Source Code | * | ** | |
| PX-0186 | GOOG-KZGA_SC_001278 | GOOG-KZGA_SC_001282 | | | Source Code | * | ** | |
| PX-0187 | GOOG-KZGA_SC_001305 | GOOG-KZGA_SC_001307 | | | Source Code | * | ** | |
| PX-0188 | GOOG-KZGA_SC_001389 | GOOG-KZGA_SC_001419 | | | Source Code | * | ** | |
| PX-0189 | GOOG-KZGA_SC_001435 | GOOG-KZGA_SC_001452 | | | Source Code | * | ** | |

Case 1:20-cv-01106-LGS   Document 551   Filed 10/20/24   Page 5 of 8

Kewazinga Corp. v. Google LLC, No. 1:20-cv-1106-LGS (S.D.N.Y.)

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION *IN LIMINE* |
|---|---|---|---|---|---|---|---|---|
| PX-0190 | GOOG-KZGA_SC_001457 | GOOG-KZGA_SC_001465 | | | Source Code | * | ** | |
| PX-0191 | | | | | **Exhibit Withdrawn** | | | |
| PX-0192 | | | | | **Exhibit Withdrawn** | | | |
| PX-0193 | KEWAZINGA-GK-00000001 | KEWAZINGA-GK-00000001 | | | | * | F, H, R, P, 1006, LA , Q, BRPLE | |
| PX-0194 | KEWAZINGA-GK-00000002 | KEWAZINGA-GK-00000002 | | | | * | F, H, R, P, 1006, LA, Q, BRPLE | |
| PX-0195 | KEWAZINGA-GK-00000003 | KEWAZINGA-GK-00000003 | | | | * | F, H, R, P, 1006, LA, Q, BRPLE | |
| PX-0196 | KEWAZINGA-GK-00000049 | KEWAZINGA-GK-00000049 | | | | * | F, H, R, P, 1006, Q, BRPLE | |
| PX-0197 | KEWAZINGA-GK-00000050 | KEWAZINGA-GK-00000050 | | | | * | F, H, R, P, 1006, Q, BRPLE | |
| PX-0198 | | | | | **Exhibit Withdrawn** | | | |
| PX-0199 | | | | | **Exhibit Withdrawn** | | | |
| PX-0200 | n/a | n/a | 2022-07-08 | | Exhibit 3 to Expert Report of Gregory Kohs | * | F, H, R, P, 1006, N, BRPLE, D, E, LC, O | |
| PX-0201 | n/a | n/a | 2022-07-08 | | Exhibit 4 to Expert Report of Gregory Kohs | * | F, H, R, P, 1006, N, BRPLE, D, E, LC, O | |
| PX-0202 | n/a | n/a | 2022-07-08 | | Exhibit 5 to Expert Report of Gregory Kohs | * | F, H, R, P, 1006, N, BRPLE, D, E, LC, O | |
| PX-0203 | n/a | n/a | 2022-07-08 | | Exhibit 6 to Expert Report of Gregory Kohs | * | F, H, R, P, BRPLE, D, E, LC, O | |
| PX-0204 | n/a | n/a | 2022-07-08 | | Exhibit 7 to Expert Report of Gregory Kohs | * | F, H, R, P, N, BRPLE, C, D, E, LC, O | |
| PX-0205 | | | | | **Exhibit Withdrawn** | | | |
| PX-0206 | | | | | **Exhibit Withdrawn** | | | |
| PX-0207 | | | | | **Exhibit Withdrawn** | | | |
| PX-0208 | | | | | **Exhibit Withdrawn** | | | |
| PX-0209 | GOOG-KZGA-00351031 | GOOG-KZGA-00351031 | n/a | Saidon 5 | | * | ** | |
| PX-0210 | GOOG-KZGA-00377037 | GOOG-KZGA-00377037 | n/a | Saidon 8 | | * | ** | |
| PX-0211 | GOOG-KZGA-00346749 | GOOG-KZGA-00346749 | n/a | Saidon 3 | | * | ** | |
| PX-0212 | GOOG-KZGA-00377040 | GOOG-KZGA-00377040 | | Marquardt 7 (2022) | | * | ** | |
| PX-0213 | GOOG-KZGA-00377036 | GOOG-KZGA-00377036 | | Marquardt 11 (2022) | | * | ** | |
| PX-0214 | | | | | Exhibit 11 to Opening Expert Report of Michele Riley | * | F, H, R, P, 1006, BRPLE, D, E, LC, O, MIL; LA | MIL |
| PX-0215 | | | | | Exhibits 5.1, 5.2 to Opening Expert Report of Michele Riley | * | F, H, R, P, 1006, BRPLE, C, D, E, LC, O, MIL | MIL |
| PX-0216 | | | | | Exhibits 6.1, 6.2 to Opening Expert Report of Michele Riley | * | F, H, R, P, 1006, BRPLE, C, D, E, LC, O, MIL | MIL |
| PX-0217 | | | | | **Exhibit Withdrawn** | | | |
| PX-0218 | | | | | **Exhibit Withdrawn** | | | |
| PX-0219 | | | | | **Exhibit Withdrawn** | | | |
| PX-0220 | | | | | **Exhibit Withdrawn** | | | |
| PX-0221 | | | | | **Exhibit Withdrawn** | | | |
| PX-0222 | | | | | **Exhibit Withdrawn** | | | |
| PX-0223 | | | | | **Exhibit Withdrawn** | | | |
| PX-0224 | | | 2016-12-31 | | Alphabet Inc. Form 10-K for the Fiscal Year Ended December 31, 2016 | * | ** | |
| PX-0225 | | | 2017-12-32 | | Alphabet Inc. Form 10-K for the Fiscal Year Ended December 31, 2017 | * | ** | |
| PX-0226 | | | 2018-12-31 | | Alphabet Inc. Form 10-K for the Fiscal Year Ended December 31, 2018 | * | ** | |
| PX-0227 | | | 2019-12-31 | | Alphabet Inc. Form 10-K for the Fiscal Year Ended December 31, 2019 | * | ** | |
| PX-0228 | | | 2020-12-31 | | Alphabet Inc. Form 10-K for the Fiscal Year Ended December 31, 2020 | * | ** | |
| PX-0229 | | | | | **Exhibit Withdrawn** | | | |
| PX-0230 | GOOG-KZGA-00080195 | GOOG-KZGA-00080208 | 2016-02-00 | Hylton 3 | | * | F, H, R, P, Q | |
| PX-0231 | GOOG-KZGA-00377045 | GOOG-KZGA-00377045 | n/a | Hylton 5 | | * | ** | |
| PX-0232 | GOOG-KZGA-00347238 | GOOG-KZGA-00347238 | | Marquardt 4 (2022) | | * | ** | |
| PX-0233 | GOOG-KZGA-00347239 | GOOG-KZGA-00347239 | | Marquardt 5 (2022) | | * | ** | |
| PX-0234 | | | | | Exhibit 7 to Opening Expert Report of Michele Riley | * | F, H, R, P, 1006, BRPLE, D, E, LC, O, MIL; LA | MIL |
| PX-0235 | GOOG-KZGA-00336348 | GOOG-KZGA-00336350 | 2021-02-23 | Saidon 16 | | * | F, H, R, P, MIL, Q, LA | MIL |
| PX-0236 | | | | | https://cloud.google.com/maps-platform/pricing/#matrix | * | F, H, R, P, U | |
| PX-0237 | KEWAZINGA-G-0005915 | KEWAZINGA-G-0005922 | | | Google Maps Platform, Pricing Table | * | F, H, R, P | |
| PX-0238 | SRI-0000218 | SRI-0000248 | 2000-09-14 | Riley 12 | | | F, H, R, P, A, LA, Q | |
| PX-0239 | SRI-0004101 | SRI-0004131 | 2000-02-07 | | | | F, H, R, P, A, Q | |
| PX-0240 | | | | | **Exhibit Withdrawn** | | | |

Case 1:20-cv-01106-LGS   Document 551   Filed 10/20/24   Page 6 of 8

Kewazinga Corp. v. Google LLC, No. 1:20-cv-1106-LGS (S.D.N.Y.)

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION *IN LIMINE* |
|---|---|---|---|---|---|---|---|---|
| PX-0241 | | | | | **Exhibit Withdrawn** | | | |
| PX-0242 | | | | | **Exhibit Withdrawn** | | | |
| PX-0243 | | | | | **Exhibit Withdrawn** | | | |
| PX-0244 | | | | | **Exhibit Withdrawn** | | | |
| PX-0245 | | | | | **Exhibit Withdrawn** | | | |
| PX-0246 | | | | | **Exhibit Withdrawn** | | | |
| PX-0247 | GOOG-KZGA-00119663 | GOOG-KZGA-00119692 | 2013-01-23 | | | * | F, H, R, P, MIL, 1006, LA | MIL |
| PX-0248 | GOOG-KZGA-00047617` | GOOG-KZGA- 00047668 | 2016 | Marquardt 18 (2022) | Global Media Coverage Street View 2016 through Q1 2017 | * | F, H, R, P, MIL, 1006, LA | MIL |
| PX-0249 | | | | | **Exhibit Withdrawn** | | | |
| PX-0250 | KEWAZINGA-MR-00001076 | KEWAZINGA-MR-00001096 | 2007-01-31 | | Google Inc., Q4 2006 Earnings Call, January 31, 2007 | * | ** | |
| PX-0251 | KEWAZINGA-MR-00001097 | KEWAZINGA-MR-00001115 | 2007-07-19 | | Google Inc., Q2 2007 Earnings Call, July 19, 2007 | * | ** | |
| PX-0252 | KEWAZINGA-MR-00001116 | KEWAZINGA-MR-00001127 | 2015-03-02 | | Google Inc. Presents at Morgan Stanley 2015 Technology, Media & Telecom Conference, March 2, 2015. | * | ** | |
| PX-0253 | KEWAZINGA-MR-00001128 | KEWAZINGA-MR-00001146 | 2015-10-22 | | Alphabet Inc., Q3 2015 Earnings Call, October 22, 2015 | * | ** | |
| PX-0254 | KEWAZINGA-MR-00001147 | KEWAZINGA-MR-00001165 | 2016-10-27 | | Alphabet Inc., Q3 2016 Earnings Call, October 27, 2016 | * | ** | |
| PX-0255 | | | | | **Exhibit Withdrawn** | | | |
| PX-0256 | GOOG-KZGA-00295396 | GOOG-KZGA-00295471 | 2013-08-06 | Hylton 6 | Deposition of Timothy Ritters in Transcenic v. Google dated August 6, 2013 | * | F, H, R, P, DEP, BRPLE, MIL | MIL |
| PX-0257 | GOOG-KZGA-00210250 | GOOG-KZGA-00210251 | 2007-02-13 | Filip 2 | | * | F, H, R, P, | |
| PX-0258 | GOOG-KZGA-00002115 | GOOG-KZGA-00002186 | 2015-06-24 | Marquardt 17 (2020) | | * | ** | |
| PX-0259 | GOOG-KZGA-00157085 | GOOG-KZGA-00157132 | 2015-02-06 | | | * | ** | |
| PX-0260 | GOOG-KZGA-00184177 | GOOG-KZGA-00184179 | 2008-09-29 | Filip 11 | | * | F, H, R, P, Q, MIL | MIL |
| PX-0261 | GOOG-KZGA-00297759 | GOOG-KZGA- 00297774 | | | Google Street View Marketing Kit | * | ** | |
| PX-0262 | GOOG-KZGA-00350690 | GOOG-KZGA- 00350952 | 2014-04-00 | Marquardt 20 (2022) | Google Map CSAT, Q2-2014 | * | F, H, R, P, 1006, MIL | MIL |
| PX-0263 | GOOG-KZGA-00006200 | GOOG-KZGA- 00006203 | 2016-08-17 | | | * | | |
| PX-0264 | GOOG-KZGA-00123242 | GOOG-KZGA- 00123400 | | Marquardt 19 (2022) | | * | F, H, R, P, MIL, 1006, Q, LA | MIL |
| PX-0265 | GOOG-KZGA-00348511 | GOOG-KZGA- 00348847 | 2013-04-00 | | Google Maps Tracking Study - Wave 4, April 2013 | * | ** | |
| PX-0266 | | | | | **Exhibit Withdrawn** | | | |
| PX-0267 | | | | | **Exhibit Withdrawn** | | | |
| PX-0268 | | | | | **Exhibit Withdrawn** | | | |
| PX-0269 | | | | | **Exhibit Withdrawn** | | | |
| PX-0270 | | | | | Google Street View https://www.google.com/streetview/. | * | ** | |
| PX-0271 | | | | | **Exhibit Withdrawn** | | | |
| PX-0272 | | | | | **Exhibit Withdrawn** | | | |
| PX-0273 | | | | | **Exhibit Withdrawn** | | | |
| PX-0274 | | | | | **Exhibit Withdrawn** | | | |
| PX-0275 | GOOG-KZGA-00377044 | GOOG-KZGA-00377044 | n/a | Hylton 4 | | * | ** | |
| PX-0276 | | | | | **Exhibit Withdrawn** | | | |
| PX-0277 | | | | | **Exhibit Withdrawn** | | | |
| PX-0278 | GOOG-KZGA-00235593 | GOOG-KZGA- 00235652 | 2014-03-00 | Marquardt 21 (2022) | | * | ** | |
| PX-0279 | | | | | **Exhibit Withdrawn** | | | |
| PX-0280 | | | | | **Exhibit Withdrawn** | | | |
| PX-0281 | | | | | **Exhibit Withdrawn** | | | |
| PX-0282 | | | 2016-2019 | | Attachment 13 to Expert Rebuttal Report of Paul K. Meyer, Summary of Street View Interactions as a Percentage of Estimated Local Searches 2016 - 2019 | * | F, H, R, P, 1006, MIL, E, LC, BRPLE, O | MIL |
| PX-0283 | | | | | Exhibits 1 -14 to the Amended Opening Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0284 | | | | | **Exhibit Withdrawn** | | | |
| PX-0285 | | | | | **Exhibit Withdrawn** | | | |
| PX-0286 | | | | | **Exhibit Withdrawn** | | | |
| PX-0287 | | | | | **Exhibit Withdrawn** | | | |
| PX-0288 | | | | | Amended Exhibit 2.1 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |

Kewazinga Corp. v. Google LLC, No. 1:20-cv-1106-LGS (S.D.N.Y.)

Kewazinga Corp's Amended Proposed Trial Exhibit List

| EX. NO. | BATES NO. (BEG) | BATES NO. (END) | DOCUMENT DATE | DEP EX. NO. | DESCRIPTION | AUTHENTICITY | OBJECTION | MOTION *IN LIMINE* |
|---|---|---|---|---|---|---|---|---|
| PX-0289 | | | | | Amended Exhibit 2.2 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0290 | | | | | Amended Exhibit 3.1 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0291 | | | | | Amended Exhibit 3.2 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0292 | | | | | Amended Exhibit 4.1 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0293 | | | | | Amended Exhibit 4.2 to Amended Opening Expert Report of Michele Riley | * | F, H, R, P, U, Q, LC, E, D, 1006, BRPLE, IDR, C, O, MIL | MIL |
| PX-0294 | GOOG-KZGA-00294052 | GOOG-KZGA-00294073 | 2024-11-02 | Meyer 10 (2024) Riley 7 (2024) | | * | F, H, R, P, MIL, I | |
| PX-0295 | GOOG-KZGA-00294225 | GOOG-KZGA-00294238 | 2012-06-00 | Meyer 11 (2024) | | * | F, H, R, P, MIL, I | |
| PX-0296 | GOOG-KZGA-00357528 | GOOG-KZGA-00357633 | 2013 | Meyer 12 (2024) | | * | F, H, R, P, MIL | |
| PX-0297 | | | | | **Exhibit Withdrawn** | | | |
| PX-0298 | | | | | **Exhibit Withdrawn** | | | |
| PX-0299 | | | | | **Exhibit Withdrawn** | | | |
| PX-0300 | | | | | **Exhibit Withdrawn** | | | |
| PX-0301 | | | | | **Exhibit Withdrawn** | | | |
| PX-0302 | | | | | **Exhibit Withdrawn** | | | |
| PX-0303 | | | | | **Exhibit Withdrawn** | | | |
| PX-0304 | | | 2002-10-31 | | International Patent Application No. WO 02/087219 A2 | * | ** | |
| PX-0305 | KEWAZINGA-G-0052651 | KEWAZINGA-G-0052683 | 1996-02-27 | | U.S. Patent No. 5,495,576 | * | ** | |
| PX-0306 | KEWAZINGA-G-0003745 | KEWAZINGA-G-0003767 | 2016-03-22 | | U.S. Patent No. 9,294,757 | * | ** | |
| PX-0307 | KEWAZINGA-G-0003732 | KEWAZINGA-G-0003744 | 2016-10-18 | | U.S. Patent No. 9,473,745 | * | ** | |
| PX-0308 | KEWAZINGA-G-0003718 | KEWAZINGA-G-0003731 | 2018-07-24 | | U.S. Patent No. 10,033,992 | * | ** | |
| PX-0309 | GOOG-KZGA-00196344 | GOOG-KZGA-00196408 | 2015-06-22 | Siverman 10 | | * | ** | |
| PX-0310 | GOOG-KZGA-00019454 | GOOG-KZGA-00019466 | 2007-07 | | City Block API | * | ** | |
| PX-0311 | GOOG-KZGA-00218211 | GOOG-KZGA-00218211 | 2008-03-26 | Filip 5 | Email from S. Lafon to buganizer-system+33463+1089025@google.com | * | F, H, R, P | |
| PX-0312 | | | | | Metadata from: http://cbk0.google.com/cbk?output=xml&ll=37.795508,-122.394712&cb_client=api | | F, H, R, P, BRPLE, E, O, LC, D, A | |
| PX-0313 | GOOG-KZGA-00175454 | GOOG-KZGA-00175454 | 2008-10-27 | Filip 7 | Email from S. Chau to D. Filip | * | F, H, R, P | |
| PX-0314 | GOOG-KZGA-00019838 | GOOG-KZGA-00019844 | 2008-03-13 | Silverman 14 | | * | ** | |
| PX-0315 | | | | | NMEA data, Web.archive.org | * | F, H, R, P, U | |
| PX-0316 | | | | 1984 | World Geodetic System 1984 | | F, H, R, P, U, A | |
| PX-0317 | | | | | Mozilla Developer Network, WebGLRenderingContext.blendFuncSeparate(), Web.archive.org | * | F, H, R, P, U | |
| PX-0318 | | | | | Projective Texture Mapping, Web.archive.org | | F, H, R, P, U, A | |
| PX-0319 | GOOG-KZGA_SC_0001313 | GOOG-KZGA_SC_0001314 | | | Source Code | * | ** | |
| PX-0320 | GOOG-KZGA_SC_0001699 | GOOG-KZGA_SC_0001699 | | | Source Code | * | ** | |
| PX-0321 | GOOG-KZGA-00116459 | GOOG-KZGA-00116545 | 2017-03-21 | | | * | ** | |
| PX-0322 | | | 2009-05-29 | | Video: Smart Navigation for Street View https://www.youtube.com/watch?v=yx7arHbQkKA | * | ** | |
| PX-0323 | KEWAZINGA-G-0086996 | KEWAZINGA-G-0086997 | 2022-11-02 | | Webpage: Use Street View in Google Maps | * | | |
| PX-0324 | KEWAZINGA-G-0087051 | KEWAZINGA-G-0087053 | 2021-12-14 | | Webpage: Use Street View in Google Maps | * | | |

‡ Plaintiff reserves the right to supplement all source code exhibits with slip sheets providing identifying information, including filename, directory, reference to code version or date information, and other pertinent identifying information.

| **Objection Legend** ||
| Symbol | Objection |
|---|---|
| 1006 | Improper or misleading summary or compilation (Fed. R. Evid. 1006) |
| * | No authenticity objection |
| ** | No objection |
| A | Authentication/Rule 901-902 |
| BE | Best Evidence (Rule 1002) |
| BRPLE | Brief, pleading, order, or evidence report and is not evidence |
| DEP | Improper use of deposition testimony or exhibit |
| C | Compilation/Multiple Documents |
| D | Duplicative Exhibit or Testimony/Cumulative |
| E | Improper Expert Testimony |
| F | Foundation/Speculation/Personal Knowledge (Rule 602) |
| H | Hearsay (Rules 801-805) |
| I | Incomplete/Illegible (e.g., Fed. R. Evid. 106) |
| LA | Limited Admissibility; to the extent that the Court finds this exhibit admissible for any purpose, Google reserves the right to seek a limiting instruction for the use of this exhibit at trial |
| LC | Legal Conclusion |
| N | Document produced Natively/Underlying Native Document Not Provided |
| O | Opinion; improper lay/expert opinion (e.g., Fed. R. Evid. 701-703) |
| P | Unduly prejudicial |
| R | Relevance (Rules 401-402) |
| T | Translation Not Provided |
| U | Untimely/Late Disclosure/Late Production/Not Produced |
| V | Vague/Ambiguous |
| Q | Objectional because copy is illegible or otherwise low quality, entry includes multiple documents, wrong document identified, incorrectly described, document not provided, wrong bates number identified |
| 408 | Settlement discussion/compromise (Fed. R. Evid. 408) |
| MIL | Subject of a Court Order/Pending Motion/Forthcoming MIL |
| IDR | Improper use of discovery response |