UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KEWAZINGA CORP.,
                              Plaintiff,

                 -against-                  20 Civ. 1106 (LGS)

                                                                 ORDER
GOOGLE, LLC,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the final pretrial conference was held on October 22, 2024. As discussed at the conference, it is hereby

       **ORDERED** that, by the dates and times below (which supersede any inconsistent deadlines set at the conference) the parties shall undertake the following:

1. by **October 25, 2024, 5:00 P.M.**, the parties shall file letters including any proposed revisions the list of individuals who will be introduced to the jury as counsel or assisting counsel, or as potential witnesses or people whose names may be mentioned;

2. by **October 24, 2024, at noon**, the parties shall exchange revised lists of exhibits and written discovery each party intends to introduce at trial, reflecting the guidance provided at the conference. By **October 25, 2024 at noon**, the parties shall confer and file revised exhibit lists (including written discovery), clearly showing which items may be preadmitted at the beginning of trial (either by agreement or by a ruling or by applying a similar ruling), and which documents have outstanding objections. The parties may file a letter identifying any outstanding issues for the Court to address. If documents with outstanding objections are voluminous, the Court may convene another conference to address them;

2

3. by **October 24, 2024, at noon**, Defendant shall file a letter with argument and case law regarding item #3 in Kewazinga's objection letter (Dkt. 540), exhibits relating to features of Kewazinga's prototype product, particularly on the issues of infringement and willfulness. By **October 28, 2024**, Plaintiff shall file a letter response;

4. by **October 28, 2024**, Plaintiff shall file a letter with argument and case law regarding its proposal to seek a certain amount or more in damages.  Defendant shall file a response by **October 30, 2024**.

Dated: October 23, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE