IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:20-CV-1106-LGS <br><br> **JURY TRIAL DEMANDED** <br><br> Plaintiff shall file a letter response by **October 29, 2024**. Defendant shall not file a reply unless requested. <br><br> Dated: October 23, 2024 <br> New York, New York <br><br> */s/ Lorna G. Schofield* <br> **LORNA G. SCHOFIELD** <br> **UNITED STATES DISTRICT JUDGE** |

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION TO PRECLUDE KEWAZINGA CORP. FROM OFFERING EVIDENCE OR TESTIMONY ON GOOGLE FINANCIAL INFORMATION NOT RELIED UPON IN MS. RILEY'S ROYALTY CALCULATION AND TO PRECLUDE USE OF SEARCH ADVERTISING AS A "REASONABLENESS CHECK"**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Defendant Google LLC will move before the Honorable Lorna G. Schofield, U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, under Federal Rules of Evidence 401 and 403 of the Federal Rules of Evidence, to exclude *in limine* Plaintiff Kewazinga Corp. from offering evidence or testimony on Google financial information not relied upon in Ms. Riley's royalty calculation and to preclude use of Search advertising as a "reasonableness check."

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant Google LLC will rely upon the accompanying Memorandum of Law and all the proceedings and pleadings herein.

Dated: October 21, 2024

Respectfully submitted,
*/s/Tuhin Ganguly*
Tuhin Ganguly

Tuhin Ganguly (*pro hac vice*)
tganguly@desmaraisllp.com
Rebecca Lindhorst (*pro hac vice*)
rlindhorst@desmaraisllp.com
Anthony Pericolo
apericolo@desmaraisllp.com
**DESMARAIS LLP**
1899 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006
Tel:   (202) 451-4900
Fax:   (202) 451-4901

Andrew V. Trask
Amy M. Saharia
atrask@wc.com
asaharia@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5023
Fax: (202) 434-5029

John M. Desmarais
jdesmarais@desmaraisllp.com
Karim Z. Oussayef
koussayef@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Leslie M.F. Spencer
lspencer@desmaraisllp.com
Lee Matalon
lmatalon@desmaraisllp.com
Deborah J. Mariottini
dmariottini@desmaraisllp.com
Caitrianne Feddeler
cfeddeler@desmaraisllp.com
Allan E. Carlsen
acarlsen@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel:  (212) 351-3400
Fax:  (212) 351-3401

*Counsel for
Defendant Google LLC*