UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                                     :

KEWAZINGA CORP.,                :

                Plaintiff,   :

                        :          20 Civ. 1106 (LGS)

         -against-          :

                        :            ORDER

GOOGLE, LLC,                  :

               Defendant.   :

                        :

-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, both parties have filed letters related to their outstanding objections to

documents intended to be introduced at trial, and Plaintiff has filed a letter regarding the use of

non-elected prior art.  It is hereby

     **ORDERED** that any party wishing to respond may do so by **October 31, 2024, at noon**.

Dated:  October 28, 2024
        New York, New York

                                    LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE