**brown**rudnick

IAN G. DIBERNARDO
idibernardo@brownrudnick.com

Plaintiff's application to strike Defendant's reply brief is **DENIED** as moot given the Order at Dkt. 606.

October 31, 2024

Dated: November 1, 2024
New York, New York

VIA ELECTRONIC FILING

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Kewazinga Corp. v. Google LLC*, Case No. 1:20-cv-1106-LGS (S.D.N.Y.)
<u>Letter Motion to Strike Google's Reply Bench Memo on Presenting Evidence of the K-System (Dkt. 599)</u>

Dear Honorable Judge Schofield:

Kewazinga respectfully submits this letter moving the Court to strike Google's Reply Bench Memo on Presenting Evidence of the K-System (Dkt. 599).

Following the pretrial conference in this dispute, on October 22, 2024, the Court entered an Order requiring Google to "file a letter regarding item #3 in Kewazinga's objection letter (Dkt. 540), exhibits relating to features of Kewazinga's prototype product on the issues of infringement and willfulness" by October 24, 2024 at noon, and the Court also ordered Kewazinga to file a response by October 28, 2024. (Dkt. 563).  The Court did not permit the filing of any replies consistent with the Court's Individual Trial Rules and Procedures.  Tr. R. I(A)(2).

As ordered, on October 24, 2024, Google filed its brief (Dkt. 566), and on October 28, 2024 Kewazinga filed its response.  (Dkt. 591).  However, despite the Court's Order and Trial Rules, Google, without seeking leave, filed a Reply on October 30, 2024 (Dkt. 599) raising entirely new arguments and issues not previously addressed by the parties.  Kewazinga requested that Google withdraw its improper Reply, but Google has not responded.  As a result, Kewazinga respectfully requests that the Court strike Google's Reply (Dkt. 599).

Respectfully submitted,

*Ian G. DiBernardo*
Ian G. DiBernardo
Jason M. Sobel
Harold S. Laidlaw
Merri Moken
Anthony J. Boccamazzo
**BROWN RUDNICK LLP**
7 Times Square



Honorable Lorna G. Schofield
October 31, 2024
Page 2

New York, New York 10036
Tel:  (212) 209-4800
Fax:  (212) 209-4801
idibernardo@brownrudnick.com
jsobel@brownrudnick.com
hlaidlaw@brownrudnick.com
mmoken@brownrudnick.com
aboccamazzo@brownrudnick.com

*Counsel for Plaintiff*
*Kewazinga Corp.*

cc: All Counsel (by ECF Filing)