UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
KEWAZINGA CORP.,                                            :
                              Plaintiff,                    :
                                                            :    20 Civ. 1106 (LGS)
             -against-                                      :
                                                            :         ORDER
GOOGLE, LLC,                                                :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, both parties have filed their witness lists under seal but have filed no accompanying motion to seal. It is hereby

**ORDERED** that the parties shall both re-file their witness lists publicly by **November 7, 2024, at noon**.

Dated: November 6, 2024
       New York, New York

                                         _____
                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE