IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEWAZINGA CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-CV-1106-LGS <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kewazinga Corp., and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: November 18, 2024

Respectfully submitted,

Ian G. DiBernardo
Jason M. Sobel
Harold S. Laidlaw
Merri Moken
Anthony J. Boccamazzo
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
    Tel:   (212) 209-4800
    Fax:   (212) 209-4801
idibernardo@brownrudnick.com
jsobel@brownrudnick.com
hlaidlaw@brownrudnick.com
mmoken@brownrudnick.com
aboccamazzo@brownrudnick.com

*Counsel for Plaintiff*
*Kewazinga Corp.*

Dated: November 18, 2024

John M. Desmarais
jdesmarais@desmaraisllp.com
Karim Z. Oussayef
koussayef@desmaraisllp.com
Steven M. Balcof
sbalcof@desmaraisllp.com
Leslie M. Spencer
lspencer@desmaraisllp.com
Lee Matalon
lmatalon@desmaraisllp.com
Deborah J. Mariottini
dmariottini@desmaraisllp.com
Caitrianne Feddeler
cfeddeler@desmaraisllp.com
Allan E. Carlsen
acarlsen@desmaraisllp.com
Kevin P. Goon
kgoon@desmaraisllp.com
Kevin J. Gu
kgu@desmaraisllp.com

**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Respectfully submitted,

Tuhin Ganguly (*pro hac vice*)
tganguly@desmaraisllp.com
Rebecca Lindhorst *(pro hac vice)*
rlindhorst@desmaraisllp.com
Anthony A. Pericolo
apericolo@desmaraisllp.com

**DESMARAIS LLP**
1899 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

Andrew Trask
atrask@wc.com
Amy M. Saharia
asaharia@wc.com

**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5023
Fax: (202) 434-5029

*Counsel for
Defendant Google LLC*

2